

**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF FLORIDA**

Dean et al.

*Living Souls*

*Case No.*

*T.B.A.*

*Request for trial by*

*Grand Jury and*

*28 U.S.C. § 2241*

*for violations of*

*18 U.S.C. § 1962 and 18 U.S.C. § 242.*

vs.

U.S.A. INC. et al. "U.S.A. INC." D-U-N-S #s: 161906193 and 096226982 / SUPREME

COURT UNITED STATES" D-U-N-S #s: 161906136 and 111477469"

Defendant(s) - *Detriments to Society.*

NOTE TO CLERK:

1. A FULL LIST OF PLAINTIFFS & DEFENDANTS STARTS ON PAGE 105

2. DISCLOSURE STARTS ON PAGE 128

**FIRST AMENDED CLAIM *for* VIOLATIONS *of* THE RACKETEER INFLUENCED *and* CORRUPT ORGANIZATIONS ACT, 18 U.S.C. § 1961-1968; VIOLATIONS *of* 42 U.S.C. § 1983; *and* FLORIDA STATE LAW CLAIMS**

## I.    TABLE OF CONTENTS

Page

I.    INTRODUCTION……………………………………………………………… 7

II.    ASSERTION OF JURISDICTION & VENUE………………………………… 8

III.    DESCRIPTION OF PARTIES…………………………………………….. 11

IV.    ELEMENTS COMMON TO ALL CIVIL R.I.C.O. ACTION……………………….. 11

V.    RELATIONSHIPS AND COMMON PURPOSE AMONG ENTERPRISES……….. 12

VI.    FACTUAL STATEMENTS…………………………………………………….. 14

VII.    LEGAL CLAIM- DESCRIPTION OF COUNTS……………………………… 19

1.    ATTORNEYS - COUNT ONE (The Legal Abuse Enterprise)………………19

2.    G.A.L.s - COUNT TWO (The Kids for Cash Guardian Ad Litem (GAL) Fraud Enterprise)……………………………………………………………… 20

3.    JUDGES ET AL. - COUNT THREE (The Judicial Racket Enterprise)…….. 21

4.    AGENCIES ET AL. - COUNT FOUR (State/ Federal Trafficking Enterprise)…………………………………………………………… 23

5.    CO-CONSPIRATORS - COUNT FIVE (The Family Annihilation Enterprise)…………………………………………………………… 24

6.    POLICE & SHERIFF'S DEPUTIES - COUNT SIX (The "Blue Code" Enterprise)…………………………………………………………… 25

7.    SOCIAL SERVICES- COUNT SEVEN (The Residential Trafficking Enterprise)…………………………………………………………… 27

8.    MEDICAL PROFESSIONALS - COUNT EIGHT (The Psycho/ Medical Fraud Enterprise)…………………………………………………………… 28

VIII.    DEFENDANTS & THEIR COUNTS…………………………………………….. 29

A.  THE BOSSES……………………………………………………... 29

B.   FOR THE STATE OF FLORIDA, PLAINTIFF(S): (a. Brigette Villarreal, b. Karina Paredes)……………………………………………………….. 31

C.  FOR THE STATE OF MISSOURI , PLAINTIFF(S): (a. Alexandra M. Dean)……………………………………………………..…. 34

(b. Michelle M. Dickerson)…………………………….. 40

(c.  Ryan N. Brown)…………………………………… 45

(d.  Brooke J. Marr)…………………………………… 47

(e. Justin E. Shire)…………………………………... 49

(f.  Ariel Alton)……………………………………..... 51

D.  CO- CONSPIRATORS………………………………………………….. 53

(a. The Cash For Kids Zoom Call GALs)……………… 53

(b. Federal Judges)………………………………….. 55

(c. Does in Need of Intervention)……………………… 56

E.  FOR THE STATE OF TENNESSEE, PLAINTIFF(S): (a. Jennifer Brabson)……… 61

F.  FOR THE STATE OF ARIZONA, PLAINTIFF(S): (a. Steven Bradley Moose)……………………………………………………….. 64

(b. Tiana Balchunas)……………………………………… 67

G.  FOR THE STATE OF ILLINOIS, PLAINTIFF(S): (a. Jennie Tolliver)…………… 69

(b. Kenton L. Girard)………………………………………… 70

H.  FOR THE STATE OF CALIFORNIA, PLAINTIFF(S): (a. Latesha Howard)………… 71

I.   FOR THE STATE OF GEORGIA, PLAINTIFF(S): (a. Kathy Nixon, b. Lauren Ashley Peek)…..…..…………………………………………………………………… 72

J.  FOR THE STATE OF KENTUCKY, PLAINTIFF(S): (a. Laura Jean Domek, b. Robert Anthony Domek)………………………………………………………………… 75

IX.     LEGAL CLAIM CONTINUED …………………………………………… 77

X.      LEGAL REFERENCES AND AUTHORITIES………………………………… 82

XI.     CASE LAW………………………………………………………… 83

XII.    FEDERAL AND STATE VIOLATIONS…………………………………… 86

XIII.   EXECUTIVE OFFICIALS AND THEIR ALLEGED ROLES………………………91

XIV.    PATTERN OF RACKETEERING ACTIVITY………………………………… 93

XV.     FRAUDULENT LEGAL PROCEEDINGS AND PATTERN OF RACKETEERING……………………………………………………..95

XVI.    WITNESS TAMPERING AND OBSTRUCTION RELATED TO COVID RESTRICTIONS ………………………………………………… 98

XVII.   SCHEME AND ARTIFICE TO DEFRAUD………………………………………………………… 100

XVIII.  DURESS AND UNDUE INFLUENCE THROUGH SUCCESSIVE ILLEGAL T.R.O. ORDERS………………………………………………………… 101

XIX.    REMEDIATION…………………………………………………..... 102

XX.     EXHIBIT LIST…………………………………………………… 105

XXI.     PLAINTIFFS……………………………………………………………………….. 105

XXII.    DEFENDANTS……………………………………………………………………….. 107

     A. THE BOSSES……………………………………………………………….. 107

     B. FOR THE STATE OF

     FLORIDA…………………………………………………………………… 108

     C. FOR THE STATE OF ARIZONA……………………………………………. 111

     D.  FOR THE STATE OF ILLINOIS……………………………………………. 113

     E.  FOR THE STATE OF CALIFORNIA………………………………………. 115

     F.  FOR THE STATE OF MISSOURI……………………………………………. 115

     G.  FOR THE STATE OF KENTUCKY…………………………………………. 126

XXIII.    DEFENDANTS- DISCLOSURE………………………………………………………… 128

     A. "THE BOSSES"……………………………………………………………………. 128

     B. FOR THE STATE OF FLORIDA………………………………………………………… 137

     C.  FOR THE STATE OF ARIZONA………………………………………………………. 145

     D.  FOR THE STATE OF ILLINOIS………………………………………………………… 153

     E.  FOR THE STATE OF CALIFORNIA………………………………………………… 156

     F.  FOR THE STATE OF KENTUCKY…………………………………………….. 157

G.  FOR THE STATE OF MISSOURI…………………………………………………… 160

XXIV.     SIGNATURE BLOCKS……………………………………………………….. 181

XXV.     CERTIFICATE OF SERVICE…………………………………………………… 187



*"I have fought a good fight, I have finished my course, I have kept the faith."* – Dr. Martin

Luther King Jr. From his final speech, April 3, 1968.

## II.  INTRODUCTION

COMES NOW, *WE the PEOPLE,* on behalf of our sacred offspring, initiate this landmark case aimed at exposing and dismantling the largest child trafficking network in American history, disguised as a legitimate legal system, where systemic corruption, abuse, and exploitation have been perpetrated by those in positions of power, to strip children from their rightful families for profit and control. Therefore, *WE the PEOPLE* bring this action to expose and dismantle a vast criminal enterprise in which Defendants—masquerading as public servants while operating as corporate entities—have orchestrated systemic acts of child trafficking, human trafficking, torture, and other atrocities amounting to mass murder and genocide.

These crimes, carried out under the false pretense of lawful authority, have led to the wholesale deprivation of fundamental, inalienable rights. Furthermore, we assert that this authority is in reality a corporate enterprise ("U.S.A. INC") operating for profit through the commission of alleged war crimes and atrocities. The Supreme Imposters are nine (9) despicable men and women who masquerade as "Supreme Judicial Public Servants" when they are truly shareholders of the fictitious DEAD entity called "SUPREME COURT UNITED STATES" D-U-N-S #s: 161906136 and 111477469 who enable U.S.A. INC.'s War Crimes against Humanity. Furthermore, U.S.A. is registered with Dun & Bradstreet as DEAD corporations, having D-U-N-S # s: 161906193 & 096226982. Therefore, their allegiance is with each other, not with the good people, and their only goal is to generate funds for their illegal enterprise, making them ineligible to have control over the United States Government.

### III.  ASSERTION OF JURISDICTION & VENUE

RICO Jurisdiction: Under 18 U.S.C. § 1964(a), (b), (c), and (d), the Racketeer Influenced and Corrupt Organizations Act (RICO) grants civil remedies and confers jurisdiction on district courts for cases involving racketeering violations. The Claimant(s) bring this action under RICO for the unlawful activities of the named Defendants.

1. Federal Jurisdiction and Venue:

   This Court has federal question jurisdiction under 28 U.S.C. § 1331 as this case involves alleged violations of federal law, including the RICO Act (18 U.S.C. § 1964), 42 U.S.C. § 1983 (civil rights violations by government officials), and 42 U.S.C. § 1985 (conspiracy to violate rights based on bias). The Court also has jurisdiction over state law claims under 28 U.S.C. § 1367, as they arise from the same nucleus of facts as the federal claims. Venue is appropriate under 28 U.S.C. § 1391(b), as a significant portion of the events and harm occurred within this jurisdiction, and key Defendants reside or are situated here.

2. Florida RICO Act:

   The Florida RICO Act (Fla. Stat. § 895.01 et seq.) is invoked alongside the federal RICO Act to address racketeering violations within the state. The Claimant(s) assert state law issues regarding custody arrangements, familial rights, and violations of state regulations, all arising from the same factual circumstances as the federal claims.

3. Declaratory Judgment:

   The Claimant(s) seek declaratory judgments under 28 U.S.C. § 2201-2202 to resolve potential disputes concerning their rights under federal law, including the RICO Act, before they escalate into significant legal controversies.

4. Record of State Proceedings and Incorporation of Prior Pleadings:

The Claimant(s) expect the Court to access and consider state court records pursuant to Fed. R. Evid. 201, Fed. R. Evid. 902, and 28 U.S.C. § 1449. Additionally, all pleadings, papers, and effects from state proceedings are incorporated by reference into this case.

5. Court Assumed Jurisdiction and Standing:

Should the Court assume jurisdiction over all named Defendants, impacted individuals are permitted to intervene under 28 U.S.C. § 1331. Taxpayers harmed by these actions have standing to bring this lawsuit, as it involves significant federal issues, including constitutional violations and misappropriation of federal funds.

6. Reservation of Rights and Exhibits:

No oral arguments have been held yet, but the parties are prepared to present their case when scheduled. All exhibits will be withheld until further notice. The Claimant(s) reserve the right to amend their pleadings should new evidence of fraudulent conduct emerge, in accordance with Fed. R. Civ. P. Rules 8, 15, and 18.

*"The time is always right to do what is right"* - Dr. Martin Luther King Jr.

Letter from Birmingham Jail, April 16, 1963.



## IV.   DESCRIPTION OF PARTIES

The Claimant(s), alienated from our minor offspring for an extended period despite having broken no laws, have suffered profound harm due to the negligence, abuse, and misconduct of the Defendant(s). These Defendants, being held accountable in their individual and official capacities, were acting in their own self-interest and in concert with what We the People identify as the Family Court Criminal Enterprise (FCCE)—a subsidiary of "U.S.A. INC."—and are accused of high crimes as well as the violation of god given rights.

1. Priority One: The minor offspring, central to this case, are Claimant(s) under the protection of "We the People."

2. Claimants: The Claimant(s) are a collective group of enfranchised living souls self-identifying as "We the People," asserting sovereign authority under natural law and the foundational principles of unalienable rights.

3. Defendants: Defendants include, but are not limited to, high-ranking officials in the executive, legislative, and judicial branches of the Government of the United States—alleged herein to be operating in capacities that are not genuinely governmental, but as private corporate shareholders or "imposters."

4. Exhibits: To safeguard witnesses and prevent potential tampering, most exhibits are being withheld until the discovery phase. Following discovery, a Second Amended Claim will be filed, in which exhibits will be formally introduced into the record and specific to the claims.

## V. ELEMENTS COMMON TO ALL CIVIL R.I.C.O. ACTIONS

1. This civil RICO action alleges that the Defendants, operating within the Family Court

Criminal Enterprise (FCCE), engaged in systemic racketeering and exploitation within the family court system. The claims include mail and wire fraud, money laundering, bribery, extortion, obstruction of justice, witness tampering, murder, and child trafficking, characterizing their actions as state-sponsored domestic terrorism.

2. The Defendants allegedly used intimidation, collusion, and manipulation to strip parents of their rights, suppress abuse evidence, and secure favorable custody rulings for aligned perpetrators, prioritizing the FCCE's financial and criminal interests over children's welfare. Claimants assert they and their children suffered direct harm due to judicial misconduct, due process violations, and retaliation against whistleblowers.

3. To establish a RICO claim, plaintiffs must prove:

a. The FCCE is an "enterprise."

b. Defendants were associated with this enterprise.

c. They engaged in a pattern of racketeering.

d. Their activities affected interstate commerce.

4. The Defendants' alleged racketeering—ranging from financial fraud to child trafficking—sustained the FCCE's nationwide operations, influencing the multi-billion-dollar family court system.

## VI. RELATIONSHIPS AND COMMON PURPOSE AMONG ENTERPRISES

1. U.S.A. INC. operates as the central entity with its FCCE subsidiaries:

a. The Judicial Racket Enterprise: Comprising judges denied due process, issued fraudulent custody orders, and abused authority to enable unlawful child removals under the guise of legal proceedings.

b. Kids 4 Cash/GAL Enterprise: Colluded together to exploit minors through fraudulent

custody decisions and concealment of abuse.

c. Family Annihilation Enterprise(s): Secured favorable rulings for aligned perpetrators while silencing victims.

d. The Legal Abuse Enterprise: Attorneys used vexatious litigation, perjury, and fraudulent filings to perpetuate financial exploitation and justify unlawful actions.

e. The Blue Code Enterprise: Law enforcement officials collaborated with other actors to kidnap, obstruct justice, and arrest/ intimidate parents under the color of authority.

f. Whistleblower Enterprise: Intimidated and retaliated against those exposing corruption.

g. The Residential Trafficking Enterprise: Generated income for the FCCE operations through active participation and hostage taking.

h. The State/ Federal Trafficking Enterprise: Agencies and their officials willfully ignored credible evidence of corruption and human trafficking within the family court system. Officials enabled the exploitation of parents and children through the creation of void codes and policies for kickbacks.

i. The Psycho/ Medical Fraud Enterprise: Medical health professionals weaponized diagnoses to portray protective parents as unfit, aiding in fraudulent custody transfers.

2. Unified Objectives

All subsidiaries are claimed to pursue shared goals:

a. Profiting from fraudulent schemes against law abiding parents within the family court system.

b. Suppressing evidence and dissent.

c. Favoring perpetrators over victims.

3. Symbiotic Collaboration: These enterprises collaborated to pool resources, shield

activities from scrutiny, and execute racketeering schemes. The FCCE provided the framework, enabling seamless coordination and systemic abuse.

## VII.   FACTUAL STATEMENTS

1. **Undermining Judicial Integrity:** The judicial officials and law enforcement officers named in this claim were entrusted with upholding justice and are accused of becoming agents of the FCCE's corrupt operations, undermining judicial integrity with corruption. The Defendant Police, Sheriff's Deputies, Judge(s), attorney(s), and GAL(s) are said to have used income derived from racketeering activity to influence court proceedings against the Claimant(s), in violation of 18 U.S.C. § 1962(a). Furthermore, the Claimant(s) have repeatedly been denied due process in state and federal court proceedings due to the Defendant(s)' collusion, including violations of ethical rules by the Defendant(s).

2. **Complicity of Agencies and Officials:** This Claim alleges that various state and federal agencies, as well as executive officials, enabled the FCCE's racketeering through willful neglect. Despite mounting evidence of corruption and abuse, these entities failed to investigate or intervene, thus perpetuating human trafficking and other crimes under the FCCE's scheme. Their deliberate inaction constitutes a breach of their statutory and moral obligations to protect the vulnerable.

3. **Court-Appointed Professionals' Role in the Conspiracy:** The enterprise allegedly extended its influence to court-appointed professionals, including psychologists, therapists, parenting coordinators, GALs, social workers, and others who provided fraudulent reports and testimony. Their fabricated narratives supported the FCCE's objectives rather than serving the best interests of families. The result was a systematic deprivation of parental rights and the concealment of abuse.

4. **Racketeering and Fraudulent Proceedings:** The FCCE's primary goal is described as exploiting the family court system to generate unlawful financial gains by:

a. Separating children from law abiding parents without legal justification.

b. Enacting void codes and policies that perpetuated the sale of children for kickbacks.

c. Granting custody to unlawful parties and abusive guardians for kickbacks.

d. Prolonging litigation to inflate billable hours and fees for ancillary services.

e. Forcing parents to pay for time with their children at visitation centers.

f. The Defendant(s) allegedly utilized several illicit methods, including:

g. Engaging in quid pro quo arrangements with judges.

h. Suppressing evidence of abuse and protecting favored parties.

i. Initiating sham proceedings to deprive Claimants of due process.

j. Fabricating CPS reports and mental health assessments.

k. Committing mail and wire fraud by sending outrageous bills to the Claimant(s) for their bogus services.

l. Parents are only allowed minimal time with their children, such as one-hour visits per week, in visitation centers where harsh conditions and strict rules are enforced.

5. **Opposing Parties:** Family members, acquaintances, and other adversaries of the Claimant(s) conspired with judicial officials and other Defendant(s) to fabricate evidence, leading to court orders that unlawfully deprived the Claimant(s) of custody. This resulted in irreparable harm to their parent-child relationships. Furthermore, the Defendant(s) have engaged in threats, intimidation, and coercion in an effort to force the Claimant(s) to abandon their pursuit of justice, relinquish custody rights, and cease their whistleblowing activities. These Defendant(s) have not only unlawfully stripped the Claimant(s) of

custody but have also conspired to keep them separated from their children, in direct violation of the Claimant(s)' parental authority and the best interests of their offspring. Their actions constitute multiple acts of obstruction of justice, including witness tampering, evidence tampering, and the use of false and misleading statements to law enforcement and court officials to conceal their misconduct. As a direct and proximate result of the Defendant(s)' unlawful and unethical conduct, the Claimant(s) have suffered severe emotional distress, financial harm, and the violation of their inalienable rights.

6. **Other Professionals (Psychologists, Therapists, Social Workers, and other Medical Professionals):** These professionals are accused of providing biased reports and testimony that advanced the objectives of the FCCE. Their involvement helped generate funds for the enterprise by perpetuating false narratives, concealing abuse, and facilitating the unlawful deprivation of parental rights.

7. **Prohibited Activities:** The Defendant(s) conspired to engage in racketeering activity, violating 18 U.S.C. § 1962(c) through a coordinated effort to conduct or participate in the affairs of the FCCE. This conspiracy included fraudulent activities intended to deprive the Claimant(s) of their constitutional rights and cause harm to their business and property. The Defendant(s) engaged in a continuous and systemic pattern of racketeering, from the illegal issuance of "DVILS orders" to fraudulent custody evaluations and the creation of fraudulent legal work, all aimed at financially benefiting the members of the FCCE while causing significant harm to the Claimant(s) and their children.Through these actions, the Defendant(s) violated federal statutes prohibiting racketeering, including mail fraud, wire fraud, and deprivation of rights under color of law.

8. **Violations of the Whistleblower Enterprise:** This section describes the Defendant(s)

violations of 18 U.S.C. § 1962.

9.  This section alleges that the Defendant(s) used and invested income derived from a pattern of racketeering activity in the operation of the Family Court Enterprise, resulting in injury to the Claimant(s)' business and property in violation of 18 U.S.C. § 1962(a).

10. Retaliation Against Whistleblower (18 U.S.C. § 1962(c) and (d)): This count is brought under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961 et seq., against the Defendant(s) for their participation in a pattern of racketeering activity, specifically retaliation against whistleblower(s).

11. The Defendant(s) were employed by or associated with the enterprises described herein, which engaged in activities affecting interstate commerce. The Defendant(s) conducted or participated directly or indirectly in the conduct of the enterprise's affairs through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(c). Furthermore, the Defendant(s) conspired with one another and with other members of the enterprises to engage in the racketeering activity, in violation of 18 U.S.C. § 1962(d).

12. Predicate Acts: The Defendant(s) engaged in the following predicate acts of racketeering activity as defined in 18 U.S.C. § 1961(1) to retaliate against the Claimant(s) for their whistleblowing actions:

a.  Bribery (18 U.S.C. § 201): The judicial Defendant(s) solicited and accepted bribes and kickbacks from other members of the enterprise to issue adverse court orders in retaliation.

b.  Extortion (18 U.S.C. § 1951): The Defendant(s) obtained the Claimant(s)' property, including legal rights and access to the courts, through threats, intimidation, and fear under color of official right.

c.   Wire Fraud (18 U.S.C. § 1343): The Defendant(s) transmitted false and misleading statements and court filings via wire communication in interstate commerce to further their scheme of retaliation.

d.   Obstruction of Justice (18 U.S.C. § 1503): The Defendant(s) obstructed the due administration of justice in both state and federal courts to shield their retaliatory actions from scrutiny.

e.   Witness Tampering (18 U.S.C. § 1512): The Defendant(s) used intimidation, threats, and corrupt persuasion to hinder the Claimant(s) from testifying freely about the misconduct they experienced.

f.   Pattern of Racketeering Activity: The predicate acts were part of a sustained pattern, sharing common purposes, results, participants, and methods. These acts were committed with the intent to retaliate against the Claimant(s) for their whistleblowing and their exercise of protected rights.

g.   Injury to Business or Property: As a direct result of the Defendant(s)' racketeering activities, the Claimant(s) suffered injury to their business and property, including: (i) Legal expenses defending against retaliatory contempt proceedings and court orders. (ii) Loss of income and business opportunities due to interference with their ability to access the courts and pursue legal remedies. (iii) Deprivation of parental rights regarding the care, custody, and management of their children's affairs.

## VIII.  LEGAL CLAIM- DESCRIPTION OF COUNTS

1. **ATTORNEYS - COUNT ONE (The Legal Abuse Enterprise):** Claimant(s) incorporate factual paragraphs 1, 4, 7, and 8 for purposes of this count. Defendant attorneys violated **18 U.S. Code § 1584** (Sale into involuntary servitude) and **18 U.S. Code § 1589** (Forced labor) by coercing parents into prolonged legal battles through fraudulent court procedures, extorting them with the false premise that exorbitant legal fees were required to retain access to their children, thereby forcing them into financial servitude. These Defendants also violated **18 U.S. Code § 1591** (Sex trafficking of children or by force, fraud, or coercion) by manipulating custody decisions and falsifying reports to facilitate the trafficking of minors into exploitative environments, prioritizing financial gain over the welfare of the children.

2. Defendant attorneys employed fraudulent tactics, bribery, and extortion to manipulate family court outcomes for financial gain, violating **18 U.S.C. § 1595** (Civil remedy for trafficking). These legal professionals facilitated the operations of the FCCE within the judicial system by deliberately extorting law-abiding parents, presenting the false promise that access to their inalienable rights would be granted only upon payment. In addition, these attorneys are accused of filing false pleadings, presenting perjured testimony, coaching witnesses, colluding with GAL(s), and engaging in vexatious litigation to financially deplete families. Furthermore, the Defendant prosecuting attorneys actively participated in the unlawful charging of the Claimant(s) with felonies and other jail-able offenses, including parental kidnapping. While at the same time, the Defendant prosecuting attorneys allowed the opposing parties in the Claimant(s)' custody battles, who are persistent domestic offenders, to avoid felony charges, including assault,

stalking, sexual harassment, kidnapping, and child endangerment. Therefore, the

Attorney Defendant(s) are also accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f.  18 U.S.C. § 1341 – Mail Fraud

g.  18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  18 U.S.C. § 873 – Blackmail

k.  18 U.S.C. § 880 – Receiving the Proceeds of Extortion

l.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

m.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

n.  18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

o.  18 U.S.C. § 1512 – Witness Tampering

3.  **G.A.L.s - COUNT TWO (The Kids for Cash Guardian Ad Litem (GAL) Fraud Enterprise):** Claimant(s) incorporate factual paragraphs 1, 3, 4, 7, and 8 for purposes of this count. Defendant GALs violated **18 U.S. Code § 1591 (Sex trafficking of children or by force, fraud, or coercion)** by falsifying reports, suppressing evidence of abuse, and manipulating custody decisions to facilitate the trafficking of minors into exploitative environments, prioritizing financial gain over child welfare. These GALs furthered the

FCCE's criminal activities by extorting law-abiding parents and unduly influencing

custody decisions in favor of the highest-paying party or those with conflicts of interest.

By abusing their power, GALs enriched themselves at the expense of vulnerable families,

violating their ethical obligations. Statutes like Fla. Stat. §§ 39.521 and 61.13 designed to

regulate GAL conduct, were manipulated to favor professionals aligned with the

enterprise. GAL Defendant(s) are also accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f.  18 U.S.C. § 1341 – Mail Fraud

g.  18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  18 U.S.C. § 873 – Blackmail

k.  18 U.S.C. § 880 – Receiving the Proceeds of Extortion

l.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

m.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

n.  18 U.S.C. § 1512 – Witness Tampering

4.  **JUDGES ET AL. - COUNT THREE (The Judicial Racket Enterprise):** Claimant(s)

incorporate factual paragraphs 1, 4, 7, and 8 for purposes of this count. Defendant judges

within the family court system are alleged to have knowingly participated in the corrupt

activities of the FCCE, issuing biased rulings, ignoring evidence of abuse, and favoring custody decisions that benefited the enterprise. Their actions included intimidating victims, retaliating against those who challenged the system, and perpetuating due process violations. These judges and Supreme Court justices, with the aid of their judicial assistants and clerks, violated **18 U.S. Code § 1584** (Sale into involuntary servitude) and **18 U.S. Code § 1589** (Forced labor) by issuing custody orders, void codes, and policies that placed parents into involuntary servitude, forcing them to comply with financially draining legal processes while disregarding constitutional rights and due process. By facilitating child trafficking through biased rulings, they placed children in the hands of traffickers or abusers, disregarding evidence and prioritizing the continued exploitation of minors in violation of **18 U.S.C. § 1591 – Sex Trafficking of Children or by Force, Fraud, or Coercion.** Additionally, Clerks are accused of refusing to accept filings, failing to follow lawful procedures, and obstructing justice by misleading the Claimant(s) and tampering with their mail and submissions so they missed critical deadlines. Therefore, the Judge Defendant(s) and their affiliates are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

k.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

l.  18 U.S.C. § 1513 – Retaliation Against Witnesses, Informants, or Victims

5.  **AGENCIES ET AL. - COUNT FOUR (State/ Federal Trafficking Enterprise):**

Claimant(s) incorporate factual paragraphs 1, 2, 4, and 8 for purposes of this count. Municipal, State, & Federal agencies/ entities, judicial branches, institutions, corporations, nonprofits, as well as their officials, violated **18 U.S. Code § 1590** (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor) by willfully ignoring credible evidence of corruption and human trafficking within the family court system, thereby enabling the exploitation of parents and children. These officials turned a blind eye to clear cases of child trafficking, coercion, and fraud, failing to investigate or intervene and allowing the FCCE to operate with impunity. Their actions further violated **18 U.S. Code § 1591** (Sex trafficking of children or by force, fraud, or coercion) by enabling the trafficking of minors into exploitative situations through their active negligence in enforcement. Defendant agencies and executive officials are also accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f.  18 U.S.C. § 1341 – Mail Fraud

g.  18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

k.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

l.  18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

m.  18 U.S.C. § 1512 – Witness Tampering

6. **CO-CONSPIRATORS - COUNT FIVE (The Family Annihilation Enterprise):**

Claimant(s) incorporate factual paragraphs 4, 5, 7, and 8 for purposes of this count.

Participants in the Family Annihilation Enterprise violated **18 U.S. Code § 1583**

(Kidnapping for involuntary servitude) by orchestrating the forced removal of children

from their protective parents under fraudulent pretenses, placing them into abusive or

exploitative conditions for financial and political gain. They also violated **18 U.S. Code §**

**1590** (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor)

by systematically orchestrating the forced removal of children through fraudulent legal

proceedings, transferring them into environments where they were subjected to

involuntary servitude, abuse, and exploitation under the control of state-sanctioned

guardians, traffickers, or financially motivated third parties. This enterprise also engaged

in trafficking by coercing parents into endless legal battles, extorting them for legal fees

and compliance costs under the threat of permanently losing their children, thereby

ensuring their financial and emotional enslavement to the corrupt system (**18 U.S. Code §**

**1590**). The Family Annihilation Enterprise is also accused of the following violations:

a.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

b.  18 U.S. Code § 1962(b) – Acquisition of an Interest in an Enterprise Through

    Racketeering

c.  18 U.S. Code § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

d.  18 U.S. Code § 1962(d) – Conspiracy to Commit Racketeering

e.  18 U.S. Code § 1341 – Mail Fraud

f.  18 U.S. Code § 1343 – Wire Fraud

g.  18 U.S. Code § 1346 – Honest Services Fraud

h.  18 U.S. Code § 242 – Deprivation of Rights Under Color of Law

i.  42 U.S. Code § 1985(2) – Conspiracy to Obstruct Justice

j.  42 U.S. Code § 1985(3) – Conspiracy to Deprive Equal Protection

k.  18 U.S. Code § 873 – Blackmail

l.  18 U.S. Code § 880 – Receiving the Proceeds of Extortion

7.  **POLICE & SHERIFF'S DEPUTIES - COUNT SIX (The "Blue Code" Enterprise):**
    Claimant(s) incorporate factual paragraphs 1, 2, 4, 7, and 8 for purposes of this count.
    Law enforcement officers named in this case are accused of aiding the FCCE by
    enforcing fraudulent custody orders, arresting protective parents on fabricated charges,
    removing children from their homes without court orders, forcing entry into homes
    without warrants, and refusing to investigate trafficking allegations. Their actions violate
    **18 U.S.C. § 242** (Deprivation of rights under color of law) and **18 U.S.C. § 247**
    (Obstruction of religious practices and destruction of religious property). By unlawfully
    detaining protective parents on false charges, they violated **18 U.S. Code § 1581**
    (Peonage) by ensuring the continued legal and financial subjugation of these individuals,

thus enabling the FCCE to profit from the system's abuse.

8. By enforcing fraudulent custody orders, officers violated **18 U.S. Code § 1583** (Kidnapping for involuntary servitude), actively participating in the kidnapping of children. They unlawfully seized minors from protective parents under the guise of legal authority, delivering them into the custody of individuals or entities engaged in trafficking, forced labor, or involuntary servitude for financial and political gain. Despite credible reports of child trafficking, officers and sheriffs failed to act, violating **18 U.S. Code § 242** (Deprivation of rights under color of law) by neglecting their duty to protect victims. By refusing wellness checks and investigations into child trafficking, they facilitated the continued exploitation and trafficking of minors. Additionally, the administrative assistants denied FOIA requests for police records, stating that only attorneys would be granted access.Therefore, the Blue Code Enterprise is also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1590 – Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor

d. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

f. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

g. 18 U.S.C. § 1341 – Mail Fraud

h. 18 U.S.C. § 1343 – Wire Fraud

i. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

j.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

k.  18 U.S.C. § 1513 – Retaliation Against Witnesses, Informants, or Victims

9.  **SOCIAL SERVICES- COUNT SEVEN (The Residential Trafficking Enterprise):**
Claimant(s) incorporate factual paragraphs 2 and 4 - 8 for purposes of this count.
Defendant(s) of the social service agencies and their co-conspirators such as case
workers, foster parents, supervisors, agents, social workers, and the visitation centers
engaged in **18 U.S. Code § 1591 (Sex Trafficking of Children or by Force, Fraud, or
Coercion)** and **18 U.S. Code § 1584 (Sale into involuntary servitude)** by unlawfully
removing children from their biological parents under false pretenses and placing them in
environments where they were subjected to coercion, exploitation, and abuse. Abusive
guardians then subjected children to forced labor, isolation, psychological abuse, and
coercion, severing bonds with biological parents and exposing them to exploitation in
violation of **18 U.S. Code § 1590 (Trafficking with respect to peonage, slavery,
involuntary servitude, or forced labor).** The Residential Trafficking Enterprise is also
accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f.  18 U.S.C. § 1341 – Mail Fraud

g.  18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

k.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

l.  18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

m.  18 U.S.C. § 1512 – Witness Tampering

10. **MEDICAL PROFESSIONALS - COUNT EIGHT (The Psycho/ Medical Fraud Enterprise):** Claimant(s) incorporate factual paragraphs 3- 6 and 8 for purposes of this count. Defendant mental health and medical professionals engaged in **18 U.S. Code § 1581** (Peonage) by fabricating medical diagnoses to justify the removal of children from their protective parents, effectively committing "medical kidnapping" under false pretenses. By submitting fraudulent evaluations, manufacturing false evidence, and conducting sham assessments, these professionals falsely portrayed protective parents as unfit, concealing evidence of manipulation and coaching to label them with unfounded mental health disorders.

11. Mental health and medical professionals furthered the FCCE's child trafficking operations by fabricating psychiatric diagnoses to justify the removal of children from their families, knowingly placing them in environments where they were subjected to coercion, exploitation, and abuse. These professionals acted as agents of the state, submitting biased medical reports and testimony to facilitate the "medical kidnapping" of children without due process, violating **18 U.S. Code § 1591** (Sex trafficking of children or by force, fraud, or coercion). They also prescribed heavy medications to children without parental consent, blaming resulting developmental delays on the parents to further their agenda. By exaggerating or falsifying medical conditions, they justified

removing children from their families, all while refusing to provide parents with proof of these alleged conditions before executing custody removals, enriching themselves and their affiliates through fraudulent medical claims in cohesion with the medical service providers. Medical Professional Defendant(s) are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 18 U.S.C. § 1512 – Witness Tampering

k. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

l. 42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

m. 18 U.S.C. § 1035 – False Statements Relating to Health Care Matters

## IX.  DEFENDANTS & THEIR COUNTS

Defendant(s) shall be charged with the counts listed next to their name, which are to be incorporated as outlined in Section VI of this claim (Legal Claim Summary – Counts).

### A.  THE BOSSES

*WE the PEOPLE* hereby assert that Defendants, No. 1- 25, are the bosses behind this criminal

operation and respectfully request that they be punished as such.

1. Health and Human Services of the United States (A Federal Agency), AGENCIES - COUNT FOUR.

2. The Supreme Court of the United States (Judicial Branch), AGENCIES - COUNT FOUR

3. U.S. Department of Justice (A Federal Agency) AGENCIES - COUNT FOUR

4. The Office of International Affairs (A Federal Agency) AGENCIES - COUNT FOUR

5. Department of Homeland Security (A Federal Agency) AGENCIES - COUNT FOUR

6. The Federal Bureau of Investigation (A Federal Agency) AGENCIES - COUNT FOUR

7. Judicial Panel on Multidistrict Litigation (Judicial Branch) AGENCIES - COUNT FOUR

8. Joe Biden (An Individual) AGENCIES - COUNT FOUR

9. Kamala Harris (An Individual) AGENCIES - COUNT FOUR

10. John Roberts (An Individual) JUDGES - COUNT THREE

11. Xavier Becerra (An Individual) AGENCIES - COUNT FOUR

12. Merrick Garland (An Individual) AGENCIES - COUNT FOUR

13. Kenneth A. Polite Jr. (An Individual) AGENCIES - COUNT FOUR

14. Alejandro Mayorkas (An Individual) AGENCIES - COUNT FOUR

15. Christopher Wray (An Individual) AGENCIES - COUNT FOUR

16. Karen K. Caldwell (An Individual) JUDGES - COUNT THREE

17. Terry Hartle (An Individual) AGENCIES - COUNT FOUR

18. Clarence Thomas (An Individual) JUDGES - COUNT THREE

19. Samuel Alito (An Individual) JUDGES - COUNT THREE

20. Sonia Sotomayor (An Individual) JUDGES - COUNT THREE

21. Elena Kagan (An Individual) JUDGES - COUNT THREE

22. Neil Gorsuch (An Individual) JUDGES - COUNT THREE

23. Brett Kavanaugh (An Individual) JUDGES - COUNT THREE

24. Amy Coney Barrett (An Individual) JUDGES - COUNT THREE

25. Ketanji Brown Jackson (An Individual) JUDGES - COUNT THREE

B. <u>FOR THE STATE OF FLORIDA</u>

On or about 4/27/23, Defendant(s) knowingly submitted fraudulent reports to the Family

Court, which resulted in the removal of Plaintiff's minor child(ren), JR.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 1. Villarreal).

*Plaintiff(s)*

a.   Brigette- Villarreal

b.   Karina- Paredes

*Defendant(s)*

1. COUNTY OF LEE CORPORATION (A Municipal Entity) AGENCIES - COUNT
   FOUR

2. CIRCUIT COURT OF LEE COUNTY (A Municipal Entity) AGENCIES - COUNT
   FOUR

3. THE AMERICAN BAR ASSOCIATION (A Non- Profit) AGENCIES - COUNT FOUR

4. THE FLORIDA BAR (A Florida Corporation) AGENCIES - COUNT FOUR

5. LEE COUNTY CLERK OF COURT OPERATIONS (Corporation) AGENCIES -
   COUNT FOUR

6.  HOMELAND SECURITY OF FLORIDA (A Municipal Entity) AGENCIES - COUNT FOUR

7.  FEDERAL BUREAU OF INVESTIGATION OF FT MYERS (A Federal Agency) AGENCIES - COUNT FOUR

8.  LEE COUNTY INTERNAL AFFAIRS DIVISION (A Municipal Entity) AGENCIES - COUNT FOUR

9.  THE FLORIDA ATTORNEY GENERAL'S OFFICE (A State Office ) AGENCIES - COUNT FOUR

10. THE LEE COUNTY SHERIFF'S DEPARTMENT (A Municipal Entity) AGENCIES - COUNT FOUR

11. GOLISANO CHILDREN'S HOSPITAL OF SOUTHWEST FLORIDA (A Non- Profit) AGENCIES - COUNT FOUR

12. JOHNS HOPKINS ALL CHILDREN'S HOSPITAL (A Non- Profit) AGENCIES - COUNT FOUR

13. THE DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity) AGENCIES - COUNT FOUR

14. THE LEE COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES (A Municipal Entity) AGENCIES - COUNT FOUR

15. FLORIDA GUARDIAN AD LITEM OFFICE (A State Agency) AGENCIES - COUNT FOUR

16. FLORIDA DEPARTMENT OF HEALTH (A State Agency) AGENCIES - COUNT FOUR

17. FLORIDA DEPARTMENT OF HEALTH LEE COUNTY (A State Agency) AGENCIES
- COUNT FOUR

18. FLORIDA HEALTH (A State Agency) AGENCIES - COUNT FOUR

19. HUMANA MEDICAID (A Corporation) AGENCIES - COUNT FOUR

20. Carlos G. Muñiz (An Individual) JUDGES - COUNT THREE

21.  Ron DeSantis (An Individual) AGENCIES - COUNT FOUR

22. Gilberto Perez (An Individual) JUDGES - COUNT THREE

23. Todd Olmer (An Individual) POLICE & SHERIFF'S DEPUTIES - COUNT SIX

24. Timothy J. Corrigan (An Individual) JUDGES - COUNT THREE

25. Amanda Giavonette (An Individual) SOCIAL SERVICES- COUNT SEVEN

26. Patricia Blanco (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

27. Brienne Johnson (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

28. Sherrie Howell (An Individual) SOCIAL SERVICES- COUNT SEVEN

29. Tema Salvetti (An Individual) AGENCIES - COUNT FOUR

30. Tina Cordell (An Individual) AGENCIES - COUNT FOUR

31. Jan Widmer (An Individual) SOCIAL SERVICES- COUNT SEVEN

32. Laurie Jones (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

33. Christine Thornbloom (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

34. Holly Rodriguez (An Individual) G.A.L.s - COUNT TWO

35. Brenda Jones (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

36. Deon Lamar Fletcher Jr (An Individual) MEDICAL PROFESSIONALS - COUNT
EIGHT

37. Pierre Loredo (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

38.  Rolando Gonzalez (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

39. Piedade Oliveira-Silva (An Individual) MEDICAL PROFESSIONALS - COUNT

EIGHT

40. Jeremy P. Rodriguez (An Individual) CO-CONSPIRATORS - COUNT FIVE

41. Amy Mangrum (An Individual) SOCIAL SERVICES- COUNT SEVEN

42. Sharon Shear (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

43. Susan Stroup (An Individual) SOCIAL SERVICES- COUNT SEVEN

44. Mary Townsend (An Individual) SOCIAL SERVICES- COUNT SEVEN

45. Bruce Kyle (An Individual) JUDGES - COUNT THREE

46. Rose Lee (An Individual) ATTORNEYS - COUNT ONE

47. Alisbeth Nelson (An Individual) SOCIAL SERVICES- COUNT SEVEN

48. Abigail Parsons (An Individual) ATTORNEYS - COUNT ONE

49. Brittany Patterson (An Individual) SOCIAL SERVICES- COUNT SEVEN

50. Shahzaib Mirza (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

51. Christopher Inglese (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

52. Luis Rodriguez (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

53. Dr Jean-Baptiste (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

54.  Basith (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

55.  Marin (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

56. Bascon Palmer (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

C. FOR THE STATE OF MISSOURI

On September 16, 2021, Defendant(s) knowingly submitted fraudulent reports to the Family

Court following the kidnapping of Plaintiff's minor child(ren), SJW and CAW, from their

home on September 13, 2021, without a warrant or court order. SEE EXHIBIT LIST: (i) The

Phantom Files - (Folder: GA EXHIBITS), (File: 2. Dean).

*Plaintiff(s)*

a.   Alexandra M. Dean

*Defendant(s)*

1.   D.C.F.S. CRAWFORD COUNTY (A Municipal Entity), AGENCIES - COUNT FOUR

2.   THE SULLIVAN POLICE DEPARTMENT (A Municipal Entity), AGENCIES -
     COUNT FOUR

3.   THE CRAWFORD COUNTY POLICE DEPARTMENT (A Municipal Entity),
     AGENCIES - COUNT FOUR

4.   THE FRANKLIN COUNTY POLICE DEPARTMENT (A Municipal Entity),
     AGENCIES - COUNT FOUR

5.   BARNES- JEWISH HOSPITAL OF SAINT LOUIS (A Private Institution),
     AGENCIES - COUNT FOUR

6.   THE DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity), AGENCIES -
     COUNT FOUR

7.   THE MISSOURI DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity),
     AGENCIES - COUNT FOUR

8.   THE RICHMOND HEIGHTS POLICE DEPARTMENT (A Municipal Entity),
     AGENCIES - COUNT FOUR

9.   THE CRISIS INTERVENTION TEAM OF SAINT LOUIS CITY (A Municipal
     Entity), AGENCIES - COUNT FOUR

10. INTERNAL AFFAIRS DIVISION (A Municipal Entity), AGENCIES - COUNT FOUR

11. THE MISSOURI ATTORNEY GENERAL'S OFFICE (A Municipal Entity), AGENCIES - COUNT FOUR

12. THE SAINT LOUIS CITY SHERIFF'S DEPARTMENT (A Municipal Entity), AGENCIES - COUNT FOUR

13. THE SAINT LOUIS CITY POLICE DEPARTMENT (A Municipal Entity), AGENCIES - COUNT FOUR

14. THE SAINT LOUIS COUNTY POLICE DEPARTMENT (A Municipal Entity), AGENCIES - COUNT FOUR

15. ADMINISTRATIVE OFFICE OF THE COURTS (A Municipal Entity), AGENCIES - COUNT FOUR

16. DOMESTIC RELATIONS OF SAINT LOUIS COUNTY (A Municipal Entity), AGENCIES - COUNT FOUR

17. COUNTY OF SAINT LOUIS CORPORATION (A Municipal Entity), AGENCIES - COUNT FOUR

18. CITY OF SAINT LOUIS CORPORATION (A Municipal Entity), AGENCIES - COUNT FOUR

19. THE SUPREME COURT OF MISSOURI (A Municipal Entity), AGENCIES - COUNT FOUR

20. CIRCUIT COURT OF SAINT COUNTY (A Municipal Entity), AGENCIES - COUNT FOUR

21. THE MISSOURI EASTERN COURT OF APPEALS (A Municipal Entity),
AGENCIES - COUNT FOUR

22. SAINT LOUIS COUNTY BAR (A Missouri Corporation), AGENCIES - COUNT
FOUR

23. COUNTY CLERK OF COURT OPERATIONS (Corporation), AGENCIES - COUNT
FOUR

24. HOMELAND SECURITY OF SAINT LOUIS (A Municipal Entity), AGENCIES -
COUNT FOUR

25. FEDERAL BUREAU OF INVESTIGATION OF SAINT LOUIS (A Municipal Entity),
AGENCIES - COUNT FOUR

26. Mary R. Russell (An Individual), JUDGES - COUNT THREE

27. Betsy Ledgerwood (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

28. Michael L. Parson (An Individual), AGENCIES - COUNT FOUR

29. Matthew T. Schelp (An Individual), JUDGES - COUNT THREE

30. Sarah E. Pitlyk (An Individual), JUDGES - COUNT THREE

31.  John R. Lasater (An Individual), JUDGES - COUNT THREE

32.  Scott Bernstein (An Individual), JUDGES - COUNT THREE

33. Patricia Ann Riehl  (An Individual), JUDGES - COUNT THREE

34. Mary E. Ott (An Individual), JUDGES - COUNT THREE

35. Joan M. Gilmer (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

36. Laura Roy (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

37. Kurt S. Odenwald (An Individual), JUDGES - COUNT THREE

38. Michael E. Gardner (An Individual), JUDGES - COUNT THREE

39. Renee Hardin- Tammons (An Individual), JUDGES - COUNT THREE

40. Neil Hogan (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

41. George Allen Crouch (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

42. Sargent Simon (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

43. McClure (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

44. Darnell M. Willis (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

45. Edward Miles (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

46. Daymond Wayne Lynn (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

47. Megan Anne Rodgers (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

48. Shamantha Edwards (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

49. Brewer (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

50. Adam Carnal (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

51. Hecox (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

52. Eric Willbanks (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

53. Lunyou (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

54. McKinney (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

55. Smith (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

56. Brooks (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

57. Sargent Schilli (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

58. Corporal Scharfenberg (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

59. Jorden Berti (An Individual), (Administrative Assistant), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

60. Nathan Rhoads (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

61. Adam Albert (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

62. Kelly Landre- Wright (An Individual), AGENCIES - COUNT FOUR

63. Olainki Spraggins (An Individual), AGENCIES - COUNT FOUR

64. Gina Dean (An Individual) CO-CONSPIRATORS - COUNT FIVE

65. Duwain Dean (An Individual), CO-CONSPIRATORS - COUNT FIVE

66. Brian Wach (An Individual), CO-CONSPIRATORS - COUNT FIVE

67. Justin Wach (An Individual), CO-CONSPIRATORS - COUNT FIVE

68. Betty Jene Hansmann (An Individual), CO-CONSPIRATORS - COUNT FIVE

69. William Gregory (An Individual), CO-CONSPIRATORS - COUNT FIVE

70. Gabby Olejnik (An Individual), CO-CONSPIRATORS - COUNT FIVE

71. Cortnie Hulett (An Individual), CO-CONSPIRATORS - COUNT FIVE

72. Troy Korte (An Individual), CO-CONSPIRATORS - COUNT FIVE

73. Beth Lewandowski (An Individual), G.A.L.s - COUNT TWO

74. Jacqueline Matreci (An Individual), ATTORNEYS - COUNT ONE

75. Laura Stobie (An Individual), ATTORNEYS - COUNT ONE

76. Myra Leary  (An Individual), ATTORNEYS - COUNT ONE

77. Adam Coonce  (An Individual), ATTORNEYS - COUNT ONE

78. Kenzie Mooty  (An Individual), ATTORNEYS - COUNT ONE

79. Sarah Melz (An Individual), ATTORNEYS - COUNT ONE

80. Jacquelyn Gonz (An Individual), ATTORNEYS - COUNT ONE

81. Kelly Chevalier (An Individual), ATTORNEYS - COUNT ONE

82. James N. Fendelman (An Individual), ATTORNEYS - COUNT ONE

83. Robert N. Hamilton (An Individual), ATTORNEYS - COUNT ONE

84. John Fenley (An Individual), ATTORNEYS - COUNT ONE

85. Dr. Christopher Parks (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

86. Dr. Mina Charepoo (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

87. Dr. Lebowitz (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

88. Dr. Susan Sanderson (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

89. Jason D. Dodson (An Individual), JUDGES - COUNT THREE

*Plaintiff(s)*

b. Michelle M. Dickerson

On or about 6/26/18, 5/9/2018, & 11/8/19, Defendant(s) knowingly submitted fraudulent reports to the Family Court, which resulted in the removal of Plaintiff's minor child(ren), RMD, WAD, DID, & JMD.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 3. Dickerson).

*Defendant(s)*

1. ADMINISTRATIVE OFFICE OF THE COURTS (A Municipal Entity), AGENCIES - COUNT FOUR

2. COUNTY OF SAINT LOUIS CORPORATION (A Municipal Entity), AGENCIES - COUNT FOUR

3. CITY OF SAINT LOUIS CORPORATION (A Municipal Entity), AGENCIES - COUNT FOUR

4. THE SUPREME COURT OF MISSOURI (A Municipal Entity), AGENCIES - COUNT FOUR

5. CIRCUIT COURT OF SAINT COUNTY (A Municipal Entity), AGENCIES - COUNT FOUR

6. THE MISSOURI EASTERN COURT OF APPEALS (A Municipal Entity), AGENCIES - COUNT FOUR

7. SAINT LOUIS COUNTY BAR (A Missouri Corporation), AGENCIES - COUNT FOUR

8. COUNTY CLERK OF COURT OPERATIONS (Corporation), AGENCIES - COUNT FOUR

9. HOMELAND SECURITY OF SAINT LOUIS (A Municipal Entity), AGENCIES - COUNT FOUR

10. FEDERAL BUREAU OF INVESTIGATION OF SAINT LOUIS (A Municipal Entity), AGENCIES - COUNT FOUR

11. INTERNAL AFFAIRS DIVISION (A Municipal Entity), AGENCIES - COUNT FOUR

12. THE MISSOURI ATTORNEY GENERAL'S OFFICE (A Municipal Entity), AGENCIES - COUNT FOUR

13. THE SAINT LOUIS CITY SHERIFF'S DEPARTMENT (A Municipal Entity),
    AGENCIES - COUNT FOUR

14. BARNES- JEWISH HOSPITAL OF SAINT LOUIS (A Private Institution),
    AGENCIES - COUNT FOUR

15.  MERCY HOSPITAL SOUTH (A Private Institution), AGENCIES - COUNT FOUR

16. THE DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity), AGENCIES -
    COUNT FOUR

17. THE MISSOURI DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity),
    AGENCIES - COUNT FOUR

18. D.C.F.S. SAINT LOUIS (A Municipal Entity), AGENCIES - COUNT FOUR

19. SAINT LOUIS FEDERAL COURT LEGAL ADVICE CLINIC (A Municipal Entity),
    AGENCIES - COUNT FOUR

20. Mary R. Russell (An Individual), JUDGES - COUNT THREE

21. Michael L. Parson (An Individual), AGENCIES - COUNT FOUR

22. Joan M. Gilmer (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

23. Matthew T. Schelp (An Individual), JUDGES - COUNT THREE

24. Jodie Hodge (An Individual), SOCIAL SERVICES- COUNT SEVEN

25. Every Child's Hope (A Private Institution), AGENCIES - COUNT FOUR

26. Bringing Families Together (A Private Institution), AGENCIES - COUNT FOUR

27. Good Shepherd (A Private Institution), AGENCIES - COUNT FOUR

28. Averhealth (A Private Institution), AGENCIES - COUNT FOUR

29. Robinwood Elementary (A Municipal Entity), AGENCIES - COUNT FOUR

30. Tina Nugent (An Individual), SOCIAL SERVICES- COUNT SEVEN

31. Lutricia Allen (An Individual), SOCIAL SERVICES- COUNT SEVEN

32. Bill Grant (An Individual), ATTORNEYS - COUNT ONE

33. Crista Beracha (An Individual), G.A.L.s - COUNT TWO

34. Jennifer Hoffman (An Individual),  ATTORNEYS - COUNT ONE

35. Bridgett Kastner (An Individual), SOCIAL SERVICES- COUNT SEVEN

36. Teresa Langford (An Individual), SOCIAL SERVICES- COUNT SEVEN

37. Patricia Seidel (An Individual), ATTORNEYS - COUNT ONE

38. Tiffany Hytrek (An Individual), SOCIAL SERVICES- COUNT SEVEN

39. Ann Pendegrass (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

40. Colby T. Newborn (An Individual), CO-CONSPIRATORS - COUNT FIVE

41. Armand Wilson (An Individual), CO-CONSPIRATORS - COUNT FIVE

42. Briana Williams (An Individual), SOCIAL SERVICES- COUNT SEVEN

43. Brenton Williams (An Individual), SOCIAL SERVICES- COUNT SEVEN

44. Jamie Lynn Emahiser (An Individual), ATTORNEYS - COUNT ONE

45. Sandra Faragut Hemphil (An Individual), JUDGES - COUNT THREE

46. John Thomas Nanny (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

47. John Borbonus (An Individual), JUDGES - COUNT THREE

48. Jason D. Dodson (An Individual), JUDGES - COUNT THREE

49. Alicia Carter (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

50. John Tressler (An Individual), ATTORNEYS - COUNT ONE

51. Marshall Hoekel (An Individual), ATTORNEYS - COUNT ONE

52. Evita Tolu (An Individual), ATTORNEYS - COUNT ONE

53.  Anna Elizabeth Connely (An Individual), ATTORNEYS - COUNT ONE

54. Sioban Akers (An Individual), ATTORNEYS - COUNT ONE

55. Mathew H. Noce (An Individual), ATTORNEYS - COUNT ONE

56. Kenyatta Eleby (An Individual), ATTORNEYS - COUNT ONE

57. Ashley Janel Moore (An Individual), ATTORNEYS - COUNT ONE

58. Rachna Lien  (An Individual), ATTORNEYS - COUNT ONE

59. Jesus Alejandro Martinez Reyes (An Individual), ATTORNEYS - COUNT ONE

60. Lance Christian Bretsnyder (An Individual), ATTORNEYS - COUNT ONE

61. Michelle Hammond (An Individual), ATTORNEYS - COUNT ONE

62. Rick L. Nelson (An Individual), ATTORNEYS - COUNT ONE

63. Chimene Yavonne Laskey (An Individual), ATTORNEYS - COUNT ONE

64. John R. Bird (An Individual), ATTORNEYS - COUNT ONE

65. Diane Monahan (An Individual), ATTORNEYS - COUNT ONE

66.  Carl Seltzer (An Individual), ATTORNEYS - COUNT ONE

67. Tiffany Ann Hytrek (An Individual), ATTORNEYS - COUNT ONE

68. Linda Colburn (An Individual), ATTORNEYS - COUNT ONE

69. Alinda Dickerson (An Individual), CO-CONSPIRATORS - COUNT FIVE

70. Michael Dickerson (An Individual), CO-CONSPIRATORS - COUNT FIVE

71. Cynthia Newborn (An Individual), CO-CONSPIRATORS - COUNT FIVE

72.  Joanne Wilson (An Individual), CO-CONSPIRATORS - COUNT FIVE

73. Armand Wilson (An Individual), CO-CONSPIRATORS - COUNT FIVE

74. Erica Jenkins (An Individual), ATTORNEYS - COUNT ONE

75. Hannah Weis (An Individual), ATTORNEYS - COUNT ONE

76. Kerry Allen (An Individual), ATTORNEYS - COUNT ONE

77. Crista Beracha (An Individual), ATTORNEYS - COUNT ONE

78. Marshall Hoekel (An Individual), ATTORNEYS - COUNT ONE

79. Leigh Carson (An Individual), ATTORNEYS - COUNT ONE

80. Jennifer Piper (An Individual), ATTORNEYS - COUNT ONE

81. Rachna Lien (An Individual), ATTORNEYS - COUNT ONE

82. Kelly Chevalier (An Individual), ATTORNEYS - COUNT ONE

83. Deborah Roeder (An Individual), ATTORNEYS - COUNT ONE

84. Krista S. Peyton (An Individual), JUDGES - COUNT THREE

85. Laura Stobie (An Individual), ATTORNEYS - COUNT ONE

86. Myra Leary  (An Individual), ATTORNEYS - COUNT ONE

87. Adam Coonce  (An Individual), ATTORNEYS - COUNT ONE

88. Kenzie Mooty  (An Individual), ATTORNEYS - COUNT ONE

*Plaintiff(s)*

c.  Ryan N. Brown

On or about 11/2012, 7/2014, 3/2019, 2/2021, & 10/2022, Defendant(s) knowingly

submitted fraudulent reports to the Family Court, which resulted in the removal of Plaintiff's

minor child(ren), BNB & RNB.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 4. Brown).

*Defendant(s)*

1. ADMINISTRATIVE OFFICE OF THE COURTS (A Municipal Entity), AGENCIES - COUNT FOUR

2. DOMESTIC RELATIONS OF SAINT LOUIS COUNTY (A Municipal Entity), AGENCIES - COUNT FOUR

3. COUNTY OF SAINT LOUIS CORPORATION (A Municipal Entity), AGENCIES - COUNT FOUR

4. CIRCUIT COURT OF SAINT COUNTY (A Municipal Entity), AGENCIES - COUNT FOUR

5. SAINT LOUIS COUNTY BAR (A Missouri Corporation), AGENCIES - COUNT FOUR

6. COUNTY CLERK OF COURT OPERATIONS (A Corporation), AGENCIES - COUNT FOUR

7. THE SAINT LOUIS COUNTY POLICE DEPARTMENT (A Municipal Entity), AGENCIES - COUNT FOUR

8. THE DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity), AGENCIES - COUNT FOUR

9. THE MISSOURI DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity), AGENCIES - COUNT FOUR

10. D.C.F.S. SAINT LOUIS (A Municipal Entity), AGENCIES - COUNT FOUR

11. Mary R. Russell (An Individual), JUDGES - COUNT THREE

12. Michael L. Parson (An Individual), AGENCIES - COUNT FOUR

13. Matthew T. Schelp (An Individual), JUDGES - COUNT THREE

14. Joan M. Gilmer (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

15. Dale W. Hood (An Individual), JUDGES - COUNT THREE

16. Colleen Hubble (An Individual), ATTORNEYS - COUNT ONE

17. Kelly Chevalier (An Individual), ATTORNEYS - COUNT ONE

18. Deborah C. Moron Henry (An Individual), ATTORNEYS - COUNT ONE

19. Mary W. Greaves (An Individual), ATTORNEYS - COUNT ONE

20. Laura Stobie (An Individual), G.A.L.s - COUNT TWO

21. Myra Leary  (An Individual), ATTORNEYS - COUNT ONE

22. Adam Coonce  (An Individual), ATTORNEYS - COUNT ONE

23. Kenzie Mooty  (An Individual), ATTORNEYS - COUNT ONE

24. Jillian Brown (An Individual), CO-CONSPIRATORS - COUNT FIVE

25. Carol Love (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

26. Krista S. Peyton (An Individual), JUDGES - COUNT THREE

27. Jason D. Dodson (An Individual), JUDGES - COUNT THREE

*Plaintiff(s)*

d.  Brooke J. Marr

On or about 10/19/2020, Defendant(s) knowingly submitted fraudulent reports to the Family

Court, which resulted in the removal of Plaintiff's minor child(ren), AS & CS.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 5. Marr).

*Defendant(s)*

1. ADMINISTRATIVE OFFICE OF THE COURTS (A Municipal Entity), AGENCIES -
   COUNT FOUR

2. COUNTY OF SAINT LOUIS CORPORATION (A Municipal Entity), AGENCIES -
   COUNT FOUR

3. CITY OF SAINT LOUIS CORPORATION (A Municipal Entity), AGENCIES -
   COUNT FOUR

4. THE SUPREME COURT OF MISSOURI (A Municipal Entity), AGENCIES -
   COUNT FOUR

5.   CIRCUIT COURT OF SAINT COUNTY (A Municipal Entity), AGENCIES - COUNT
     FOUR

6.   SAINT LOUIS COUNTY BAR (A Missouri Corporation), AGENCIES - COUNT
     FOUR

7.   COUNTY CLERK OF COURT OPERATIONS (Corporation), AGENCIES - COUNT
     FOUR

8.   HOMELAND SECURITY OF SAINT LOUIS (A Municipal Entity), AGENCIES -
     COUNT FOUR

9.   FEDERAL BUREAU OF INVESTIGATION OF SAINT LOUIS (A Municipal Entity),
     AGENCIES - COUNT FOUR

10.  INTERNAL AFFAIRS DIVISION (A Municipal Entity), AGENCIES - COUNT
     FOUR

11.  THE MISSOURI ATTORNEY GENERAL'S OFFICE (A Municipal Entity),
     AGENCIES - COUNT FOUR

12.  THE SAINT LOUIS CITY POLICE DEPARTMENT (A Municipal Entity),
     AGENCIES - COUNT FOUR

13.  THE DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity), AGENCIES -
     COUNT FOUR

14.  THE MISSOURI DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity),
     AGENCIES - COUNT FOUR

15.   D.C.F.S. SAINT LOUIS (A Municipal Entity), AGENCIES - COUNT FOUR

16.  Mary R. Russell (An Individual), JUDGES - COUNT THREE

17.  Michael L. Parson (An Individual), AGENCIES - COUNT FOUR

18. Matthew T. Schelp (An Individual), JUDGES - COUNT THREE

19. Joan M. Gilmer (An Individual),

20. Megan Julian Higgins (An Individual), JUDGES - COUNT THREE

21. Alejandro Sigala (An Individual), CO-CONSPIRATORS - COUNT FIVE

22. Alicia Sigala (An Individual), CO-CONSPIRATORS - COUNT FIVE

23. James N. Fendelman (An Individual), ATTORNEYS - COUNT ONE

24. Elliott I. Goldberger (An Individual), ATTORNEYS - COUNT ONE

25. John R. Lasater (An Individual), JUDGES - COUNT THREE

26. Mayra Flesner (An Individual), ATTORNEYS - COUNT ONE

27. Kimberly Jean Coleman (An Individual), ATTORNEYS - COUNT ONE

28. Matthew Edwin Lee Voorhees (An Individual), ATTORNEYS - COUNT ONE

29. Kimberly D. Whittle (An Individual), G.A.L.s - COUNT TWO

30. Laura Stobie (An Individual) G.A.L.s - COUNT TWO

31. Myra Leary  (An Individual), ATTORNEYS - COUNT ONE

32. Adam Coonce  (An Individual), ATTORNEYS - COUNT ONE

33. Kenzie Mooty  (An Individual), ATTORNEYS - COUNT ONE

34. Jason D. Dodson (An Individual), JUDGES - COUNT THREE

35. Ryley Hamilton (An Individual), ATTORNEYS - COUNT ONE

36. Ericka Wentzel (An Individual), ATTORNEYS - COUNT ONE

37. George Edward Tillman (An Individual), ATTORNEYS - COUNT ONE

38.  Jeff Millar (An Individual), ATTORNEYS - COUNT ONE

*Plaintiff(s)*

e. Justin E. Shire

On or about 3/9/17, Defendant(s) knowingly submitted fraudulent reports to the Family Court, which resulted in the removal of Plaintiff's minor child(ren), JRS.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 6. Shire).

*Defendant(s)*

1. THE MISSOURI EASTERN COURT OF APPEALS (A Municipal Entity), AGENCIES - COUNT FOUR

2. ADMINISTRATIVE OFFICE OF THE COURTS (A Municipal Entity), AGENCIES - COUNT FOUR

3. DOMESTIC RELATIONS OF SAINT LOUIS COUNTY (A Municipal Entity), AGENCIES - COUNT FOUR

4. COUNTY OF SAINT LOUIS CORPORATION (A Municipal Entity),  AGENCIES - COUNT FOUR

5. THE SUPREME COURT OF MISSOURI (A Municipal Entity), AGENCIES - COUNT FOUR

6. CIRCUIT COURT OF SAINT COUNTY (A Municipal Entity), AGENCIES - COUNT FOUR

7. SAINT LOUIS COUNTY BAR (A Missouri Corporation), AGENCIES - COUNT FOUR

8. COUNTY CLERK OF COURT OPERATIONS (Corporation), AGENCIES - COUNT FOUR

9. HOMELAND SECURITY OF SAINT LOUIS (A Municipal Entity), AGENCIES - COUNT FOUR

10. FEDERAL BUREAU OF INVESTIGATION OF SAINT LOUIS (A Municipal Entity), AGENCIES - COUNT FOUR

11. INTERNAL AFFAIRS DIVISION (A Municipal Entity), AGENCIES - COUNT FOUR

12. THE MISSOURI ATTORNEY GENERAL'S OFFICE (A Municipal Entity), AGENCIES - COUNT FOUR

13. Mary R. Russell (An Individual), JUDGES - COUNT THREE

14. Michael L. Parson (An Individual), AGENCIES - COUNT FOUR

15. Matthew T. Schelp (An Individual), JUDGES - COUNT THREE

16. Joan M. Gilmer (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

17. Laura Roy (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

18. Mary W. Greaves (An Individual), JUDGES - COUNT THREE

19. Shelby C. Shire (An Individual), CO-CONSPIRATORS - COUNT FIVE

20. Patrick W. Pedano (An Individual), ATTORNEYS - COUNT ONE

21. Laura Stobie (An Individual), G.A.L.s - COUNT TWO

22. Myra Leary  (An Individual), ATTORNEYS - COUNT ONE

23. Adam Coonce  (An Individual), ATTORNEYS - COUNT ONE

24. Kenzie Mooty  (An Individual), ATTORNEYS - COUNT ONE

25. Elizabeth Middleton Sheehan (An Individual), ATTORNEYS - COUNT ONE

26. Shirley R. Tasker (An Individual), ATTORNEYS - COUNT ONE

27. Nicole S. Zellweger (An Individual), JUDGES - COUNT THREE

28. Jason D. Dodson (An Individual), JUDGES - COUNT THREE

*Plaintiff(s)*

f.  Ariel Alton

On or about 10/25/16, Defendant(s) knowingly submitted fraudulent reports to the Family

Court, which resulted in the removal of Plaintiff's minor child(ren), LS.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 7. Alton).

*Defendant(s)*

1.  ADMINISTRATIVE OFFICE OF THE COURTS (A Municipal Entity),  AGENCIES -
COUNT FOUR

1)  COUNTY OF SAINT LOUIS CORPORATION (A Municipal Entity), AGENCIES -
COUNT FOUR

2)  THE SUPREME COURT OF MISSOURI (A Municipal Entity), AGENCIES -
COUNT FOUR

3)  CIRCUIT COURT OF SAINT COUNTY (A Municipal Entity), AGENCIES - COUNT
FOUR

4)  SAINT LOUIS COUNTY BAR (A Missouri Corporation), AGENCIES - COUNT
FOUR

5)  COUNTY CLERK OF COURT OPERATIONS (Corporation), AGENCIES - COUNT
FOUR

6)  HOMELAND SECURITY OF SAINT LOUIS (A Municipal Entity), AGENCIES -
COUNT FOUR

7)  FEDERAL BUREAU OF INVESTIGATION OF SAINT LOUIS (A Municipal Entity),
AGENCIES - COUNT FOUR

8)  INTERNAL AFFAIRS DIVISION (A Municipal Entity), AGENCIES - COUNT
FOUR

9) THE MISSOURI ATTORNEY GENERAL'S OFFICE (A Municipal Entity), AGENCIES - COUNT FOUR

2. Mary R. Russell (An Individual), JUDGES - COUNT THREE

3. Michael L. Parson (An Individual), AGENCIES - COUNT FOUR

4. Matthew T. Schelp (An Individual), JUDGES - COUNT THREE

5. Joan M. Gilmer (An Individual),

6. Joseph L. Green (An Individual), JUDGES - COUNT THREE

7. Kelly Chevalier (An Individual), ATTORNEYS - COUNT ONE

8. Laura Stobie (An Individual), G.A.L.s - COUNT TWO

9. Myra Leary  (An Individual), ATTORNEYS - COUNT ONE

10. Adam Coonce  (An Individual), ATTORNEYS - COUNT ONE

11. Kenzie Mooty  (An Individual), ATTORNEYS - COUNT ONE

12. Jason D. Dodson (An Individual), JUDGES - COUNT THREE

### D. CO- CONSPIRATORS

#### a. THE CASH FOR KIDS ZOOM CALL GAL(s)

The following Defendants are seen on the infamous "Kids for Cash" Zoom Call conspiring to fix cases, money launder, and tamper with witnesses with the other names defendants in this case. (See O.C.G.A. § 16-14-4(b): If a person participates in a criminal enterprise each individual involved in that enterprise can be prosecuted under the Georgia RICO Act.)

(i) Zoom call transcript with a full list of the affiliated members. See Exhibit:

https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:16185fbe-2567-4466-96fa-7650f601433e

(ii) Video evidence of ZOOM Call, Short Version:

https://www.dropbox.com/scl/fi/9hfxv83ddw7gmruzcr7ig/2024-1-1-16-1-38.mp4?rlkey=bui3f4

mptfhv6ymjl513xnwwc&dl=0

(iii) Video evidence of ZOOM Call, Full Version. See Exhibit:

https://www.youtube.com/watch?v=z_Re_bX118k

1.  Sarah Pleban (An Individual), G.A.L.s - COUNT TWO

2.  Elaine Pudlowski (An Individual), G.A.L.s - COUNT TWO

3.  Henry Miller, Jr. (An Individual), G.A.L.s - COUNT TWO

4.  Arthur H. Nissenbaum (An Individual), G.A.L.s - COUNT TWO

5.  Justin Ruth (An Individual), G.A.L.s - COUNT TWO

6.  Jennifer Piper (An Individual), G.A.L.s - COUNT TWO

7.  Deborah Roeder (An Individual), G.A.L.s - COUNT TWO

8.  Maia Brodie (An Individual), G.A.L.s - COUNT TWO

9.  David S. Betz (An Individual), G.A.L.s - COUNT TWO

10. Amy Diemer (An Individual), G.A.L.s - COUNT TWO

11. Shevon Harris (An Individual), G.A.L.s - COUNT TWO

12. Mark Kiesewetter (An Individual), G.A.L.s - COUNT TWO

13. Greg Brough (An Individual), G.A.L.s - COUNT TWO

14. Venus Jackson (An Individual), G.A.L.s - COUNT TWO

15. Lynn Reichert (An Individual), G.A.L.s - COUNT TWO

16. Mary Davidson (An Individual), G.A.L.s - COUNT TWO

17. Cynthia Albin (An Individual), G.A.L.s - COUNT TWO

18. Sylvia Pociask (An Individual), G.A.L.s - COUNT TWO

19. Molly Murphy (An Individual), G.A.L.s - COUNT TWO

20. Kelly Chevalier (An Individual), G.A.L.s - COUNT TWO

21. D. Kimberly Whittle (An Individual), G.A.L.s - COUNT TWO

22. Laura Hawk Stobie (An Individual), G.A.L.s - COUNT TWO

23. Colleen Hubble (An Individual), G.A.L.s - COUNT TWO

24. James D. Reid (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

25. Leigh Carson (An Individual) G.A.L.s - COUNT TWO

26. Sharon Remis (An Individual) G.A.L.s - COUNT TWO

27. Rachna Lien (An Individual) G.A.L.s - COUNT TWO

28. Lisa Sigmund (An Individual) G.A.L.s - COUNT TWO


### b. FEDERAL JUDGES

The following Defendants are Federal Judges who have been unlawfully dismissing We the People's cases and/ or artificially prolonging the proceedings.

1. Monica Ramirez Almadani- Case No. 2:25-cv-00530 - JUDGES - COUNT THREE

2. Harvey E. Schlesinger- Case No. 3:25-cv-00019 - JUDGES - COUNT THREE

3. Patricia D. Barksdale- Case No. 3:25-cv-00019 - JUDGES - COUNT THREE

4. Sarah E. Pitlyk- Case No. 4:23-cv-01280 - JUDGES - COUNT THREE

5. Matthew T. Schelp- Case No. 4:24-cv-00074 & Case No. 4:24-cv-00494 - JUDGES - COUNT THREE

6. Stephen R. Clark- Case No. 4:25-cv-00001 & Case No. 4:24-cv-00184 - JUDGES - COUNT THREE

7. Noelle C. Collins- Case No. 4:25-cv-00001 - JUDGES - COUNT THREE

8. Catherine D. Perry- Case No. 4:25-cv-00001 & Case No. 4:24-cv-00255 - JUDGES - COUNT THREE

9. Rodney W. Sippel- Case No. 4:24-cv-00560 - JUDGES - COUNT THREE

10. Sheri Polster Chappell- Case No. 2:25-cv-00007 - JUDGES - COUNT THREE

11. Kyle C. Dudek- Case No. 2:25-cv-00007 - JUDGES - COUNT THREE

12. John L. Badalamenti- Case No. 2:24-cv-00993 - JUDGES - COUNT THREE

13. Nicholas P. Mizell- Case No. 2:24-cv-00993 - JUDGES - COUNT THREE

14. Rodney H. Holmes- Case No. 4:24-cv-01405 - JUDGES - COUNT THREE

15. Clifton L. Corker- Case No. 2:24-cv-00192 - JUDGES - COUNT THREE

16. Cynthia R. Wyrick- Case No. 2:24-cv-00192 - JUDGES - COUNT THREE

17. John A. Ross- Case No. 4:24-cv-00112 - JUDGES - COUNT THREE

18. Henry Edward Autrey- Case No. 4:24-cv-00863 & Case No. 4:24-cv-00815 - JUDGES - COUNT THREE

19. John M. Bodenhausen- Case No. 4:23-cv-01708 - JUDGES - COUNT THREE

### c. DOES IN NEED OF INTERVENTION

These Defendants have unlawfully separated the following individuals, Doe(s), from their children. Although these parents are fearful to come forward due to government retaliation, their children remain under the protection of We the People and seek this honorable Court's intervention in their cases.

### 1. Case No. 23SL-DR00146

1. Charles B. Flynn (An Individual), G.A.L.s - COUNT TWO

2. Nathan S. Cohen (An Individual), ATTORNEYS - COUNT ONE

3. Matthew Hill Hearne (An Individual), JUDGES - COUNT THREE

4. Holly Hamilton (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

### 2. Case No. 23SL-DR00955

5. Laura Stobie (An Individual), ATTORNEYS - COUNT ONE

6. Elaine Pudlowski (An Individual) G.A.L.s - COUNT TWO

7. Jeffrey Paul Medler (An Individual) JUDGES - COUNT THREE

### 3. Case No. 16SL-DR01191-02

PRUESSNER, BERNADINE D'ORVILLE (Deceased)

B. Pruessner and her four children- Trafficked, Pillaged, Tortured, and Murdered by the MO-FCCE.

8. Nathan S. Cohen (An Individual), ATTORNEYS - COUNT ONE

9. Laura Stobie (An Individual), G.A.L.s - COUNT TWO

10. Mary Greaves (An Individual), JUDGES - COUNT THREE

### 4. Case No. 20SL-DR00079

11. Kimberly Whittle (An Individual) G.A.L.s - COUNT TWO

12. Kelly Chevalier- (An Individual), G.A.L.s - COUNT TWO

13. Matthew Hill Hearne (An Individual) JUDGES - COUNT THREE

### 5. Case No. 19SL-DR00409-01

14. Beth Lewandowski (An Individual) ATTORNEYS - COUNT ONE

15. Laura Stobie (An Individual)- G.A.L.s - COUNT TWO

16. Joseph L. Green (An Individual) JUDGES - COUNT THREE

### 6.  Case No. 19SL-DR03151

17. Laura Stobie (An Individual) ATTORNEYS - COUNT ONE

18. Jeffrey Medler (An Individual) JUDGES - COUNT THREE

### 7.  Case No. 23SL-DR02137

19. Sarah Pleban (An Individual)- G.A.L.s - COUNT TWO

20. Julia Pusateri Lasater (An Individual)- JUDGES - COUNT THREE

### 8.  Case No. 20SL-DR01448-02

21. Laura Stobie (An Individual) G.A.L.s - COUNT TWO

22. Henry Miller (An Individual) ATTORNEYS - COUNT ONE

23. Charles Flynn (An Individual) ATTORNEYS - COUNT ONE

24. Julia Pusateri Lasater (An Individual)- JUDGES - COUNT THREE

### 9.  Case No. 08SL-DR01390-03

25. Laura Stobie (An Individual) G.A.L.s - COUNT TWO

26. Bruce F. Hilton (An Individual), JUDGES - COUNT THREE

### 10. Case No. 20SL-DR01296-01

27. Brian Dunlop (An Individual) ATTORNEYS - COUNT ONE

28. Laura Stobie (An Individual) ATTORNEYS - COUNT ONE

29. Mary Greaves (An Individual), JUDGES - COUNT THREE

### 11. Case No.19SL-DR03884-01

30. Laura Stobie (An Individual) ATTORNEYS - COUNT ONE

31. Elaine Pudlowski (An Individual) G.A.L.s - COUNT TWO

32. Megan Higgins (An Individual) JUDGES - COUNT THREE

### 12. Case No. 23SL-DRO5164

33. Sarah Pleban (An Individual) G.A.L.s - COUNT TWO

34. Megan Higgins (An Individual) JUDGES - COUNT THREE

### 13. Case No. 19SL-DR03795

35. Sarah Pleban (An Individual) G.A.L.s - COUNT TWO

36. Amanda Bundren McNelley (An Individual) JUDGES - COUNT THREE

### 14. Case No. 23SL-DR02137

37. Sarah Pleban (An Individual) G.A.L.s - COUNT TWO

38. Julia Pusateri Lasater (An Individual) JUDGES - COUNT THREE

### 15. Case No. 24SL-DR00843

39. Sarah Pleban (An Individual) G.A.L.s - COUNT TWO

40. Matthew Hearne (An Individual) JUDGES - COUNT THREE

### 16. 22SL-DR00040-01

41. THE BALLWIN POLICE DEPARTMENT (A Municipal Entity), AGENCIES -
    COUNT FOUR

42. Charlie Thompson (An Individual), CO-CONSPIRATORS - COUNT FIVE

43. Brittany Erker (An Individual), ATTORNEYS - COUNT ONE

44. Jenna Conley (An Individual), ATTORNEYS - COUNT ONE

45. Cynthia Albin (An Individual), G.A.L.s - COUNT TWO

46. Betty Thompson (An Individual), CO-CONSPIRATORS - COUNT FIVE

47. Michael Burgoyne (An Individual), POLICE & SHERIFF'S DEPUTIES - COUNT SIX

48. Robert M. Heggie (An Individual), JUDGES - COUNT THREE

49. Brian Dunlop (An Individual) G.A.L.s - COUNT TWO

50. Laura Stobie (An Individual) ATTORNEYS - COUNT ONE

51. Myra Leary  (An Individual), ATTORNEYS - COUNT ONE

52. Adam Coonce  (An Individual), ATTORNEYS - COUNT ONE

53. Kenzie Mooty  (An Individual), ATTORNEYS - COUNT ONE

54. Dr. Susan Sanderson (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

55. Joseph S. Sanchez (An Individual), ATTORNEYS - COUNT ONE

56. Mark W. Haefner (An Individual), ATTORNEYS - COUNT ONE

57. Cara C. Keeble (An Individual),  ATTORNEYS - COUNT ONE

58. Andrew Pichler (An Individual), ATTORNEYS - COUNT ONE

59.  Lisa Sigmund (An Individual), ATTORNEYS - COUNT ONE

60. Frank Ross Gipson (An Individual), ATTORNEYS - COUNT ONE

61. Bradley R. Bodeux (An Individual), ATTORNEYS - COUNT ONE

62. Chad Rackers (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

63. Sanda Smajlovic-Gunn (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

64. Van Buskirk (An Individual), MEDICAL PROFESSIONALS - COUNT EIGHT

65. Kelly Ploesser (An Individual), SOCIAL SERVICES- COUNT SEVEN

66. Emily Mathews (An Individual), SOCIAL SERVICES- COUNT SEVEN

E. FOR THE STATE OF TENNESSEE

On or about 9/2015, Defendant(s) knowingly submitted fraudulent reports to the Family Court, which resulted in the removal of Plaintiff's minor child(ren), BCJ.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 8. Brabson).

*Plaintiff(s)*

a. Jennifer Brabson

*Defendant(s)*

1. TENNESSEE DEPARTMENT OF HEALTH (A State Agency) AGENCIES - COUNT FOUR

2. TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS (A State Entity) AGENCIES - COUNT FOUR

3. SULLIVAN COUNTY DOMESTIC RELATIONS COURT (A County Entity) AGENCIES - COUNT FOUR

4. COUNTY OF SULLIVAN CORPORATION (A Municipal Entity) AGENCIES - COUNT FOUR

5. CITY OF KINGSPORT CORPORATION (A Municipal Entity) AGENCIES - COUNT FOUR

6. CIRCUIT COURT OF SULLIVAN COUNTY (A County Entity) AGENCIES - COUNT FOUR

7. THE AMERICAN BAR ASSOCIATION (A Municipal Entity) AGENCIES - COUNT FOUR

8. TENNESSEE BAR ASSOCIATION (A State Entity) AGENCIES - COUNT FOUR

9. SULLIVAN COUNTY CLERK OF COURT OPERATIONS (A County Entity) AGENCIES - COUNT FOUR

10. TENNESSEE OFFICE OF HOMELAND SECURITY (A State Entity) AGENCIES - COUNT FOUR

11. FEDERAL BUREAU OF INVESTIGATION OF KNOXVILLE (A Federal Agency) AGENCIES - COUNT FOUR

12. INTERNAL AFFAIRS DIVISION OF SULLIVAN COUNTY (A County Entity) AGENCIES - COUNT FOUR

13. TENNESSEE ATTORNEY GENERAL'S OFFICE (A State Entity) AGENCIES - COUNT FOUR

14. SULLIVAN COUNTY SHERIFF'S DEPARTMENT (A County Entity) AGENCIES - COUNT FOUR

15. KINGSPORT POLICE DEPARTMENT (A Municipal Entity) AGENCIES - COUNT FOUR

16. CRISIS INTERVENTION TEAM OF SULLIVAN COUNTY (A County Entity) AGENCIES - COUNT FOUR

17. BRISTOL POLICE DEPARTMENT (A Municipal Entity) AGENCIES - COUNT FOUR

18. TENNESSEE DEPARTMENT OF HUMAN SERVICES (A State Entity) AGENCIES - COUNT FOUR

19. SULLIVAN COUNTY DEPARTMENT OF SOCIAL SERVICES (A County Entity) AGENCIES - COUNT FOUR

20. D.C.F.S. SULLIVAN COUNTY (A County Entity) AGENCIES - COUNT FOUR

21. THE SALVATION ARMY (A Nonprofit) AGENCIES - COUNT FOUR

22. Holly M. Kirby (An individual) JUDGES - COUNT THREE

23. Bill Lee (An Individual) AGENCIES - COUNT FOUR

24. Carrie Madison (An Individual) AGENCIES - COUNT FOUR

25. Britt Hill (An Individual) SOCIAL SERVICES- COUNT SEVEN

26. Randy Kennedy (An Individual) JUDGES - COUNT THREE

27. Jordan Pennington (An Individual)  ATTORNEYS - COUNT ONE

28. Daniel Cantwell (An Individual) ATTORNEYS - COUNT ONE

29.  Nic Schaefer (An Individual) ATTORNEYS - COUNT ONE

30. Tara Thomas (An Individual) ATTORNEYS - COUNT ONE

31. Rebecca Hope (An Individual) ATTORNEYS - COUNT ONE

32. Amy Bachman (An Individual) SOCIAL SERVICES- COUNT SEVEN

33. Ashley Justus (An Individual) SOCIAL SERVICES- COUNT SEVEN

34. James Maskew (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

35. Joseph Irvin (An Individual) SOCIAL SERVICES- COUNT SEVEN

36. Melissa Irvin (An Individual) SOCIAL SERVICES- COUNT SEVEN

37. Deborah Elkins (An Individual) SOCIAL SERVICES- COUNT SEVEN

38. Kymari House (A Nonprofit) AGENCIES - COUNT FOUR

F. <u>FOR THE STATE OF ARIZONA</u>

On or about 3/5/20 & 1/8/22, Defendant(s) knowingly submitted fraudulent reports to the

Family Court, which resulted in the removal of Plaintiff's minor child(ren), GZM & ZDM.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 9. Moose).

*Plaintiff(s)*

a.  Steven Bradley Moose

*Defendant(s)*

1.  ARIZONA ADMINISTRATIVE OFFICE OF THE COURTS (State Entity) AGENCIES
    - COUNT FOUR

2.  PIMA COUNTY GOVERNMENT (Municipal Entity) AGENCIES - COUNT FOUR

3.  PIMA COUNTY SUPERIOR COURT (Municipal Entity) AGENCIES - COUNT FOUR

4.  PIMA COUNTY JUVENILE COURT (Municipal Entity) AGENCIES - COUNT FOUR

5.  PEORIA POLICE DEPARTMENT (Municipal Entity) AGENCIES - COUNT FOUR

6.  STATE BAR OF ARIZONA (Non-Profit Entity) AGENCIES - COUNT FOUR

7.  THE AMERICAN BAR ASSOCIATION (Non-Profit Entity) AGENCIES - COUNT
    FOUR

8.  PIMA COUNTY CLERK OF THE SUPERIOR COURT (Municipal Entity) AGENCIES
    - COUNT FOUR

9.  SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY (Municipal Entity)
    AGENCIES - COUNT FOUR

10. ARIZONA DEPARTMENT OF HOMELAND SECURITY (State Entity) AGENCIES -
    COUNT FOUR

11. FEDERAL BUREAU OF INVESTIGATION, PHOENIX FIELD OFFICE (Federal Entity) AGENCIES - COUNT FOUR

12. TUCSON POLICE DEPARTMENT INTERNAL AFFAIRS (Municipal Entity) AGENCIES - COUNT FOUR

13. ARIZONA ATTORNEY GENERAL'S OFFICE (State Entity) AGENCIES - COUNT FOUR

14. PIMA COUNTY SHERIFF'S DEPARTMENT (Municipal Entity) AGENCIES - COUNT FOUR

15. ARIZONA DEPARTMENT OF ECONOMIC SECURITY (State Entity) AGENCIES - COUNT FOUR

16. ARIZONA DEPARTMENT OF CHILD SAFETY (State Entity) AGENCIES - COUNT FOUR

17. ARIZONA OFFICE OF THE PUBLIC ADVOCATE (State Entity) AGENCIES - COUNT FOUR

18. ARIZONA DEPARTMENT OF HEALTH SERVICES (State Entity) AGENCIES - COUNT FOUR

19. PIMA COUNTY HEALTH DEPARTMENT (Municipal Entity) AGENCIES - COUNT FOUR

20. RISING YOUTH PARENT AID SERVICES (Non-Governmental Organization) AGENCIES - COUNT FOUR

21. STATE OF ARIZONA (State Entity) AGENCIES - COUNT FOUR

22. TERROS (Non-Governmental Organization) AGENCIES - COUNT FOUR

23. ARIZONA ATTORNEY GENERAL'S OFFICE (State Entity) AGENCIES - COUNT FOUR

24. SUNSHINE RESIDENTIAL HOMES (A Corporation) AGENCIES - COUNT FOUR

25. Arizona Department of Corrections (State Entity) AGENCIES - COUNT FOUR

26. Katie Hobbs (An Individual) AGENCIES - COUNT FOUR

27. Ann A. Scott Timmer (An Individual) JUDGES - COUNT THREE

28. Kenneth Skiff (An Individual) JUDGES - COUNT THREE

29. Jackie Ireland (An Individual) JUDGES - COUNT THREE

30. Ronda Christephore (An Individual) POLICE & SHERIFF'S DEPUTIES - COUNT SIX

31. Mark Brnovich (An Individual) AGENCIES - COUNT FOUR

32. Kristin Culbertson (An Individual) JUDGES - COUNT THREE

33. Matthew Lara (An Individual) G.A.L.s - COUNT TWO

34. Velora Vincent (An Individual) SOCIAL SERVICES- COUNT SEVEN

35. Mike Faust (An Individual) SOCIAL SERVICES- COUNT SEVEN

36. Doug Ducey (An Individual) AGENCIES - COUNT FOUR

37. Abbey Johnson (An Individual) SOCIAL SERVICES- COUNT SEVEN

38. Kathleen Martoncik (An Individual) AGENCIES - COUNT FOUR

39. Erin Burke Hawkinson (An Individual) AGENCIES - COUNT FOUR

40. Reyna Hernandez (An Individual) SOCIAL SERVICES- COUNT SEVEN

41. Marsha Garrett Mhuto (An Individual) SOCIAL SERVICES- COUNT SEVEN

42. Mesa Juvenile Court (Municipal Entity) AGENCIES - COUNT FOUR

43. Glendale Police Department (Municipal Entity) AGENCIES - COUNT FOUR

44. Phoenix Police Department (Municipal Entity) AGENCIES - COUNT FOUR

45. Peoria Police Department (Municipal Entity) AGENCIES - COUNT FOUR

46. Abreva Arrowhead Hospital (Municipal Entity) AGENCIES - COUNT FOUR

47. Danny Abril (An Individual) G.A.L.s - COUNT TWO

48. Michael Boyd (An Individual) AGENCIES - COUNT FOUR

49. Jeremy Welsh (An Individual) SOCIAL SERVICES- COUNT SEVEN

50. Jessica Welsh (An Individual) SOCIAL SERVICES- COUNT SEVEN

51. Heath Robson (An Individual) SOCIAL SERVICES- COUNT SEVEN

*Plaintiff(s)*

b. Tiana Balchunas

On or about 10/2021, Defendant(s) knowingly submitted fraudulent reports to the Family

Court, which resulted in the removal of Plaintiff's minor child(ren), JH.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 10. Balchunas).

*Defendant(s)*

1. ARIZONA ADMINISTRATIVE OFFICE OF THE COURTS (State Entity) AGENCIES
   - COUNT FOUR

2. PIMA COUNTY GOVERNMENT (Municipal Entity) AGENCIES - COUNT FOUR

3. PIMA COUNTY SUPERIOR COURT (Municipal Entity) AGENCIES - COUNT FOUR

4. PIMA COUNTY JUVENILE COURT (Municipal Entity) AGENCIES - COUNT FOUR

5. STATE BAR OF ARIZONA (Non-Profit Entity) AGENCIES - COUNT FOUR

6. THE AMERICAN BAR ASSOCIATION (Non-Profit Entity) AGENCIES - COUNT
   FOUR

7. PIMA COUNTY CLERK OF THE SUPERIOR COURT (Municipal Entity) AGENCIES
   - COUNT FOUR

8. SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY (Municipal Entity) AGENCIES - COUNT FOUR

9. ARIZONA DEPARTMENT OF HOMELAND SECURITY (State Entity) AGENCIES - COUNT FOUR

10. FEDERAL BUREAU OF INVESTIGATION, PHOENIX FIELD OFFICE (Federal Entity) AGENCIES - COUNT FOUR

11. ARIZONA ATTORNEY GENERAL'S OFFICE (State Entity) AGENCIES - COUNT FOUR

12. ARIZONA DEPARTMENT OF ECONOMIC SECURITY (State Entity) AGENCIES - COUNT FOUR

13. ARIZONA DEPARTMENT OF CHILD SAFETY (State Entity) AGENCIES - COUNT FOUR

14. ARIZONA DEPARTMENT OF HEALTH SERVICES (State Entity) AGENCIES - COUNT FOUR

15. PIMA COUNTY HEALTH DEPARTMENT (Municipal Entity) AGENCIES - COUNT FOUR

16. RISING YOUTH PARENT AID SERVICES (Non-Governmental Organization) AGENCIES - COUNT FOUR

17. STATE OF ARIZONA (State Entity) AGENCIES - COUNT FOUR

18. ARIZONA ATTORNEY GENERAL'S OFFICE (State Entity) AGENCIES - COUNT FOUR

19. SUNSHINE RESIDENTIAL HOMES (A Corporation) AGENCIES - COUNT FOUR

20. Katie Hobbs (An Individual) AGENCIES - COUNT FOUR

21. Ann A. Scott Timmer (An Individual) JUDGES - COUNT THREE

22. Doug Ducey (An Individual) AGENCIES - COUNT FOUR

23. Kathleen Martoncik (An Individual) AGENCIES - COUNT FOUR

24. Erin Burke Hawkinson (An Individual) AGENCIES - COUNT FOUR

25. Charles Young (An Individual) SOCIAL SERVICES- COUNT SEVEN

26. Brad Armstrong (An Individual) ATTORNEYS - COUNT ONE

27. Michael Butler (An Individual) JUDGES - COUNT THREE

28. Ms. Sigyn S. Halverstedt (An Individual) AGENCIES - COUNT FOUR

29. Shanda Martson (An Individual) AGENCIES - COUNT FOUR

## G. FOR THE STATE OF ILLINOIS

On or about [date], Defendant(s) knowingly submitted fraudulent reports to the Family Court, which resulted in the removal of Plaintiff's minor child(ren), [child's initials].

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 11. Tolliver).

*Plaintiff(s)*

a. Jennie Tolliver

*Defendant(s)*

1. Illinois Department of Children and Family Services (A Municipal Entity) AGENCIES - COUNT FOUR

2. Luke Thompson (An Individual) SOCIAL SERVICES- COUNT SEVEN

3. Allendria Benson (An Individual) SOCIAL SERVICES- COUNT SEVEN

4. Cole Hildebrand (An Individual) ATTORNEYS - COUNT ONE

5. Mary Beth Welch Collins (An Individual) ATTORNEYS - COUNT ONE

6. Carle Physician Group (A Corporation) AGENCIES - COUNT FOUR

7. Catherine Keller (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

8. Seth Elliott (An Individual) POLICE & SHERIFF'S DEPUTIES - COUNT SIX

9. Carle Richland Memorial Hospital (A Corporation) AGENCIES - COUNT FOUR

10. Fourth Judicial Circuit Court of Illinois (A Municipal Entity) AGENCIES - COUNT FOUR

11. Olney Police Department (A Municipal Entity) AGENCIES - COUNT FOUR

*Plaintiff(s)*

b. Kenton L. Girard

On or about 10/2022, Defendant(s) knowingly submitted fraudulent reports to the Family Court, which resulted in the removal of Plaintiff's minor child(ren), GW & GR.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 12. Girard).

*Defendant(s)*

1. Richard J. Daley Center (A Municipal Entity) AGENCIES - COUNT FOUR

2. William Boyd (An Individual) JUDGES - COUNT THREE

3. Renee Goldfarb (An Individual) JUDGES - COUNT THREE

4. Gregory Ahern (An Individual) JUDGES - COUNT THREE

5. Judge Rossana Fernandez (An Individual) JUDGES - COUNT THREE

6. William Yu (An Individual) JUDGES - COUNT THREE

7. Regina Scannicchio (An Individual) JUDGES - COUNT THREE

8. Beermann LLP (A Corporation) AGENCIES - COUNT FOUR

9. Karen Paige (An Individual) ATTORNEYS - COUNT ONE

10. Candace Meyers (An Individual) ATTORNEYS - COUNT ONE

11. Enrico Mirabelli (An Individual) ATTORNEYS - COUNT ONE

12. Matthew Elster (An Individual) ATTORNEYS - COUNT ONE

13. Jane Girard (An Individual) CO-CONSPIRATORS - COUNT FIVE

14. Joel Levin (An Individual) AGENCIES - COUNT FOUR

15. Vanessa Hammer (An Individual) G.A.L.s - COUNT TWO

16. Gwenn Waldman (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

17. Phylis Amabile (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

<u>H. FOR THE STATE OF CALIFORNIA</u>

On or about 4/25/23, Defendant(s) knowingly submitted fraudulent reports to the Family

Court, which resulted in the removal of Plaintiff's minor child(ren), A.H., A.Z.H., M.H., and

P.H. SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 13.

Howard).

*Plaintiff(s)*

a. Latesha Howard

*Defendant(s)*

1. San Bernardino County Superior Court (A Municipal Entity) AGENCIES - COUNT
   FOUR

2. San Bernardino County Department of Children and Family Services (A Municipal
   Entity) AGENCIES - COUNT FOUR

3. San Bernardino Juvenile Court (A Municipal Entity) AGENCIES - COUNT FOUR

4. MCM Law Group (A Corporation) AGENCIES - COUNT FOUR

5. Steve Mapes (An Individual) JUDGES - COUNT THREE

6. Laura Lee (An Individual) SOCIAL SERVICES- COUNT SEVEN

7. Gerald Stone (An Individual) SOCIAL SERVICES- COUNT SEVEN

8. Myra Gaona (An Individual) SOCIAL SERVICES- COUNT SEVEN

9. Nicholas Hollis (An Individual) SOCIAL SERVICES- COUNT SEVEN

10. Tiyana Benitez (An Individual) SOCIAL SERVICES- COUNT SEVEN

11. Tiffanie Mailey (An Individual) SOCIAL SERVICES- COUNT SEVEN

12. Cesar Montoya (An Individual) ATTORNEYS - COUNT ONE

13. Giovanna Janae Aguirre (An Individual) ATTORNEYS - COUNT ONE

14. Arthur La Cliento (An Individual) ATTORNEYS - COUNT ONE

15. Lakeshia Adeniyi-Dorsey (An Individual) ATTORNEYS - COUNT ONE

## I.    <u>FOR THE STATE OF GEORGIA</u>

On or about 7/31/22, Defendant(s) knowingly submitted fraudulent reports to the Family

Court, which resulted in the removal of Plaintiff's minor child(ren), N.B- E.O.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 14. Peek).

*Plaintiff(s)*

a. Kathy Nixon b. Lauren Ashley Peek

*Defendant(s)*

1. ADMINISTRATIVE OFFICE OF THE COURTS (A Municipal Entity)

   (Defendant) AGENCIES - COUNT FOUR

2. DOMESTIC RELATIONS OF GEORGIA (A Municipal Entity)

   (Defendant) AGENCIES - COUNT FOUR

3.  COUNTY OF ATHENS-CLARKE CORPORATION (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

4.  CITY OF ATHENS-CLARKE CORPORATION (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

5.  CIRCUIT COURT OF ATHENS-CLARKE COUNTY (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

6.  THE GEORGIA COURT OF APPEALS (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

7.  THE AMERICAN BAR ASSOCIATION (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

8.  GEORGIA BAR (A Georgia Corporation)

    (Defendant) AGENCIES - COUNT FOUR

9.  COUNTY CLERK OF COURT OPERATIONS (Corporation)

    (Defendant) AGENCIES - COUNT FOUR

10. HOMELAND SECURITY OF GEORGIA (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

11. FEDERAL BUREAU OF INVESTIGATION OF GEORGIA (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

12. INTERNAL AFFAIRS DIVISION (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

13. THE GEORGIA ATTORNEY GENERAL'S OFFICE (A Municipal Entity)

    (Defendant) AGENCIES - COUNT FOUR

14. THE ATHENS-CLARKE COUNTY SHERIFF'S DEPARTMENT (A Municipal Entity) (Defendant) AGENCIES - COUNT FOUR

15. THE ATHENS-CLARKE COUNTY POLICE DEPARTMENT (A Municipal Entity) (Defendant) AGENCIES - COUNT FOUR

16. THE CRISIS INTERVENTION TEAM OF ATHENS-CLARKE COUNTY (A Municipal Entity) (Defendant) AGENCIES - COUNT FOUR

17. EMORY HOSPITAL OF ATHENS (A Private Institution) (Defendant) AGENCIES - COUNT FOUR

18. THE DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity) (Defendant) AGENCIES - COUNT FOUR

19. THE GEORGIA DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity) (Defendant) AGENCIES - COUNT FOUR

20. D.C.F.S. ATHENS-CLARKE COUNTY (A Municipal Entity) (Defendant) AGENCIES - COUNT FOUR

21. Brian Kemp (An Individual) (Defendant) AGENCIES - COUNT FOUR

22. Michael P. Boggs (An Individual) (Defendant) JUDGES - COUNT THREE

23. Ms. Kara Gibson (An Individual) (Defendant) SOCIAL SERVICES- COUNT SEVEN

24. Megan Flanagan (An Individual) (Defendant)  ATTORNEYS - COUNT ONE

25. Amanda Rosemond (An Individual) (Defendant) SOCIAL SERVICES- COUNT SEVEN

26. Athens Housing Authority (A Local Government Entity) (Defendant) AGENCIES - COUNT FOUR

27. Donna Clements (An Individual) (Defendant) G.A.L.s - COUNT TWO

28. James Cronon (An Individual) (Defendant) ATTORNEYS - COUNT ONE

29. Nancee Tomlinson (An Individual) (Defendant) ATTORNEYS - COUNT ONE

30.  Amanda Trimble (An Individual) (Defendant) JUDGES - COUNT THREE

31. Judge Eric Norris  (An Individual) (Defendant) JUDGES - COUNT THREE

32. Migdai Marin  (An Individual), (Defendant), (Judicial Assistant), JUDGES ET AL. - COUNT THREE

33. Walker McNiff  (An Individual) (Defendant) ATTORNEYS - COUNT ONE

34. Athens-Clarke County Jail  (A Local Government Entity) (Defendant) AGENCIES - COUNT FOUR

35. Tim Johnson (An Individual) (Defendant) POLICE & SHERIFF'S DEPUTIES - COUNT SIX

### J.  FOR THE STATE OF KENTUCKY

On or about 2/14/22, Defendant(s) knowingly submitted fraudulent reports to the Family Court, which resulted in the removal of Plaintiff's minor child(ren), SJD.

SEE EXHIBIT LIST: (i) The Phantom Files - (Folder: GA EXHIBITS), (File: 15. Domek).

*Plaintiff(s)*

a.  Laura Jean Domek b. Robert Anthony Domek

*Defendant(s)*

1.  Hardin County Justice Center (A Municipal Entity) AGENCIES - COUNT FOUR

2.  9th Judicial Circuit Court Division (A State Entity) AGENCIES - COUNT FOUR

3.  Dawn Lonneman Blair (An Individual) JUDGES - COUNT THREE

4.  Hardin County Clerk's Office (A Municipal Entity) AGENCIES - COUNT FOUR

5.  Deanna Simcoe (An Individual), (Clerk), JUDGES ET AL. - COUNT THREE

6.  Hardin County Government (A Municipal Entity) AGENCIES - COUNT FOUR

7.  Alison B. Tefft (An Individual) ATTORNEYS - COUNT ONE

8.  CHFS Office of Legal Services (A State Entity) AGENCIES - COUNT FOUR

9.  Jennifer Ellen Clay (An Individual) ATTORNEYS - COUNT ONE

10. Adkins Ferrell (An Individual) ATTORNEYS - COUNT ONE

11. Ferrell Adkins (An Individual) G.A.L.s - COUNT TWO

12. Miller & Durham (A Corporation) AGENCIES - COUNT FOUR

13. Matthew Durham (An Individual) ATTORNEYS - COUNT ONE

14. Dowan Law Offices (A Corporation) AGENCIES - COUNT FOUR

15. Leeanna Dowan (An Individual) ATTORNEYS - COUNT ONE

16. Kelsey Stout (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

17. Vine Grove City Hall Police (A Municipal Entity) AGENCIES - COUNT FOUR

18. Vic Williams (An Individual) POLICE & SHERIFF'S DEPUTIES - COUNT SIX

19. Glenn Freeman (An Individual) POLICE & SHERIFF'S DEPUTIES - COUNT SIX

20. CASA of Heartland (A Nonprofit) AGENCIES - COUNT FOUR

21. Rene Dennison (An Individual) SOCIAL SERVICES- COUNT SEVEN

22. Amy Hollingswork (An Individual) AGENCIES - COUNT FOUR

23. Child Protective Services (A State Entity) AGENCIES - COUNT FOUR

24. Keyma Jones (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

25. Cara Maner (An Individual) AGENCIES - COUNT FOUR

26. Valerie Anderson (An Individual) AGENCIES - COUNT FOUR

27. Ashley Handley (An Individual) SOCIAL SERVICES- COUNT SEVEN

28. Sarah Tyler (An Individual) MEDICAL PROFESSIONALS - COUNT EIGHT

29. Cabinet for Families/Children (A State Entity) AGENCIES - COUNT FOUR

30. Carolyn Overall Miller (An Individual) AGENCIES - COUNT FOUR

31. Clint William Jeffries (An Individual) SOCIAL SERVICES- COUNT SEVEN

32. Korri Perry (An Individual) SOCIAL SERVICES- COUNT SEVEN

33. Hardin County Attorney's Office (A Municipal Entity) AGENCIES - COUNT FOUR

34. Judicial Conduct Commission (A State Entity) AGENCIES - COUNT FOUR

35. Kentucky Bar Association (A State Entity) AGENCIES - COUNT FOUR

36. Kentucky State Board Psychology (A State Entity) AGENCIES - COUNT FOUR

37. Michael Gene Adams (An Individual) AGENCIES - COUNT FOUR

38. Internal Revenue Service Department of Treasury (A Federal Entity) AGENCIES - COUNT FOUR

39. Internal Revenue Service (A Federal Entity) AGENCIES - COUNT FOUR

40. Angela Shouse (An Individual) AGENCIES - COUNT FOUR

41. Mark Metcalf (An Individual) AGENCIES - COUNT FOUR

## X. LEGAL CLAIM CONTINUED

This Claim seeks remedy for *Atrocities and High Crimes* perpetrated by the Child Sale & Genocide-by-Guardian Crime Syndicate, operated by the Defendant(s) and their accomplices. In this claim, *We the People* seek a declaration of our Constitutional Rights as the parents of the trafficked offspring in these cases and a determination that the actions taken by state authorities and the judiciary are unlawful. Their actions have unjustly removed parental rights from law-abiding citizens without due process or admissible evidence, thereby inflating the incomes of those in power at the expense of fundamental rights.

## A. Atrocities and High Crimes

The Defendant(s) are accused of the following:

1. Systematic Stripping of Unalienable Rights: Defendant(s) unlawfully deprived men, women, and children of their natural and human rights by enforcing fraudulent, self-serving codes designed to subvert sovereign law.

2. Weaponization of Law: Defendant(s) use fabricated codes as tools of oppression, depriving individuals of their rights and enabling crimes disguised as legal rulings.

3. Creation of Fraudulent Tribunals: Defendant(s) operate sham courts that masquerade as legitimate judicial proceedings to facilitate systemic violations, including trafficking and genocide.

4. Subversion of Founding Principles: Defendant(s) have deliberately undermined the Declaration of Independence and the Constitution, engaging in *Perfidy*—a war crime as defined by the Geneva Convention.

5. Child Trafficking Enterprise: The Defendant(s) oversee the kidnapping, sale, trafficking, and exploitation of children through government-sanctioned syndicates, funneling trillions of dollars into a corrupt enterprise.

6. Global Financial Crimes: Defendant(s) are implicated in money laundering, embezzlement, and misappropriation of wealth from American taxpayers and global resources.

7. Warfare Against Citizens: By subverting unalienable rights and manipulating public resources, Defendant(s) levy war against "We the People" through atrocities and crimes against humanity under the guise of legal authority.

B. The Role of Judicial Imposters

1. The Claim alleges that individuals falsely portrayed as "Supreme Court Justices" are complicit in these crimes, serving as the enforcement arm of U.S.A. INC. These individuals:

a. Conceal Atrocities: Protect networks of kidnapping, child trafficking, and genocide.

b. Obstruct Justice: Subvert investigations and shield accomplices in their roles as judicial imposters.

c. Defraud the Public Trust: Exploit their positions to deprive citizens of unalienable rights for personal and institutional gain.

C. Fraudulent Government Framework

1. The Claim asserts that the United States government has been infiltrated by private corporations operating under the guise of legitimate public agencies, collectively referred to as U.S.A. INC.:

a. Agencies such as the "Department of Health and Human Services" and "Supreme Court" are alleged to function as private entities prioritizing profit over the public good.

b. Government officials are described as corporate shareholders whose primary loyalty lies with maximizing profits, not serving citizens.

2. Exhibit A (Void Codes Supporting Child Trafficking): This Claim explicitly identifies laws and policies enabling systemic abuse, including:

a. *Adoption and Safe Families Act (ASFA)*, signed into law in 1997, which facilitates child trafficking under the guise of adoption and child safety.

b. Federal *Title IV-D* and *Title IV-E*, which are said to incentivize family separation and trafficking through financial schemes.

c. A series of state statutes codified in Titles 15 and 19, used to justify the termination of parental rights, guardianship abuse, and family destruction.

3. This Claim demands the complete dismantling of fraudulent systems enabling crimes against humanity, restoration of unalienable rights, and accountability for all participants in this alleged syndicate. The Defendant(s) and their accomplices are to be prosecuted for their role in child trafficking, genocide, and systemic fraud. This action is a call for justice, reparations, and the return of integrity to public institutions.

4. ALL ALLEGED "GOVERNMENT EMPLOYEES" OPERATE UNDER COLOR OF LAW. Government impostors, including the Defendant(s) and other supreme judicial impostor(s) named in this case:

a. Exploit Color of Law Positions: Exploit their jurisdiction-less positions under the color of law to unlawfully violate fundamental sovereign and substantive laws through conflicting, self-serving man-made codes and decrees, depriving citizens of their unalienable birthrights.

b. Use of Civil Procedural and Corporate Codes: Employ civil procedural and corporate codes to create an illusion of legitimacy, masking criminal activities by presenting them as civil matters.

c. Fraudulent Depiction of Unalienable Rights: Fraudulently depict unalienable rights as governmental favors, constitutional rights, privileges, or immunities, deceiving citizens into believing their control over these rights is subject to governmental oversight. This

tactic enables the legalization of crimes via fraudulent civil codes and tribunals that undermine sovereign and substantive laws.

5. Illegitimacy of Actions by Public Servants: Even if these individuals were legitimate public servants, their positions do not grant jurisdiction, power, or authority to regulate, legislate, or adjudicate unalienable rights.

6. Crimes Under the Guise of Government Authority: The Defendant(s) and judicial impostors commit egregious color of law crimes, using the guise of government to legitimize heinous acts. These actions are violations of sovereign, substantive laws carrying severe penalties, including life imprisonment and the death sentence.

## D. Requested Relief

1. Nullification of Fraudulent Codes: All void laws facilitating these crimes, including the following, are to be formally nullified:

   a. Adoption and Safe Families Act (ASFA)

   b. Title IV-D and IV-E of the Social Security Act

   c. All State Codes which translate to the following Georgia State Codes:

   I. O.C.G.A. Title 15, Chapter 11 (Juvenile Code)

   II. O.C.G.A. § 15-11-10 (Jurisdiction of Juvenile Court)

   III. O.C.G.A. § 15-11-30.2 (Transfer of Cases)

   IV. O.C.G.A. § 15-11-104 (Guardian ad Litem)

   V. O.C.G.A. § 15-11-601 et seq. (Disposition of Juvenile Cases)

   VI. O.C.G.A. § 15-11-310 et seq. (Termination of Parental Rights)

   VII. O.C.G.A. Title 19, Chapter 8 (Adoption)

   VIII. O.C.G.A. § 19-7-40 et seq. (Legitimation of Children)

IX.     O.C.G.A. § 19-5-1 et seq. (Divorce)

X.      O.C.G.A. § 19-9-1 et seq. (Child Custody)

XI.     O.C.G.A. § 19-7-3 (Grandparent Visitation Rights)

XII.    O.C.G.A. § 19-9-3 (Modification of Child Custody Orders)

XIII.   O.C.G.A. § 19-13-1 et seq. (Family Violence Protective Orders)

XIV.    O.C.G.A. § 9-11-24 (Intervention)

XV.     O.C.G.A. § 37-3-1 et seq. (Involuntary Commitment)

2. Dissolution of Fraudulent Tribunals: Immediate disbandment of all tribunals functioning as human trafficking rackets under the guise of courts.

## XI.  LEGAL REFERENCES AND AUTHORITIES

1. International Law and Actions on Peace Violations

a. United Nations Security Council - International Law and Actions on Peace Violations

https://www.un.org/securitycouncil/

b.  Rome Statute of the International Criminal Court (ICC)

https://www.icc-cpi.int/resource-library

c.  Global Centre for the Responsibility to Protect (R2P)

http://www.globalr2p.org/

2. Nuremberg Laws & Precedents

a. The Nuremberg Race Laws emphasized the gradual erosion of democracy into dictatorship, forming the foundation for evaluating legal systems that violate fundamental rights.

b. The Nuremberg Race Laws: Erosion of Democracy into Dictatorship

https://www.ushmm.org/learn/historical-documents/the-nuremberg-laws

3. Historical and Foundational Authorities

   a. Cicero's principles of natural law (1st Century B.C.)

   b. The Declaration of Independence (1776 Charter)

   c. U.S. Constitution, Article I, Section 8: Prohibition against legislation or adjudication of unalienable rights.

## XII. CASE LAW

*Judicial affirmations in landmark cases:*

I. Yick Wo v. Hopkins, 118 U.S. 356 (1886):

   *"The essence of slavery is compelling one man to hold his life at the mere will of another."*

   This case established the principle that a law, though neutral on its face, can still be unconstitutional if it is applied in a discriminatory manner, especially when targeting specific groups for unequal treatment.

II. Marbury v. Madison, 5 U.S. 137 (1803):

   *"All laws repugnant to the Constitution are void."*

   This landmark case established the doctrine of judicial review, affirming the role of the judiciary in interpreting the Constitution and declaring that any laws contrary to it are invalid.

III. Miranda v. Arizona, 384 U.S. 436 (1966):

   *"There can be no rulemaking or legislation which abrogates rights secured by the*

*Constitution."*

The ruling established the Miranda rights, requiring law enforcement to inform suspects of their rights to remain silent and to an attorney during custodial interrogations to protect against self-incrimination.

IV. Norton v. Shelby County, 118 U.S. 425 (1886):

*"An unconstitutional act is not law... It imposes no duties, confers no rights, and is void ab initio."*

The Supreme Court held that an unconstitutional law is invalid from the outset and does not have any legal effect.

V. Cooper v. Aaron, 358 U.S. 1 (1958):

This case affirmed that state officials are bound by the Supreme Court's decisions and cannot defy the Constitution, especially when it comes to the enforcement of desegregation mandates under *Brown v. Board of Education*.

VI. Meyer v. Nebraska, 262 U.S. 390 (1923):

*"The Right to Familial Speech"*

The Supreme Court ruled that laws restricting foreign language instruction violated the Due Process Clause of the 14th Amendment, protecting the right to teach and learn in a foreign language. This case affirmed the fundamental rights of parents in the upbringing and education of their children.

VII. Stanley v. Illinois, 405 U.S. 645 (1972):

*"The Right of Unwed Fathers"*

The Court held that unwed fathers have a constitutional right to a hearing before their children can be taken from them, recognizing the importance of the parent-child

relationship under the Due Process Clause.

VIII.    Smith v. Organization of Foster Families for Equality and Reform, 431 U.S. 816 (1977):

*"Foster Families and Due Process"*

The Supreme Court ruled that while foster families do not have the same constitutional

rights as biological parents, the state must follow due process when terminating foster

care relationships.

IX.    Quilloin v. Walcott, 434 U.S. 246 (1978):

*"Unmarried Fathers and Custody Rights"*

The Court determined that an unmarried father's interest in his child must be balanced

against the child's best interests when it comes to custody decisions, affirming that

biological relationships alone do not automatically grant parental rights.

X.    Parham v. J.R., 442 U.S. 584 (1979):

*"Parental Authority in Medical Decisions"*

The Supreme Court upheld the constitutionality of a state's procedure allowing parents to

voluntarily place their children in mental health institutions, emphasizing parental rights

while considering the child's well-being.

XI.    Santosky v. Kramer, 455 U.S. 745 (1982):

*"The Standard for Terminating Parental Rights"*

This case established that the state must meet a higher standard of proof in child neglect

cases before terminating parental rights, requiring "clear and convincing evidence" to

protect parents' due process rights.

XII.    Rotary International v. Rotary Club of Duarte, 481 U.S. 537 (1987):

*"Anti-Discrimination in Private Organizations"*

The Court ruled that local chapters of an international organization could not discriminate based on gender, finding that anti-discrimination laws applied to private clubs in certain contexts.

XIII.  Troxel v. Granville, 530 U.S. 57 (2000):

*"Parental Rights Over Visitation"*

The Supreme Court ruled that a state law allowing grandparents to petition for visitation rights without considering the parents' wishes violated a parent's fundamental right to make decisions concerning the care, custody, and control of their children.

XIV.  N.W.M. v. Langenbach (2024):

*"Guardian ad Litem Accountability"*

The Pennsylvania Supreme Court ruled that Guardians ad Litem (GALs) in juvenile dependency cases do not have absolute judicial immunity. The Court recognized that while GALs represent children's interests in court, their function does not align with judges who are typically afforded immunity. GALs must remain accountable for actions that fall outside of their quasi-judicial duties, particularly in cases of malpractice.

## XIII. FEDERAL AND STATE VIOLATIONS

The Claimant(s) allege violations of both Georgia State laws and the U.S. Constitution, including but not limited to:

A.  State Violations (Georgia):

1.  Kidnapping (O.C.G.A. § 16-5-40): The unlawful taking of a person against their will, often with the intent to hold them for ransom or in secret.

2.  Murder – Malice Murder (O.C.G.A. § 16-5-1): The intentional killing of another with malice aforethought.

3. Aggravated Assault (O.C.G.A. § 16-5-21): An assault with the intent to cause serious injury or with the use of a deadly weapon.

4. Simple Assault (O.C.G.A. § 16-5-20): The intentional act of causing bodily harm to another or threatening imminent injury.

5. Cruelty to Children in the First Degree (O.C.G.A. § 16-5-70): Intentional infliction of mental or physical harm to a child under the age of 18.

6. Reckless Conduct (O.C.G.A. § 16-5-60): Engaging in conduct that endangers the safety of another person.

7. Criminal Trespass (O.C.G.A. § 16-7-21): Willful interference with the possession or use of property.

8. Criminal Damage to Property (O.C.G.A. § 16-7-22 and § 16-7-23): Damaging property intentionally, which can result in varying degrees of severity.

9. Burglary (O.C.G.A. § 16-7-1): Breaking into a structure with intent to commit a felony or theft.

10. Theft by Taking (O.C.G.A. § 16-8-2): Unlawfully taking property with the intent to permanently deprive the owner of it.

11. Stalking (O.C.G.A. § 16-5-90): Repeatedly following, harassing, or making threats to a person.

12. Party to a Crime (O.C.G.A. § 16-2-20): Participating in the commission of a crime either as an accomplice or a co-conspirator.

13. Violation of Oath by Public Officer (O.C.G.A. § 16-10-1): A public officer violating their sworn duties or office responsibilities.

14. Obstruction of Law Enforcement Officers (O.C.G.A. § 16-10-24): Interfering with or

hindering the duties of a law enforcement officer.

15. Racketeer Influenced and Corrupt Organizations (RICO) Act (O.C.G.A. § 16-14-4): Engaging in activities involving organized crime or illegal enterprises.

16. Libel and Slander (O.C.G.A. § 51-5-1 and § 51-5-4): Defamation of character by making false statements that damage someone's reputation.

17. False Statements and Writings (O.C.G.A. § 16-10-20): Making or filing false documents with the intent to mislead or deceive.

18. Perjury (O.C.G.A. § 16-10-70): Lying under oath during any judicial or official proceedings.

19. False Imprisonment (O.C.G.A. § 16-5-41): Unlawfully restraining a person's freedom of movement without legal authority.

B. State Constitutional Violations (Georgia):

1. Article I, Section II (Origin and foundation of government): Violations of the democratic framework and governance rights.

2. Article I, Section II (Object of government): Acts undermining public welfare and safety.

3. Article I, Section I, Paragraph IV (Freedom of religion): Violations involving infringement on religious freedoms.

4. Article I, Section I, Paragraph V (Freedom of speech and press): Violations related to the restriction of speech or press freedoms.

5. Article I, Section I, Paragraph IX (Right to assemble and petition): Denial of the right to peacefully assemble and petition the government.

6. Article I, Section I, Paragraph I (Life, liberty, and property): Infringement on fundamental rights including life, liberty, and property.

7. Article I, Section I, Paragraph XII (Right to the courts): Denial of access to judicial recourse.

8. Article I, Section I, Paragraph XXIV (Grand juries): Violations surrounding the right to grand jury proceedings.

9. Article I, Section I, Paragraph XXIII (Treason): Acts of treason or sedition.

10. Article I, Section III, Paragraph I (Eminent domain): Abuse or misuse of eminent domain powers.

C. Federal Violations:

1. U.S. Constitution, Article VI, Section 2 (The Supremacy Clause): Ensures that federal law takes precedence over state law in cases of conflict.

2. 18 U.S.C. § 241 (Conspiracy against rights): Conspiracy to injure, oppress, threaten, or intimidate someone in the free exercise or enjoyment of any right or privilege.

3. 18 U.S.C. § 242 (Deprivation of rights under color of law): Law enforcement or other government officials using their authority to deprive others of their constitutional rights.

4. 18 U.S.C. § 2 (Principals): Individuals who commit or assist in a federal crime.

5. 18 U.S.C. § 3 (Accessory after the fact): Individuals who knowingly assist in crimes after they have been committed.

6. 18 U.S.C. § 246 (Deprivation of relief benefits): Willfully depriving someone of benefits they are entitled to, such as welfare or other state-funded programs.

7. 18 U.S.C. § 371 (Conspiracy to commit offense or to defraud the United States): Aiding and abetting in the commission of federal crimes.

8. 18 U.S.C. § 403 (Protection of the privacy of child victims and witnesses): Ensuring that the privacy of child victims and witnesses is maintained in legal proceedings.

9. 18 U.S.C. § 514 (Fictitious obligations): Creating false obligations, such as fraudulent loans or financial documents.

10. 18 U.S.C. § 641 (Public money, property, or records): Theft or embezzlement of public funds, property, or records.

11. 18 U.S.C. § 666 (Theft or bribery concerning programs receiving Federal funds): Theft, bribery, or related offenses involving federal programs.

12. 18 U.S.C. § 875 (Interstate communications): Sending interstate communications to harass, threaten, or defraud others.

13. 18 U.S.C. § 1951 (Interference with commerce by threat or violence): Use of force or threats to disrupt interstate commerce.

14. 18 U.S.C. § 1952 (Interstate and foreign travel in aid of racketeering enterprises): Criminal activities involving interstate or foreign travel to promote illegal enterprises.

15. 18 U.S.C. Chapter 96 (Racketeer Influenced and Corrupt Organizations): Criminal actions involving organized crime or racketeering.

16. 42 U.S.C. § 1983 (Excessive force): Legal recourse for individuals whose rights have been violated due to excessive force by state actors.

17. 42 U.S.C. § 5101 (Office on Child Abuse and Neglect): Establishment of federal programs to address and prevent child abuse and neglect.

18. 42 U.S.C. § 13031 (Child abuse reporting): Legal requirements for reporting child abuse and ensuring appropriate intervention.

D. Violations of Professional Conduct:

1. Supreme Court Canons (Judicial Conduct): These include various ethical rules, including the duty to uphold integrity, avoid impropriety, and perform duties impartially.

2. Failure to Report Child Abuse: Many individuals who are "mandatory reporters" have failed to act on signs of child abuse, violating both federal and state mandates designed to protect children.

E. Failure of Agencies to Investigate:

The White House, Department of Health and Human Services, Department of Social Services, Homeland Security, FBI, Bar Association, Internal Affairs, the Attorney General's Office, and others have failed to investigate credible claims, which implicate them in obstructing justice. These violations involve multiple forms of unlawful behavior, from abuse of power to systematic failure to investigate serious criminal activity, affecting the Claimants and their offspring.

## XIV. EXECUTIVE OFFICIALS AND THEIR ALLEGED ROLES

The executive official Defendant(s) in this RICO action are accused of being involved in a widespread criminal enterprise operating within U.S.A. INC., the Family Court Criminal Enterprise (FCCE). The roles of the Defendants are outlined as follows:

### Defendant Former President Joe Biden

1. Claims: The Claimant(s) seek to hold Defendant Joe Biden and his accomplices criminally and civilly liable for the illegal policies and void codes under his administration that facilitated child trafficking and genocide.

   a. Patterns of Child Trafficking: The missing immigrant children issue under Defendant Biden's administration, where approximately 2,000 minors were disappeared in the system, has showcased a pattern of racketeering activity in the mishandling and lack of oversight in placing unaccompanied children in the care

of questionable sponsors, which has resulted in exploitation and potential

trafficking.

b.  Unlawful Pardons: The "Kids for Cash" scandal involving judges Mark Ciavarella

and Michael Conahan, which saw children sentenced for minor offenses in

exchange for kickbacks, highlights the devastating impact of unchecked

corruption and the exploitation of minors within the judicial system. Under

Biden's leadership, similar abuses occurred, particularly within the family court

system, where vulnerable children were exploited and commoditized. In a final

act of treason, Biden granted clemency to Ciavarella, Conahan, and other high

profile pedophiles right before the secession of his term.

c.  Negligence and Harm: Defendant Biden's handling of the economy and

immigration has drawn criticism, with a specific focus on his role in fostering

conditions that contributed to the trafficking of minors under his administration,

especially during the COVID-19 pandemic as subsequent mandates were abused

to traffick the Claimant(s) offspring. These failures and abuses warrant civil and

criminal liability under Title 18, Section 242, for treason and kidnapping, as they

fall outside the scope of his official duties.

2.  Presidential Immunity: While the President enjoys immunity for actions taken during

office (Nixon v. Fitzgerald, 1982), this immunity does not extend to actions taken prior to

assuming office or for conduct unrelated to official duties (Clinton v. Jones, 1997).

3.  Exhibits:

I. VOA News on missing immigrant children -

https://www.voanews.com/a/with-or-without-parents-missing-immigrant-children/4415174.html

II. WNG article on missing immigrant children -

https://wng.org/roundups/are-thousands-of-immigrant-children-missing-in-the-united-states-1704923254

III. WNEP article on "Kids for Cash" scandal -

https://www.wnep.com/article/news/local/luzerne-county/how-the-decision-in-kids-for-cash-scandal-sends-a-message-mark-ciavarella-and-michael-conahan/523-63f6d6f0-5fa3-4a5a-93e8-36152bd9e43b

IV. Prison Legal News article on "Kids for Cash" sentencing -

https://www.prisonlegalnews.org/news/2011/nov/15/former-judges-in-cash-for-kids-scandal-sentenced/

V. Pew Research article on Biden's approval ratings -

https://www.pewresearch.org/politics/2023/04/07/assessments-of-biden-and-his-administration/

VI. Request for Issuance of J. Biden's Arrest Warrant (Filed by We the People in this honorable court)-

https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:057d75f2-3414-4f41-87cb-73f3ca6cc079

## XV.  PATTERN OF RACKETEERING ACTIVITY

The Defendant(s) engaged in a pattern of criminal conduct involving violations of federal laws, including:

*Predicate Acts*

1.  Wire and Mail Fraud (18 U.S.C. §§ 1341, 1343):

    a.  Fraudulent invoices and false pleadings were transmitted via U.S. mail and interstate wires.

    b.  Emails, text messages, and phone calls across state lines facilitated the coordination of illicit activities.

2.  Obstruction of Justice (18 U.S.C. §§ 1503, 1512(c)(2)):

    a.  Defendants destroyed or concealed exculpatory evidence and manipulated custody proceedings to suppress the truth.

    b.  Judges influenced outcomes by disregarding abuse evidence and threatening incarceration.

    c.  Attorneys suborned perjury and submitted false filings to defraud the courts.

3.  Witness Tampering (18 U.S.C. § 1512):

    a.  GALs harassed and intimidated witnesses to suppress testimony.

    b.  Defendants retaliated against whistleblowers through vexatious litigation and false criminal charges.

    c.  COVID-19 protocols were exploited to exclude favorable witnesses from proceedings.

4.  Conspiracy Against Rights (18 U.S.C. § 241):

    a.  Defendants conspired to deprive parents of constitutional rights, including parental rights, due process, and free speech.

    b.  Parents were unlawfully arrested to suppress their First Amendment rights and forced into compliance.

## XVI. FRAUDULENT LEGAL PROCEEDINGS AND PATTERN OF RACKETEERING

### A. Racketeering Scheme & Criminal Conspiracy

1. Fraudulent Legal Actions & Collusion: Defendant attorneys initiated legal proceedings on behalf of the Family Annihilation Enterprise, engaging in mail and wire fraud to further the FCCE conspiracy. Claimants unknowingly retained attorneys who colluded against them to ensure predetermined losses. Judicial actors manipulated proceedings to favor parental alienation, generating profit through Title IV-D and the Adoption and Safe Families Act (Void Child Trafficking Codes).

2. Extortion, Coercion & Custody Fraud: Defendants deprived Claimants of custodial rights by: (i) Striking motions due to non-payment of inflated GAL fees. (ii) Threatening parental alienation to force compliance with unfair custody modifications. (iii) Exploiting the system to funnel Claimants into expensive supervised visitation programs, despite no findings of abuse or neglect.

3. Fabricated Orders & Judicial Misconduct: Claimants' children were illegally removed from their homes by the Residential Trafficking Enterprise without valid court orders. Defendants misused temporary restraining orders (TROs) to conceal child trafficking. Judges, GALs, and attorneys conspired to force fraudulent psychiatric evaluations, generating revenue for the FCCE through biased mental health referrals. Claimants were systematically denied preliminary injunction hearings, obstructing their right to due process.

4. Tampering, Suppression & Obstruction of Justice: Unauthorized ex parte communications between judges, attorneys, and co-defendants demonstrated a coordinated conspiracy to rig court proceedings. GALs ignored due process violations,

fabricating justifications for custody transfers.Transcripts and legal documents were unlawfully withheld to obstruct appeals, and in forma pauperis requests were denied as a deliberate tactic. Law enforcement conspired with FCCE actors, ignoring credible abuse reports and actively covering up crimes against children.

B. Predicate Acts & Continuing Criminal Enterprise

The FCCE engaged in a pattern of racketeering spanning years, demonstrating closed-ended continuity and an ongoing criminal threat. Predicate acts include fraud, extortion, obstruction, bribery, and trafficking, forming an interconnected scheme of judicial corruption.

1. Judicial & Law Enforcement Corruption: Police officers who attempted suicide to avoid investigation into child-related crimes were granted full custody. Security officers impersonated police to abduct children from schools, placing them into foster care and permanently severing family ties. Law enforcement obstructed investigations into child abuse, allowing continued exploitation. Governor Defendants ignored reports of corruption and rewarded complicit judges with promotions.

2. Medical & Psychological Exploitation: Medical professionals conspired with the FCCE to harm, traffic, or eliminate Claimants under the guise of treatment. Biased psychiatric evaluations were forced upon Claimants to manufacture justifications for custody removal. Medical records were unlawfully released to courts and the public, violating privacy rights. Claimants were falsely labeled unfit parents based on religious or personal beliefs.

3. Fraudulent Court Proceedings & Fabricated Evidence: False paternity judgments and fraudulent motions were used to justify custody litigation. GALs and attorneys knowingly

provided false statements to the court, fabricating pretexts for child removals. Judges facilitated bribery by mandating GAL appointments and forcing parents to pay excessive fees. Courts suppressed exculpatory evidence and obstructed investigations into abuse allegations.

4. Witness Tampering, Extortion & Retaliation: Defendants engaged in intimidation and threats to silence Claimants. Despite passing all drug tests, Claimants were falsely accused of noncompliance to manipulate custody rulings. Law enforcement and judicial actors conspired to unlawfully incarcerate or involuntarily commit Claimants without cause.

5. Institutional Failures & Child Trafficking: Children placed in foster care suffered abuse, neglect, and suicide attempts due to systemic failures. GALs knowingly ignored documented abuse, aiding in child trafficking operations. D.R.S. officials exploited parents by imposing abusive visitation restrictions and extorting them for fees.

6. Financial Corruption & Administrative Fraud: GALs demanded cash-only payments without providing receipts, embezzling funds. Court clerks tampered with and refused to process Claimants' legal filings, obstructing justice. Judges intimidated and coerced Claimants into silence, suppressing opposition.

7. Extortion, Bribery & Judicial Malfeasance: The Family Court Criminal Enterprise (FCCE) functioned as an association-in-fact, composed of corrupt officials, court officers, and private individuals engaged in systematic racketeering. The FCCE's primary goal was to fabricate evidence, obstruct justice, and retaliate against whistleblowers while profiting from fraudulent legal services. Judges and attorneys engaged in fraudulent

billing schemes, suppressed evidence, and colluded to defraud Claimants. GALs failed to investigate abuse, enabling further child exploitation in exchange for financial kickbacks.

8. Obstruction of Justice & Intimidation: Attorneys knowingly presented false testimony to obstruct justice and conceal child abuse. Prosecutors engaged in malicious litigation, disregarding constitutional rights to serve FCCE financial interests. Law enforcement officers enforced fraudulent custody directives through coercion, violating constitutional protections.

9. Child Trafficking & Exploitation: Defendant GALs psychologically manipulated minor children to sever ties with Claimants, violating anti-trafficking statutes. The FCCE engaged in illegal custody transfers, systematically exploiting children for financial gain.

10. Unlawful Detention & Retaliation: Law enforcement officials conspired to arrest and imprison Claimants on fabricated charges to silence them. These actions obstructed whistleblowing efforts, allowing the FCCE's racketeering enterprise to continue unchallenged.

## XVII. WITNESS TAMPERING AND OBSTRUCTION RELATED TO COVID RESTRICTIONS

1. As part of their wider racketeering scheme, members of the FCCE also engaged in witness tampering, obstruction of justice, and deprivation of rights by exploiting fraudulent COVID-19 policies and restrictions to improperly exclude witnesses and impede the fact-finding process in legal proceedings.

2. Specific instances include: During the custody hearing(s) for the Claimant(s), Judge Defendant(s) and court officers improperly invoked sham COVID policies to bar them from their own court hearings, obstructing their right to present evidence.

3. Attorney Defendant(s) assisted in excluding the Claimant(s) from web ex hearings, compelled by COVID rules, a clear pretextual ruse to undermine their case(s).

4. Law enforcement coordinated with the court to intimidate potential witnesses through threats of fines or arrest for purported COVID violations if they attempted to testify or be present for hearings.

5. The court's published COVID policies, used to justify the witness exclusions, contained materially false information that had been certified through the Defendant(s)' fraudulent schemes described above.

6. By abusing COVID mandates in this manner, the Defendant(s) engaged in illegal witness tampering designed to dissuade and prevent the Claimant(s) and their witnesses from attending hearings and providing favorable testimony, in violation of 18 U.S.C. § 1512.

7. This deprivation of the Claimant(s)' right to attend their own hearing(s) and present witnesses to support their custody claim amounted to an obstruction of justice through the corrupt persuading of witnesses and impeding official proceedings under 18 U.S.C. § 1503.

8. The pretextual use of COVID rules also deprived the Claimant(s) of due process and other constitutional rights protected against unjustified governmental interference.

9. These unlawful acts of witness tampering and obstruction perpetrated under the guise of fraudulent COVID policies constitute further racketeering activities engaged in by the FCCE in conducting its conspiratorial affairs through a pattern of such criminal acts.

## XVIII. SCHEME AND ARTIFICE TO DEFRAUD

*Abuse of Family Court Powers: The Pit and DVILS Orders*

1. At the heart of the Family Court Criminal Enterprise (FCCE) is the illegal manipulation of family law courts' considerable equitable powers. These powers, ostensibly intended to address domestic violence through laws such as O.C.G.A. § 19-13-1, § 19-13-3, and Title 16, Chapter 5, are exploited by FCCE members to create an unjust system of control. Known as the Domestic Violence Intervention Legislative Scheme (DVILS), this system allows the swift issuance of "DVILS Orders," which impose severe and invasive restrictions on individuals accused of domestic violence. These orders can include extreme limitations on personal conduct, property control, and child custody, often without concrete evidence of criminal activity.

2. The DVILS and the orders they produce, referred to as "The Pit," form the foundation of the FCCE's racketeering activities. These orders, based on vague definitions of abuse, create opportunities for exploitation and fraud, depriving litigants of their rights and subjecting them to extreme penalties. By threatening or enacting these orders, the FCCE manipulates the family court system to violate constitutional rights and exploit vulnerable individuals.

*Fraudulent Custody Evaluations and Abuse of Process*

3. Within the FCCE, custody evaluators, often operating without proper authorization, create a shadow network of fraud. These "dark appointments" avoid judicial and professional oversight, enabling fraudulent evaluations of children's best interests that result in millions of dollars in unnecessary costs for families. Evaluators, in collusion with attorneys and judges, deceive parents into accepting these evaluations, which are often baseless, and further the FCCE's unlawful agenda.

4. Another critical tactic in the FCCE's operations is "Poser Advocacy," where attorneys

pretend to provide legitimate legal services but engage in unproductive, frivolous actions such as filing meaningless motions or engaging in pointless discovery. This tactic is profitable for those involved but provides no real benefit to the client, leaving parents and families at a financial and emotional disadvantage.

*False Flag Schemes and Deceptive Practices*

5. The FCCE regularly employs false flag tactics to deceive family court litigants. These tactics involve professionals misrepresenting their duties, breaching fiduciary responsibilities, and defrauding clients into believing they are receiving competent legal services. In reality, these professionals exploit their clients' lack of sophistication, enriching themselves by creating unnecessary legal work and imposing costly, ineffective strategies. This corrupt system flourishes because the attorneys, evaluators, and judges involved are complicit, ensuring the fraudulent enterprise remains hidden from scrutiny.

## XIX. DURESS AND UNDUE INFLUENCE THROUGH SUCCESSIVE ILLEGAL T.R.O. ORDERS

1. The Claimant(s) have been subjected to repeated, illegal temporary restraining orders (T.R.O.s), which were obtained through fraudulent means including perjury, falsified evidence, and judicial misconduct. These orders, sustained by Defendant Judges as part of a broader scheme to strip the Claimant(s) of their parental rights, imposed unconstitutional restrictions on their freedom of speech, association, travel, and due process.

2. The T.R.O.s have been continuously renewed, subjecting the Claimant(s) to ongoing duress and intimidation. This has effectively obstructed their ability to fully exercise their

rights and brought about a tolling of statutes of limitation due to the ongoing fear and coercion.

3. The procurement and extension of these T.R.O.s form the "Abuse of Process Conspiracy," a concerted effort to retaliate against the Claimant(s) for exposing corruption and furthering the illicit aims of the FCCE.

## XX. REMEDIATION

1. After the Holocaust, the issue of reparations for Jewish survivors became a crucial aspect of post-war negotiations. Recognizing the immense suffering endured by the Jewish people during the Holocaust, various countries and organizations took steps to provide financial compensation for the victims. One of the most significant initiatives was the Luxembourg Agreement of 1952, in which West Germany agreed to pay reparations to Jewish individuals who had suffered under Nazi persecution. These reparations aimed to acknowledge the atrocities committed and to provide some measure of restitution for the loss of property, livelihoods, and, most importantly, human dignity.

2. Over the years, the scope of reparations expanded to include additional compensation programs and social welfare measures, ensuring that survivors and their families received support in their later years. While reparations could never fully heal the wounds of the Holocaust, they represented a significant acknowledgment of the injustice inflicted upon the Jewish people and provided a form of material redress for their suffering.

3. Similar to the Luxembourg Agreement, the Claimant(s) are requesting this honorable court establish a framework for compensating victims of child trafficking. This framework would involve acknowledging the emotional, financial, and physical toll

inflicted upon them, as well as support services to aid in healing and rebuilding the victim's lives.

4. The Claimant(s) seek lifelong financial restitution for the egregious genocide inflicted upon innocent individuals by the Defendant(s), stemming from their abuse of discretion and deliberate procedural errors. These actions have tragically led to the forced removal and human trafficking of countless youths, perpetuating a cycle of trauma and injustice. It is imperative that the court recognizes the severity of these violations and provides comprehensive support to those affected, ensuring not only financial compensation but also long-term assistance and resources for healing and rebuilding shattered lives.

5. *WHEREFORE*, We the People humbly request a Lawful Order and Judgment effectuating:

6. Cease-and-Desist Orders: Immediate cessation of all criminal activities related to trafficking, genocide, and fraud.

7. Return of our Family (U.S. Marshals' Walkout): Claimant(s) request that the Court direct the U.S. Marshals to facilitate the immediate return of our children from unlawful custody, ensuring their safety and constitutional rights;

8. Reunification of Families: Return of all victims of child trafficking to their rightful families.

9. Formal Nullification of the already Void Codes, including but not limited to those described in this Claim;

10. Formal Vacating the already void "Consent to Crimes Decrees" in the ruse of "court orders";

11. Injunctive relief enjoining the Defendant(s) from further acts of racketeering and retaliation such as a Temporary Restraining Order Without Notice issued against all Defendant(s) in order to protect the Claimant(s) and their offspring from further irreparable harm (18 U.S.C. § 1514(B));

12. Disbanding the Child & Human Trafficking Tribunals falsely portrayed as "courts."

13. Massive Reparations & Return of our Pillaged Property, just as done by Germany, entitled to us under 18 U.S.C. § 1964(c). A Sum in Excess of $500,000,000,000,000 (Five Hundred Trillion Dollars) shall be funded only by gold, silver & other precious metals, physical currency or crypto-currency, by wire, certified or cashier's check.

14. Indictments: The Defendant(s), Supreme Judicial Imposter(s), and Government Imposter(s) are to be charged under RICO for human trafficking, genocide, and fraud. These crimes include forced labor, systematic persecution, and judicial corruption, constituting a criminal enterprise that undermines lawful governance.

15. Criminal Liability & Civil Damages: (i) Maximum RICO Penalties – Including life imprisonment where applicable. (ii) Asset Forfeiture – Seizure of all proceeds from criminal activity. (iii) Injunctive Relief – Barring Defendant(s) from public office or legal practice.

16. An order divesting the Defendant(s) of any interest, direct or indirect, in the enterprises;

17. Any other relief this honorable Court deems just and proper.

## XXI.  EXHIBIT LIST

Phantom's Case Management/ Electronic Case Files (CM/ECF): All submissions contained

within the following files are hereby incorporated by reference as pleadings in this Honorable

Court.

(i) THE PHANTOM FILES:

https://www.dropbox.com/scl/fo/v119cn772smwja1jvo3pz/AMOnhbEVh3xrh6PQlkRjoeA?rlkey

=7vkkpmh1ahiqc1uc82w7cwe9x&st=97505odb&dl=0

(ii)  WE THE PEOPLE DOCKET:

https://allmylinks.com/savesaintlouis

\* This Link also contains "The Phantom Files" for convenient accessibility.

(iii) OTHER CLAIMANT(S) & WITNESSES TO THIS ENTERPRISE SEEKING REMEDY:

https://wethepeopleorderreparations.org/exhibit-1-claimants/

## XXII. PLAINTIFFS

*Arizona*

1. Steven- Bradley: Moose- 3757 E Tortolita Rd. Tucson, Arizona 85739,

   Moosepest@gmail.com, (602) 637-9551.

2. Tiana- Balchunas- 2512 N Estrella Ave Unit B, Tucson Az 85705,

   tianadaniellebalchunas@outlook.com, (520) 607-3148.

*Florida*

3. Brigette- Villarreal- 303 NW 27th Place, Cape Coral FL 33993, (239) 233-6985,

   Trinity96@gmail.com.

4.  Karina- Paredes- 16050 Sunset Strip, Fort Myers FL 33908, (239) 440-9458,

karinaparedes13@gmail.com.

*Illinois*

5.  Jennie- Tolliver-  215 Vincennes Rd SE, Clay City, IL 62824, jt060720@gmail.com.,

(618) 676-4242

*California*

6.  Latesha- Howard- 11382 Low Chaparral DR. Victorville, CA. 92392,

LATHOW2@yahoo.com, (310) 658-9037

*Missouri*

7.  Michelle- Marryann: Dickerson- 8589 Bowden St. Douglasville, Georgia 30134, (314)

417-6527, michelled738@gmail.com

8.  Alexandra- Marie: Dean-

4573 JONATHAN ST HASTINGS, FL, 32145,

(314) 323- 8267, conscioussparrow1719@gmail.com

9.  Justin- E: Shire- 2392 Derby Road Birmingham MI. 48009, (249) 730- 6202,

justin.shire@gmail.com

10. Ryan- Nicolas: Brown- 201 Turtle Dr. Fenton MO. 63026 Apt 101, (314) 200- 2938,

emailaddressforsale@gmail.com

*Kentucky*

11. Laura- Jean: Domek - 6009 Gloria lane, Louisville, Kentucky c/o 40213-3231,

Lauradomek77@proton.me, (502) 599-4157

12. Robert- Anthony: Dome - 6009 Gloria lane, Louisville, Kentucky c/o 40213-3231,

Domekrobert57@gmail.com, (502) 599-4157

*Georgia*

13. Kathy- Nixon- 5280 Greensboro Highway,  Watkinsville, GA 30677

14. Lauren- Ashley: Peek- 5280 Greensboro Highway,Watkinsville, GA 30677

## XXIII. DEFENDANTS

### A.  THE BOSSES

1.  Health and Human Services of the United States (A Federal Agency),

2.  The Supreme Court of the United States (Judicial Branch)

3.  U.S. Department of Justice (A Federal Agency)

4.  The Office of International Affairs (A Federal Agency)

5.  Department of Homeland Security (A Federal Agency)

6.  The Federal Bureau of Investigation (A Federal Agency)

7.  Judicial Panel on Multidistrict Litigation (Judicial Branch)

8.  John Roberts (An Individual)

9.  Xavier Becerra (An Individual)

10. Merrick Garland (An Individual)

11. Kenneth A. Polite Jr. (An Individual)

12. Alejandro Mayorkas (An Individual)

13. Christopher Wray (An Individual)

14. Karen K. Caldwell (An Individual)

15. Terry Hartle (An Individual)

16. Joe Biden (An Individual)

17. Kamala Harris (An Individual)

18. Clarence Thomas (An Individual)

19. Samuel Alito (An Individual)

20. Sonia Sotomayor (An Individual)

21. Elena Kagan (An Individual)

22. Neil Gorsuch (An Individual)

23. Brett Kavanaugh (An Individual)

24. Amy Coney Barrett (An Individual)

25. Ketanji Brown Jackson (An Individual)

B. <u>FOR THE STATE OF FLORIDA</u>

26. COUNTY OF LEE CORPORATION (A Municipal Entity)

27. CIRCUIT COURT OF LEE COUNTY (A Municipal Entity)

28. THE AMERICAN BAR ASSOCIATION (A Non- Profit)

29. THE FLORIDA BAR (A Florida Corporation)

30. LEE COUNTY CLERK OF COURT OPERATIONS (Corporation)

31. HOMELAND SECURITY OF FLORIDA (A Municipal Entity)

32. FEDERAL BUREAU OF INVESTIGATION OF FT MYERS (A Federal Agency)

33. LEE COUNTY INTERNAL AFFAIRS DIVISION (A Municipal Entity)

34. THE FLORIDA ATTORNEY GENERAL'S OFFICE (A State Office)

35. THE LEE COUNTY SHERIFF'S DEPARTMENT (A Municipal Entity)

36. GOLISANO CHILDREN'S HOSPITAL OF SOUTHWEST FLORIDA (A Non- Profit)

37. JOHNS HOPKINS ALL CHILDREN'S HOSPITAL (A Non- Profit)

38. THE DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity)

39. THE LEE COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES (A

    Municipal Entity)

40. FLORIDA GUARDIAN AD LITEM OFFICE (A State Agency)

41. FLORIDA DEPARTMENT OF HEALTH (A State Agency)

42. FLORIDA DEPARTMENT OF HEALTH LEE COUNTY (A State Agency)

43. FLORIDA HEALTH (A State Agency)

44. HUMANA MEDICAID (A Corporation)

45. Carlos G. Muñiz (An Individual)

46.  Ron DeSantis (An Individual)

47. Todd Olmer (An Individual),

48. Timothy J. Corrigan (An Individual)

49. Gilberto Perez (An Individual)

50. Amanda Giavonette (An Individual)

51. Patricia Blanco (An Individual)

52. Brienne Johnson (An Individual)

53. Sherrie Howell (An Individual)

54. Tema Salvetti (An Individual)

55. Tina Cordell (An Individual)

56. Jan Widmer (An Individual)

57. Laurie Jones (An Individual)

58. Christine Thornbloom (An Individual)

59. Holly Rodriguez (An Individual)

60. Brenda Jones (An Individual)

61. Deon Lamar Fletcher Jr (An Individual)

62. Pierre Loredo (An Individual)

63.  Rolando Gonzalez (An Individual)

64. Piedade Oliveira-Silva (An Individual)

65. Jeremy P. Rodriguez (An Individual)

66. Amy Mangrum (An Individual)

67. Sharon Shear (An Individual)

68. Susan Stroup (An Individual)

69. Mary Townsend (An Individual)

70. Bruce Kyle (An Individual)

71. Rose Lee (An Individual)

72. Alisbeth Nelson (An Individual)

73. Abigail Parsons (An Individual)

74. Brittany Patterson (An Individual)

75. Shahzaib Mirza (An Individual)

76. Christopher Inglese (An Individual)

77. Luis Rodriguez (An Individual)

78. Dr Jean-Baptiste (An Individual)

79.  Basith (An Individual)

80.  Marin (An Individual)

81. Bascon Palmer (An Individual)

82.  Harvey E. Schlesinger (An Individual)

83. Patricia D. Barksdale (An Individual)

84. Sheri Polster Chappell (An Individual)

85. Kyle C. Dudek (An Individual)

86.  John L. Badalamenti (An Individual)

87.  Nicholas P. Mizell (An Individual)

## C. FOR THE STATE OF ARIZONA

88. ARIZONA ADMINISTRATIVE OFFICE OF THE COURTS (State Entity)

89. PIMA COUNTY GOVERNMENT (Municipal Entity)

90. PIMA COUNTY SUPERIOR COURT (Municipal Entity)

91. PIMA COUNTY JUVENILE COURT (Municipal Entity)

92. PEORIA POLICE DEPARTMENT (Municipal Entity)

93. STATE BAR OF ARIZONA (Non-Profit Entity)

94. THE AMERICAN BAR ASSOCIATION (Non-Profit Entity)

95. PIMA COUNTY CLERK OF THE SUPERIOR COURT (Municipal Entity)

96. SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY (Municipal Entity)

97. ARIZONA DEPARTMENT OF HOMELAND SECURITY (State Entity)

98. FEDERAL BUREAU OF INVESTIGATION, PHOENIX FIELD OFFICE (Federal

Entity)

99. TUCSON POLICE DEPARTMENT INTERNAL AFFAIRS (Municipal Entity)

100.    ARIZONA ATTORNEY GENERAL'S OFFICE (State Entity)

101.    PIMA COUNTY SHERIFF'S DEPARTMENT (Municipal Entity)

102.    ARIZONA DEPARTMENT OF ECONOMIC SECURITY (State Entity)

103.    ARIZONA DEPARTMENT OF CHILD SAFETY (State Entity)

104.    ARIZONA OFFICE OF THE PUBLIC ADVOCATE (State Entity)

105.    ARIZONA DEPARTMENT OF HEALTH SERVICES (State Entity)

106.    PIMA COUNTY HEALTH DEPARTMENT (Municipal Entity)

107.    RISING YOUTH PARENT AID SERVICES (Non-Governmental Organization)

108.    STATE OF ARIZONA (State Entity)

109.    TERROS (Non-Governmental Organization)

110.    ARIZONA ATTORNEY GENERAL'S OFFICE (State Entity)

111.    SUNSHINE RESIDENTIAL HOMES (A Corporation)

112.    Arizona Department of Corrections (State Entity)

113.    Katie Hobbs (An Individual)

114.    Ann A. Scott Timmer (An Individual)

115.    Kenneth Skiff (An Individual)

116.    Judge Jackie Ireland (An Individual)

117.    Ronda Christephore (An Individual, Investigator)

118.    Mark Brnovich (An Individual)

119.    Kristin Culbertson (An Individual)

120.    Matthew Lara (An Individual)

121.    Velora Vincent (An Individual)

122.    Mike Faust (An Individual)

123.    Doug Ducey (An Individual)

124.    Abbey Johnson (An Individual)

125.    Kathleen Martoncik (An Individual)

126.    Erin Burke Hawkinson (An Individual)

127.  Reyna Hernandez (An Individual)

128.  Marsha Garrett Mhuto (An Individual)

129.  Mesa Juvenile Court (Municipal Entity)

130.  Glendale Police Department (Municipal Entity)

131.  Phoenix Police Department (Municipal Entity)

132.  Peoria Police Department (Municipal Entity)

133.  Abreva Arrowhead Hospital (Municipal Entity)

134.  Danny Abril (An Individual)

135.  Michael Boyd (An Individual)

136.  Jeremy Welsh (An Individual)

137.  Jessica Welsh (An Individual)

138.  Heath Robson (An Individual)

139.  Charles Young (An Individual)

140.  Brad Armstrong (An Individual)

141.  Michael Butler (An Individual)

142.  Richter (An Individual)

143.  Ms. Sigyn S. Halverstedt (An Individual)

144.   Shanda Martson, BS Program Manager (An Individual)

## D.  FOR THE STATE OF ILLINOIS

145.  Illinois Department of Children and Family Services (A Municipal Entity)

146.  Luke Thompson (An Individual)

147.  Allendria Benson (An Individual)

148.  Cole Hildebrand (An Individual)

149.  Mary Beth Welch Collins (An Individual)

150.  Carle Physician Group (A Corporation)

151.  Catherine Keller (An Individual)

152.  Seth Elliott (An Individual)

153.  Carle Richland Memorial Hospital (A Corporation)

154.  Fourth Judicial Circuit Court of Illinois (A Municipal Entity)

155.  Olney Police Department (A Municipal Entity)

156.  Richard J. Daley Center (A Municipal Entity)

157.  William Boyd (An Individual)

158.  Renee Goldfarb (An Individual)

159.  Gregory Ahern (An Individual)

160.  Judge Rossana Fernandez (An Individual)

161.  William Yu (An Individual)

162.  Regina Scannicchio (An Individual)

163.  Beermann LLP (A Corporation)

164.   Karen Paige (An Individual)

165.  Candace Meyers (An Individual)

166.  Enrico Mirabelli (An Individual)

167.  Matthew Elster (An Individual)

168.  Jane Girard (An Individual)

169.  Joel Levin (An Individual)

170.  Vanessa Hammer (An Individual)

171.  Gwenn Waldman (An Individual)

172.    Phylis Amabile (An Individual)


## E.  FOR THE STATE OF CALIFORNIA

173.    San Bernardino County Superior Court (A Municipal Entity)

174.    San Bernardino County Department of Children and Family Services (A Municipal

    Entity)

175.    San Bernardino Juvenile Court (A Municipal Entity)

176.    MCM Law Group (A Corporation)

177.    Steve Mapes (An Individual)

178.    Laura Lee (An Individual)

179.    Gerald Stone (An Individual)

180.    Myra Gaona (An Individual)

181.    Nicholas Hollis (An Individual)

182.    Tiyana Benitez (An Individual)

183.    Tiffanie Mailey (An Individual)

184.    Cesar Montoya (An Individual)

185.    Giovanna Janae Aguirre (An Individual)

186.    Arthur La Cliento (An Individual)

187.    Lakeshia Adeniyi-Dorsey (An Individual)

188.     Mónica Ramírez Almadani (An Individual) California

## F.  FOR THE STATE OF MISSOURI

189.    ADMINISTRATIVE OFFICE OF THE COURTS (A Municipal Entity),

190.    DOMESTIC RELATIONS OF SAINT LOUIS COUNTY (A Municipal Entity),

191.    COUNTY OF SAINT LOUIS CORPORATION (A Municipal Entity),

192.    CITY OF SAINT LOUIS CORPORATION (A Municipal Entity),

193.    THE SUPREME COURT OF MISSOURI (A Municipal Entity),

194.    CIRCUIT COURT OF SAINT COUNTY (A Municipal Entity),

195.    THE MISSOURI EASTERN COURT OF APPEALS (A Municipal Entity),

196.    SAINT LOUIS COUNTY BAR (A Missouri Corporation),

197.    COUNTY CLERK OF COURT OPERATIONS (Corporation),

198.    HOMELAND SECURITY OF SAINT LOUIS (A Municipal Entity),

199.    FEDERAL BUREAU OF INVESTIGATION OF SAINT LOUIS (A Municipal

    Entity),

200.    SAINT LOUIS FEDERAL COURT LEGAL ADVICE CLINIC (A Municipal

    Entity),

201.    INTERNAL AFFAIRS DIVISION (A Municipal Entity),

202.    THE MISSOURI ATTORNEY GENERAL'S OFFICE (A Municipal Entity),

203.    THE SAINT LOUIS CITY SHERIFF'S DEPARTMENT (A Municipal Entity),

204.    THE SAINT LOUIS CITY POLICE DEPARTMENT (A Municipal Entity),

205.    THE SAINT LOUIS COUNTY POLICE DEPARTMENT (A Municipal Entity,

206.    THE CRISIS INTERVENTION TEAM OF SAINT LOUIS CITY (A Municipal

    Entity)

207.     THE CRAWFORD COUNTY POLICE DEPARTMENT (A Municipal Entity),

208.    THE FRANKLIN COUNTY POLICE DEPARTMENT (A Municipal Entity),

209.    THE BALLWIN POLICE DEPARTMENT (A Municipal Entity),

210.    THE RICHMOND HEIGHTS POLICE DEPARTMENT (A Municipal Entity),

211.   THE SULLIVAN POLICE DEPARTMENT (A Municipal Entity),

212.   BARNES- JEWISH HOSPITAL OF SAINT LOUIS (A Private Institution),

213.   MERCY HOSPITAL SOUTH (A Private Institution),

214.   THE DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity),

215.   THE MISSOURI DEPARTMENT OF SOCIAL SERVICES (A Municipal Entity),

216.   D.C.F.S. CRAWFORD COUNTY (A Municipal Entity),

217.    D.C.F.S. SAINT LOUIS (A Municipal Entity),

218.   Joe Biden (An Individual),

219.   Mary R. Russell (An Individual),

220.   Betsy Ledgerwood (An Individual),

221.   Michael L. Parson (An Individual),

222.   Matthew T. Schelp (An Individual),

223.   Sarah E. Pitlyk (An Individual),

224.    John R. Lasater (An Individual),

225.   Nicole S. Zellweger (An Individual),

226.    Robert M. Heggie (An Individual),

227.   Mary E. Ott (An Individual),

228.   Mary W. Greaves (An Individual),

229.   Joseph L. Green (An Individual),

230.   Megan Julian Higgins (An Individual),

231.   Scott Bernstein (An Individual),

232.   Patricia Ann Riehl  (An Individual),

233.   Joan M. Gilmer (An Individual),

234. Laura Roy (An Individual),

235. Kurt S. Odenwald (An Individual),

236. Michael E. Gardner (An Individual),

237. Renee Hardin- Tammons (An Individual),

238. Neil Hogan (An Individual),

239. George Allen Crouch (An Individual),

240. Sargent Simon (An Individual),

241. McClure (An Individual),

242. Darnell M. Willis (An Individual),

243. Edward Miles (An Individual),

244. Daymond Wayne Lynn (An Individual),

245. Megan Anne Rodgers (An Individual),

246. Shamantha Edwards (An Individual),

247. Brewer (An Individual),

248. Adam Carnal (An Individual),

249. Hecox (An Individual),

250. Eric Willbanks (An Individual),

251. Lunyou (An Individual),

252. McKinney (An Individual),

253. Smith (An Individual),

254. Brooks (An Individual),

255. Sargent Schilli (An Individual),

256. Corporal Scharfenberg (An Individual),

257. Captain Adam Albert (An Individual),

258. Sergeant Nathan Rhoads (An Individual),

259. Jorden Berti (An Individual),

260. Kelly Landre- Wright (An Individual),

261. Olainki Spraggins (An Individual),

262. Gina Dean (An Individual)

263. Duwain Dean (An Individual),

264. Brian Wach (An Individual),

265. Justin Wach (An Individual),

266. Betty Jene Hansmann (An Individual),

267. William Gregory (An Individual),

268. Gabby Olejnik (An Individual),

269. Cortnie Hulett (An Individual),

270. Troy Korte (An Individual),

271. Beth Lewandowski (An Individual),

272. Jacqueline Matreci (An Individual),

273. Laura Stobie (An Individual),

274. Sarah Melz (An Individual),

275. Jacquelyn Gonz (An Individual),

276. Kelly Chevalier (An Individual),

277. James N. Fendelman (An Individual),

278. Kimberly D. Whittle (An Individual),

279. Henry Miller, Jr. (An Individual),

280.    Sarah Pleban (An Individual),

281.    Elaine Pudlowski (An Individual),

282.    Colleen Hubble (An Individual),

283.    Arthur Nissenbaum (An Individual),

284.    Jennifer Piper (An Individual),

285.    Robert N. Hamilton (An Individual),

286.    Holly Hamilton (An Individual),

287.    John Fenley (An Individual),

288.    Dr. Christopher Parks (An Individual),

289.    Dr. Mina Charepoo (An Individual),

290.    Dr. Lebowitz (An Individual),

291.    Dr. Susan Sanderson (An Individual),

292.    Jodie Hodge (An Individual),

293.    Every Child's Hope (A Private Institution),

294.    Bringing Families Together (A Private Institution),

295.    Good Shepherd (A Private Institution),

296.    Averhealth (A Private Institution),

297.    Robinwood Elementary (A Municipal Entity),

298.    Tina Nugent (An Individual),

299.    Lutricia Allen (An Individual),

300.    Bill Grant (An Individual),

301.    Crista Beracha (An Individual),

302.    Jennifer Hoffman (An Individual),

303. Bridgett Kastner (An Individual),

304. Teresa Langford (An Individual),

305. Patricia Seidel (An Individual),

306. Tiffany Hytrek (An Individual),

307. Ann Pendegrass (An Individual),

308. Colby T. Newborn (An Individual),

309. Armand Wilson (An Individual),

310. Briana Williams (An Individual),

311. Brenton Williams (An Individual),

312. Jamie Lynn Emahiser (An Individual),

313. Ryley Hamilton (An Individual),

314. Mayra Flesner (An Individual),

315. Ericka Wentzel (An Individual),

316. Alejandro Sigala (An Individual),

317. Alicia Sigala (An Individual),

318. George Edward Tillman (An Individual),

319. Kimberly Jean Coleman (An Individual),

320. Matthew Edwin Lee Voorhees (An Individual),

321. Elliott I. Goldberger (An Individual),

322. Patrick W. Pedano (An Individual),

323. Elizabeth Middleton Sheehan (An Individual),

324.  Shirley R. Tasker (An Individual),

325. Shelby C. Shire (An Individual),

326.  Jillian Brown (An Individual),

327.  Joseph S. Sanchez (An Individual),

328.  Deborah C. Moron Henry (An Individual).

329.  Carol Love (An Individual),

330.  Jeff Millar (An Individual),

331.   Sandra Faragut Hemphil (An Individual),

332.  John Thomas Nanny (An Individual),

333.  John Borbonus (An Individual),

334.  Jason D. Dodson (An Individual),

335.  Alicia Carter (An Individual),

336.  John Tressler (An Individual),

337.  Marshall Hoekel (An Individual),

338.  Evita Tolu (An Individual),

339.   Anna Elizabeth Connely (An Individual),

340.  Sioban Akers (An Individual),

341.  Mathew H. Noce (An Individual),

342.  Dale W. Hood (An Individual),

343.  Mark W. Haefner (An Individual),

344.  Cara C. Keeble (An Individual),

345.  Andrew Pichler (An Individual),

346.  Charles B. Flynn (An Individual),

347.  Kenyatta Eleby (An Individual),

348.  Ashley Janel Moore (An Individual),

349.    Rachna Lien Attorney (An Individual),

350.    Jesus Alejandro Martinez Reyes (An Individual),

351.    Lance Christian Bretsnyder (An Individual),

352.    Michelle Hammond (An Individual),

353.    Rick L. Nelson (An Individual),

354.    Chimene Yavonne Laskey (An Individual),

355.    John R. Bird (An Individual),

356.    Diane Monahan (An Individual),

357.     Carl Seltzer (An Individual),

358.    Tiffany Ann Hytrek (An Individual),

359.    Linda Colburn (An Individual),

360.    Alinda Dickerson (An Individual),

361.    Michael Dickerson (An Individual),

362.    Cynthia Newborn (An Individual),

363.     Joanne Wilson (An Individual),

364.     Armand Wilson (An Individual),

365.     Erica Jenkins (An Individual),

366.    Hannah Weis (An Individual),

367.    Kerry Allen (An Individual),

368.    Crista Beracha (An Individual),

369.    Marshall Hoekel (An Individual),

370.    Leigh Carson (An Individual),

371.     Arthur H. Nissenbaum (An Individual),

372.  Justin Ruth (An Individual),

373.  Jennifer Piper (An Individual),

374.   Sharon Remis (An Individual),

375.  Rachna Lien (An Individual),

376.   Deborah Roeder (An Individual),

377.  Maia Brodie (An Individual),

378.  David S. Betz (An Individual),

379.  Amy Diemer (An Individual),

380.  Shevon Harris (An Individual),

381.  Mark Kiesewetter (An Individual),

382.  Greg Brough (An Individual),

383.  Deborah Roeder (An Individual),

384.  Venus Jackson (An Individual),

385.  Lisa Sigmund (An Individual),

386.  Lynn Reichert (An Individual),

387.  Mary Davidson (An Individual),

388.  Cynthia Albin (An Individual),

389.  Sylvia Pociask (An Individual),

390.  Molly Murphy (An Individual),

391.  Julia Pusateri Lasater (An Individual),

392.  Jeffrey Paul Medler (An Individual),

393.  Matthew Hill Hearne (An Individual),

394.  Bruce F. Hilton (An Individual),

395.  Amanda Bundren McNelley (An Individual),

396.  Krista S. Peyton (An Individual),

397.  Frank Ross Gipson (An Individual),

398.  Henry Edward Autrey (An Individual),

399.  Stephen R. Clark (An Individual),

400.  Rodney W. Sippel (An Individual),

401.  John M. Bodenhausen (An Individual),

402.  Charlie Thompson (An Individual),

403.  Brittany Erker (An Individual),

404.  Jenna Conley (An Individual),

405.  Betty Thompson (An Individual),

406.  Bradley R. Bodeux (An Individual),

407.  Chad Rackers (An Individual),

408.  Sanda Smajlovic-Gunn (An Individual),

409.  Van Buskirk (An Individual),

410.  Jenna Rohr Conley (An Individual),

411.  Myra Leary  (An Individual),

412.  Adam Coonce  (An Individual),

413.  Kenzie Mooty  (An Individual),

414.  Kelly Ploesser (An Individual),

415.  Emily Mathews (An Individual),

416.  Michael Burgoyne (An Individual),

417.  Nathan S. Cohen (An Individual),

418.   James D. Reid (An Individual),

419.   Leigh Carson (An Individual),

420.   Sharon Remis (An Individual),

421.   Rachna Lien (An Individual),

422.   Lisa Sigmund (An Individual),

423.    Noelle C. Collins (An Individual)

424.   Catherine D. Perry (An Individual)

425.    Rodney W. Sippel (An Individual)

426.     Rodney H. Holmes (An Individual)

427.   John A. Ross (An Individual)

428.   Henry Edward Autrey (An Individual)

## G.  FOR THE STATE OF KENTUCKY

429.   Hardin County Justice Center (A Municipal Entity)

430.   9th Judicial Circuit Court Division (A State Entity)

431.   Dawn Lonneman Blair (An Individual)

432.   Hardin County Clerk's Office (A Municipal Entity)

433.   Deanna Simcoe (An Individual)

434.   Hardin County Government (A Municipal Entity)

435.   Alison B. Tefft (An Individual)

436.   CHFS Office of Legal Services (A State Entity)

437.   Jennifer Ellen Clay (An Individual)

438.   Adkins Ferrell (An Individual)

439.   Ferrell Adkins (An Individual)

440. Miller & Durham (A Corporation)

441. Matthew Durham (An Individual)

442. Dowan Law Offices (A Corporation)

443. Leeanna Dowan (An Individual)

444. Kelsey Stout (An Individual)

445. Vine Grove City Hall Police (A Municipal Entity)

446. Vic Williams (An Individual)

447. Glenn Freeman (An Individual)

448. CASA of Heartland (A Nonprofit)

449. Rene Dennison (An Individual)

450. Amy Hollingswork (An Individual)

451. Child Protective Services (A State Entity)

452. Keyma Jones (An Individual) (Service Worker)

453. Cara Maner (An Individual) (Service Worker)

454. Valerie Anderson (An Individual)

455. Ashley Handley (An Individual)

456. Sarah Tyler (An Individual)

457. Cabinet for Families/Children (A State Entity)

458. Carolyn Overall Miller (An Individual)

459. Clint William Jeffries (An Individual)

460. Korri Perry (An Individual)

461. Hardin County Attorney's Office (A Municipal Entity)

462. Judicial Conduct Commission (A State Entity)

463.    Kentucky Bar Association (A State Entity)

464.    Kentucky State Board Psychology (A State Entity)

465.    Michael Gene Adams (An Individual)

466.    Internal Revenue Service Department of Treasury (A Federal Entity)

467.    Internal Revenue Service (A Federal Entity)

468.    Angela Shouse (An Individual)

469.    Mark Metcalf (An Individual)

## XXIV.  DEFENDANTS- DISCLOSURE

### FOR DIRECT AND IMMEDIATE DELIVERY TO ADDRESSEES BELOW

NOTE: Any failure to deliver this communication directly & immediately to the addressees are crimes including Mail & Wire Fraud & Tampering, Witness Tampering & R.I.C.O. acts for which you are criminally & civilly liable.

18 U.S. Code Chapter 63 - MAIL FRAUD AND OTHER FRAUD OFFENSES

18 U.S. Code 1701, 1703, 1708, 1341, 371, 1502, 1961 March 27, 2024

TO:

### A.  "THE BOSSES"

*Leaders of the Criminal Enterprise*

1.  Joe Biden (An Individual) 1600 Pennsylvania Avenue NWWashington, DC 20500

2.  Kamala Harris (An Individual) 1600 Pennsylvania Avenue NW Washington, DC 20500

3.  The Supreme Court of the United States

Address: 1 First Street, NE, Washington, DC 20543

Phone: 202-479-3000

(i)

https://www.supremecourt.gov/DocketPDF/23/23-5831/285436/20231019095354751_20231019
-095038-95760895-00001099.pdf

(ii)

https://crsreports.congress.gov/product/pdf/LSB/LSB11003

4.  John G. Roberts Jr. (An Individual) 1 First Street NE, Washington, D.C. 20543

5.  Clarence Thomas (An Individual) 1 First Street NE, Washington, D.C. 20543

6.  Samuel Alito (An Individual) 1 First Street NE, Washington, D.C. 20543

7.  Sonia Sotomayor (An Individual) 1 First Street NE, Washington, D.C. 20543

8.  Elena Kagan (An Individual) 1 First Street NE, Washington, D.C. 20543

9.  Neil Gorsuch (An Individual) 1 First Street NE, Washington, D.C. 20543

10. Brett Kavanaugh (An Individual) 1 First Street NE, Washington, D.C. 20543

11. Amy Coney Barrett (An Individual) 1 First Street NE, Washington, D.C. 20543

12. Ketanji Brown Jackson (An Individual) 1 First Street NE, Washington, D.C. 20543

13. Office of International Affairs

Address: 1849 C Street NW, Washington, DC 20240

(i)

https://www.dni.gov/index.php/gt2040-home/gt2040-deeper-looks/future-of-international-norms

(ii)

https://www.chathamhouse.org/2021/08/lessons-trumps-assault-world-trade-organization

14. Department Health and Human Services (HHS) of the United States

   Address: 200 Independence Avenue, S.W., Washington, D.C. 20201

   Phone: (877) 696-6775

(i)

https://www.tn.gov/attorneygeneral/news/2024/2/27/pr24-20.html

(ii)

https://www.blackburn.senate.gov/2024/8/issues/immigration/blackburn-presses-dhs-and-ice-on-new-report-revealing-they-may-have-lost-track-of-more-than-300k-unaccompanied-migrant-children

(iii)

https://crsreports.congress.gov/product/pdf/RS/RS22380/36

(iv)

https://crsreports.congress.gov/product/pdf/r/r44423/4

15. U.S. Department of Justice (DOJ)

   Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Phone: (202) 514-2000

(i)

https://homeland.house.gov/hearing/trafficked-exploited-and-missing-migrant-children-victims-of-the-biden-harris-administration/

(ii)

https://www.tn.gov/attorneygeneral/news/2024/2/27/pr24-20.html

16. Department of Homeland Security (DHS)

Address: 2707 Martin Luther King Jr Ave SE, Washington, DC 20528-0525

(i)

https://www.oig.dhs.gov/sites/default/files/assets/2024-08/OIG-24-46-Aug24.pdf

(ii)

https://homeland.house.gov/hearing/trafficked-exploited-and-missing-migrant-children-victims-of-the-biden-harris-administration/

17. Judicial Panel on Multidistrict Litigation

Address: Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NE,

Room G-255, North Lobby, Washington, DC 20544-0005

Phone:  202-502-2800

18. The Federal Bureau of Investigation (FBI)

Address: 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001

Phone: (202) 324-3000

(i)

https://thehill.com/homenews/senate/5000138-senate-democrats-fbi-file-matt-gaetz-sex-trafficking-trump-ag/

(ii)

https://www.factcheck.org/2020/08/viral-chart-distorts-human-trafficking-statistics/

19. John Roberts (In their Individual Capacity)

a. Position: Chief Justice, Supreme Court of the United States

b. Contact Information:

Supreme Court of the United States

1 First Street NE

Washington, D.C. 20543

Phone: (202) 479-3000

(i)

https://www.ncregister.com/cna/why-did-chief-justice-roberts-disagree-with-overturning-roe-v-wade

(ii)

https://www.theusconstitution.org/news/abortion-ruling-highlights-diverging-paths-of-justices-john-roberts-samuel-alito/

(iii)

https://illinoislawreview.org/wp-content/uploads/2023/08/Rhyne.pdf

20. Xavier Becerra (In their Individual Capacity)

   a.  Position: Secretary, U.S. Department of Health and Human Services

   b.  Contact Information:

      U.S. Department of Health and Human Services

      200 Independence Avenue SW

      Washington, D.C. 20201

      Phone: (202) 690-7000

(i)

https://www.washingtonpost.com/politics/2022/01/31/becerra-hhs-pandemic-response-leadership/

(ii)

https://www.hhs.gov/about/news/2022/01/13/statement-hhs-secretary-xavier-becerra-on-supreme-court-covid-19-vaccine-decisions.html

(iii)

https://www.foxnews.com/politics/house-republican-grill-hhs-secretary-becerra-migrant-children-would-not-want-to-be-you.amp

(iv)

https://www.politico.com/news/2021/09/21/becerra-covid-response-hhs-513270

(v)

https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=410578

(vi)

https://www.washingtonexaminer.com/news/house/2929741/becerra-over-300000-unaccompanied-immigrant-children/

21. Merrick Garland (In their Individual Capacity)

a. Position: Attorney General, U.S. Department of Justice

b. Contact Information:

U.S. Department of Justice

950 Pennsylvania Avenue NW

Washington, D.C. 20530-0001

Phone: (202) 514-2000

(i)

https://www.politico.com/news/2022/01/05/garland-rebuts-criticism-of-jan-6-probe-526551

(ii)

https://www.lawfaremedia.org/article/the-one-institution-that-checked-trump

22. Kenneth A. Polite Jr. (In their Individual Capacity)

a. Position: Assistant Attorney General for the Criminal Division (oversees the Office of International Affairs)

    b.  Contact Information:

       U.S. Department of Justice

       950 Pennsylvania Avenue NW

       Washington, D.C. 20530-0001

       Phone: (202) 514-2000

(i)

https://www.justice.gov/opa/gallery/assistant-attorney-general-kenneth-polite-jr-delivers-remarks-revisions-criminal

   23.  Alejandro Mayorkas (In their Individual Capacity)

    a.  Position: Secretary, Department of Homeland Security

    b.  Contact Information:

       U.S. Department of Homeland Security

       3801 Nebraska Avenue NW

       Washington, D.C. 20528

       Phone: (202) 282-8000

(i)

https://www.washingtonexaminer.com/policy/immigration/3234289/chip-roy-demands-answers-biden-administration-lost-unaccompanied-migrant-children/

(ii)

https://immigrationimpact.com/2024/09/05/are-32000-unaccompanied-children-missing/

24. Christopher Wray (In their Individual Capacity)

a.  Position: Director, Federal Bureau of Investigation

b.  Contact Information:

Federal Bureau of Investigation

J. Edgar Hoover Building

935 Pennsylvania Avenue NW

Washington, D.C. 20535-0001

Phone: (202) 324-3000

(i)

https://thehill.com/homenews/senate/5000138-senate-democrats-fbi-file-matt-gaetz-sex-trafficking-trump-ag/

(ii)

https://www.nbcwashington.com/news/politics/fbi-director-christopher-wray-preparing-possible-forced-exit-donald-trump/3766209/

(iii)

https://www.mprnews.org/story/2024/08/24/fbi-director-says-america-faces-many-elevated-threats-all-at-once

25. Karen K. Caldwell (In their Individual Capacity)

a.  Position: Chair, Judicial Panel on Multidistrict Litigation

b.  Contact Information:

Judicial Panel on Multidistrict Litigation

U.S. District Court for the Western District of Kentucky

601 W. Broadway, Room 106

Louisville, KY 40202

Phone: (502) 680-1400

(i)

https://casetext.com/case/in-re-seresto-flea-tick-collar-mktgles-practices-prods-liab-litig-2

(ii)

https://caselaw.findlaw.com/court/us-jud-pan-mul-lit/115681422.html

26. Terry Hartle (In their Individual Capacity)

a.  Position: President, American Bar Association

b.  Contact Information:

American Bar Association

321 N. Clark Street

Chicago, IL 60654

Phone: (800) 285-2221

(i)

https://jlc.org/sites/default/files/publication_pdfs/PA%20Assesment%20of%20Access%20to%20Counsel.pdf

(ii)

https://jpo.blogs.american.edu/2019/02/20/modest-reform-how-jjdpa-matters-and-why-it-is-still-
not-enough/

### B. FOR THE STATE OF FLORIDA

27. Florida Department of Health-  1100 Loveland Blvd, Port Charlotte, FL 33980

28. Florida Department of Health Lee County- 3920 Michigan Ave, Fort Myers, FL 33916

29. Florida Health- 4052 Bald Cypress Way Tallahassee, FL 32399

30. County of Lee Corporation

   Address: Lee County Administration, 2115 Second St, Fort Myers, FL 33901

   Phone: (239) 533-2111

31. Circuit Court of Lee County

   Address: Lee County Justice Center, 1700 Monroe St, Fort Myers, FL 33901

   Phone: (239) 533-5000

32. Lee County Clerk of Court Operations

   Address: 1700 Monroe St, Fort Myers, FL 33901

   Phone: (239) 533-5000

33. Homeland Security of Florida

   Address: 245 Murray Lane SW, Washington, D.C. 20528

   Phone: (202) 282-8000

34. Federal Bureau of Investigation (FBI) of Ft. Myers

   Address: 4010 Center Pointe Dr, Suite 300, Fort Myers, FL 33916

   Phone: (239) 334-6001

35. Lee County Internal Affairs Division

   Address: 14750 Six Mile Cypress Parkway, Fort Myers, FL 33912

   Phone: (239) 477-1000

36. The Lee County Sheriff's Department

   Address: 14750 Six Mile Cypress Parkway, Fort Myers, FL 33912

   Phone: (239) 477-1000

37. The Lee County Department of Children and Family Services

   Address: 2295 Victoria Ave, Fort Myers, FL 33901

   Phone: (239) 338-1528

38. Florida Guardian ad Litem Office

   Address: 1700 Monroe St, Fort Myers, FL 33901

   Phone: (239) 533-5141

39. The American Bar Association

   Address: 321 N Clark St, Chicago, IL 60654

   Phone: (800) 285-2221

40. Golisano Children's Hospital of Southwest Florida

   Address: 9981 S HealthPark Dr, Fort Myers, FL 33908

   Phone: (239) 343-5000

41. Johns Hopkins All Children's Hospital- 501 6th Ave S, St. Petersburg, FL 33701

42. The Florida Bar

   Address: 651 E Jefferson St, Tallahassee, FL 32399

   Phone: (850) 561-5600

43. The Florida Attorney General's Office

Address: The Capitol, PL-01, Tallahassee, FL 32399-1050

Phone: (850) 414-3300

44. Humana Medicaid- (Humana Inc.) 500 W Main St. Louisville, KY 40202

45. Carlos G. Muñiz

Title: Chief Justice of the Florida Supreme Court

Address: 500 S Duval St, Tallahassee, FL 32399

Phone: (850) 488-0125

46. Ron DeSantis

Title: Governor of Florida

Address: Office of Governor Ron DeSantis, 400 S Monroe St, Tallahassee, FL

32399-0001

Phone: (850) 717-9337

47. Gilberto Perez

Title: Judge

Address: Lee County Justice Center, 1700 Monroe St, Fort Myers, FL 33901

Phone: (239) 533-2600

Email: HHarris@CA.CJIS20.ORG

48. Amanda Giavonette

Title: Case Manager

Address: Lee County Justice Center, 1700 Monroe St, Fort Myers, FL 33901

49. Dr. Patricia Blanco

Title: Pediatrician

Address 1: 5881 Rand Blvd, Sarasota, FL 34238

Phone: (941) 925-6323

Address 2: 2295 Victoria Ave, Fort Myers, FL 33901

Phone: (239) 338-1528

50. Brienne Johnson

Title: RN

Address: 2295 Victoria Ave, Fort Myers, FL 33901

Phone: (239) 691-8180

51. Sherrie Howell

Title: Social Worker

Address: 2295 Victoria Ave, Fort Myers, FL 33901

Phone: (239) 728-1420

52. Tema Salvetti

Address: 2295 Victoria Ave, Fort Myers, FL 33901

Phone: (239) 202-7420

53. Tina Cordell

Title: Early Steps Rep.

Address: 2295 Victoria Ave, Fort Myers, FL 33901

Phone: Not provided

54. Jan Widmer

Title: Children & Families/CBC Agency Rep.

Address: 2295 Victoria Ave, Fort Myers, FL 33901

Phone: (239) 425-6330

55. Laurie Jones

Title: RN

Address: 2295 Victoria Ave, Fort Myers, FL 33901

Phone: (239) 810-1790

56. Christine Thornbloom

Title: Social Worker

Address: 2295 Victoria Ave, Fort Myers, FL 33901

Phone: (941) 993-3661

57. Holly Rodriguez

Title: Circuit Director of Florida GAL Office

Address: 1700 Monroe St, Fort Myers, FL 33901

Phone: (239) 533-5437

Email: Holly.Rodriguezl@gal.fl.gov

58. Brenda Jones (Golisano LPG Pediatrics)  Address: 9981 S HealthPark Dr, Fort Myers, FL

33908

Phone: (239) 343-9888

59.  Deon Lamar Fletcher Jr.

Address: 3781 Belmont St, Apt A, Fort Myers, FL 33916

Phone: (239) 201-9261 (Home/Mobile)

60. Pierre Loredo, M.D.

Address: 4751 S. Cleveland Ave, Fort Myers, FL 33907

Phone: (239) 343-9888 (Office)

61. Rolando Gonzalez (Pediatric Behavioral Health)

Address: 15901 Bass Rd Suite 108, Fort Myers, FL 33908

Phone: 239-343- 6050

62. Piedade P. Oliveira-Silva, M.D.

    Address: 4751 S. Cleveland Ave, Fort Myers, FL 33907

    Phone: (239) 343-9888 (Office)

63. Jeremy Rodriguez- Suwannee Correctional Institution Annex

    Address: 5964 US-90, Live Oak, FL 32060 (Incarcerated)

64. Amy Mangrum

    Address: 1100 NW 9 Pl, Cape Coral, FL

    Phone: (239) 204-0363

65. Abigail Parsons

    Florida Bar No.: 1028021

    Primary Email: C20.LEE.CLS.Eservice@myflfamilies.com

    Secondary Email: abigail.parsons@myflfamilies.com

    Phone: (239) 895-0217

    Address: Post Office Box 60085, Fort Myers, Florida 33906-6085

66. Sharon Shear, RN- Address: 500 W Main St. Louisville, KY 40202 Phone: (813)
    392-5353

67. Susan Stroup- 501 6th Ave S, St. Petersburg, FL 33701

    Phone: (727) 767-4733

68. Captain Todd Olmer- 14750 Six Mile Cypress Parkway Fort Myers, FL 33912

69. Mary Townsend (DCF Supervisor)- 2295 Victoria Ave, Fort Myers, FL 33901

    Phone: (239) 707-9499

70. Bruce Kyle-  Lee County Justice Center, 1700 Monroe St, Fort Myers, FL 33901

Phone: (239) 533-2600

71. Rose Lee- 2101 McGregor Blvd Ste 201, Fort Myers, FL 33901

72. Alisbeth Nelson- 2403 Del Prado Blvd S. 3rd Floor Cape Coral FL. 33904

73. Abigail Parsons (An Individual) atty 2295 Victoria Ave, Fort Myers, FL 33901-3884,

Phone: 239-895-0217, Email: abigail.parsons@myflfamilies.com

74. Brittany Patterson (An Individual) DCF 2295 Victoria Ave, Room 162 Fort Myers, FL

33901, Phone: 1-866-762-2237

75. Shahzaib Mirza doctor 19910 S Tamiami Trail, Suite C Estero, FL 33928

76. Christopher Inglese doctor JH ACC, 501 6th Avenue S, Saint Petersburg, FL 33701

77. Luis Rodriguez doctor FDH LCH Pediatrics PC - Harbor, 2525 Harbor Blvd, Port

Charlotte, FL 33952

78. Dr Jean-Baptiste doctor FDH 4052 Bald Cypress Way Tallahassee, FL 32399 Phone:

(850) 245-4444

79.  Basith doctor FDH 4052 Bald Cypress Way Tallahassee, FL 32399 Phone: (850)

245-4444

80.  Marin doctor 4052 Bald Cypress Way Tallahassee, FL 32399 Phone: (850) 245-4444

81. Bascon Palmer doctor FDH 900 NW 17th St, Miami, FL 33136

82. Harvey E. Schlesinger- Court: United States District Court for the Middle District of

Florida Address: 300 N. Hogan St., Suite 11-150, Jacksonville, FL 32202

83. Timothy J. Corrigan- - Court: United States District Court for the Middle District of

Florida, Address 2110 First Street, Fort Myers, FL 33901.

84. Patricia D. Barksdale- Court: United States District Court for the Middle District of
Florida, Address 2110 First Street, Fort Myers, FL 33901.

85. Sheri Polster Chappell- Court: United States District Court for the Middle District of
Florida Address: 2110 First St., Fort Myers, FL 33901

86. Kyle C. Dudek- Court: United States District Court for the Middle District of Florida
Address: 2110 First St., Fort Myers, FL 33901

87. John L. Badalamenti- Court: United States District Court for the Middle District of
Florida Address: 2110 First St., Fort Myers, FL 33901

88. Nicholas P. Mizell- United States District Court for the Middle District of Florida
Address: 2110 First St., Fort Myers, FL 33901

## C.  FOR THE STATE OF ARIZONA

89. Arizona Administrative Office of the Courts

- Address: 1501 W Washington St, Suite 221, Phoenix, AZ 85007

- Phone: (602) 452-3396

- Website: azcourts.gov

90. Pima County Government

- Address: 130 W Congress St, Tucson, AZ 85701

- Phone: (520) 724-8449

- Website: pima.gov

91. Pima County Superior Court

- Address: 110 W Congress St, Tucson, AZ 85701

- Phone: (520) 724-4200

- Website: sc.pima.gov

92. State Bar of Arizona

- Address: 4201 N 24th St, Suite 100, Phoenix, AZ 85016

- Phone: (602) 252-4804

- Website: azbar.org

93. American Bar Association

- Address: 321 N Clark St, Chicago, IL 60654

- Phone: (800) 285-2221

- Website: americanbar.org

94. Pima County Juvenile Court- 2225 E Ajo Way, Tucson, AZ 85713

95. Pima County Clerk of the Superior Court

- Address: 110 W Congress St, Tucson, AZ 85701

- Phone: (520) 724-3171

- Website: pimacountyaz.gov

96. Arizona Department of Homeland Security

- Address: 1110 W Washington St, Suite 100, Phoenix, AZ 85007

- Phone: (602) 542-7000

- Website: azdohs.gov

97. FBI Phoenix Field Office

- Address: 2011 N 7th Ave, Phoenix, AZ 85007

- Phone: (623) 466-1999

- Website: fbi.gov

98. Tucson Police Department Internal Affairs

- Address: 270 S Stone Ave, Tucson, AZ 85701

- Phone: (520) 791-4455

- Website: tucsonaz.gov

99. Peoria Police Department - 8351 W Cinnabar Ave, Peoria, AZ 85345

100.    Arizona Attorney General's Office

- Address: 2005 N Central Ave, Phoenix, AZ 85004

- Phone: (602) 542-5025

- Website: azag.gov

101.    Superior Court of Arizona in Maricopa County- 201 W Jefferson St, Phoenix, AZ 85003 (i)

https://www.azfamily.com/2022/11/24/18-month-old-boy-found-safe-tucson-after-being-kidnapped-parents-arrested/?outputType=amp (ii)

https://www.kvoa.com/news/local/missing-child-from-peoria-located-in-tucson-two-people-arrested/article_497b99f2-6c3f-11ed-ab64-2747cf144d3e.html (iii)

https://www.fox10phoenix.com/news/child-kidnapped-by-non-custodial-parent-found-safe-peoria-pd-says.amp (iv)

https://www.azfamily.com/2022/11/22/father-involved-kidnapping-peoria-toddler-who-was-taken-by-mother-police-say/?outputType=amp (v)

https://www.abc15.com/news/region-west-valley/peoria/peoria-pd-searching-for-toddler-kidnapped-by-non-custodial-parent (vi)

https://www.kgun9.com/news/local-news/abducted-child-found-in-tucson-arrests-made (vii)

https://www.abc15.com/news/region-west-valley/peoria/peoria-pd-searching-for-toddler-

kidnapped-by-non-custodial-parent

102.    Pima County Sheriff's Department

- Address: 1750 E Benson Hwy, Tucson, AZ 85714

- Phone: (520) 351-4600

- Website: pcsd.pima.gov

103.    Arizona Department of Economic Security

- Address: 1789 W Jefferson St, Phoenix, AZ 85007

- Phone: (602) 542-9935

- Website: des.az.gov

104.    Arizona Department of Child Safety

- Address: 1789 W Jefferson St, Phoenix, AZ 85007

- Phone: (602) 255-2500

- Website: dcs.az.gov

105.    Arizona Office of the Public Advocate

- Address: 1535 W Jefferson St, Phoenix, AZ 85007

- Phone: (602) 542-2504

- Website: azag.gov

106.    Arizona Department of Health Services

107.    Sunshine Residential Homes- 17201 N 63rd Avenue, Glendale, Arizona 85308, (623)

842-4323 (i) https://youtu.be/Cjq2_1TlsDo (ii)

https://arizonadailyindependent.com/2024/06/07/investigations-into-allegations-of-hobbs

-pay-to-play-scheme-with-group-home-underway/ (iii)

https://prescottenews.com/2024/06/08/investigation-underway-in-hobbs-group-home-sca

ndal-the-center-square/

- Address: 150 N 18th Ave, Phoenix, AZ 85007

- Phone: (602) 542-1025

- Website: azdhs.gov

108.    Pima County Health Department

- Address: 3950 S Country Club Rd, Tucson, AZ 85714

- Phone: (520) 724-7770

- Website: pima.gov

109.    Katie Hobbs

- Title: Governor of Arizona

- Address: 1700 W Washington St, Phoenix, AZ 85007

- Phone: (602) 542-4331

- Website: az.gov

110.    Ann A. Scott Timmer

- Title: Justice, Arizona Supreme Court

- Address: 1501 W Washington St, Phoenix, AZ 85007

- Phone: (602) 542-1030

- Website: courts.az.gov

111.    RISING YOUTH PARENT AID SERVICES (Non-Governmental Organization)

- Address: [Awaiting Discovery Phase]

112.    Kenneth Skiff (Individual)

- Address: 7000 N 16th St Ste 120 448, Phoenix, AZ 85020-5506

113.    Judge Jackie Ireland (Individual, Commissioner, Maricopa County Superior Court)

- Address: 601 W Jackson St, Phoenix, AZ 85003

- Phone: (602) 506-0428

- Fax: (602) 372-8598

114.    Ronda Christephore (Individual, Investigator)

- Address: [Awaiting Discovery Phase]

115.    Kristin Culbertson (Individual, Judge, Maricopa County Superior Court)

- Address: 601 W Jackson St, Phoenix, AZ 85003

- Phone: (602) 372-4762

- Fax: (602) 372-8654

116.    Mark Brnovich (Individual, Arizona Attorney General)

- Address: 2005 N Central Ave, Phoenix, AZ 85004

- Phone: (602) 542-4266

117.    Matthew Lara (Individual, Guardian ad Litem)

- Address: 1635 N Greenfield Rd #109, Mesa, AZ 85205

- Phone: (480) 648-4170

118.    Velora Vincent (Individual, Case Worker DCS)

- Address: 1789 W Jefferson St, Phoenix, AZ 85007

- Phone: (602) 255-2500

- Website: dcs.az.gov

119.    Mike Faust (Individual, Head of AZ DCS)

- Address: 1789 W Jefferson St, Phoenix, AZ 85007

- Phone: (602) 542-0628

120.    Doug Ducey (Individual, Former Governor of Arizona)

- Address: 1700 W Washington St, Phoenix, AZ 85007

- Phone: (602) 542-4331

121.   Abbey Johnson (Individual, DCS Supervisor)

- Address: 1789 W Jefferson St, Phoenix, AZ 85007

- Phone: (602) 255-2500

- Website: dcs.az.gov

122.   Kathleen Martoncik (Individual, Assistant Attorney General)

- Address: 2005 N Central Ave, Phoenix, AZ 85004

- Phone: (602) 542-4266

123.   Erin Burke Hawkinson (Individual, Assistant Attorney General)

- Address: 2005 N Central Ave, Phoenix, AZ 85004

- Phone: (602) 542-4266

124.   Reyna Hernandez (Individual, DCS Supervisor)

- Address: 1789 W Jefferson St, Phoenix, AZ 85007

- Phone: (602) 255-2500

- Website: dcs.az.gov

125.   Marsha Garrett Mhuto (Individual, DCS Caseworker)

- Address: 1789 W Jefferson St, Phoenix, AZ 85007

- Phone: (602) 255-2500

- Website: dcs.az.gov

126.   Danny Abril (Individual, Guardian ad Litem)

- Address: 5143 W Boston Way Chandler, AZ, 85226

127.   Michael Boyd (Individual, Assistant Attorney General)

- Address: 2005 N Central Ave, Phoenix, AZ 85004

- Phone: (602) 542-4266

128.   Jeremy Welsh (Individual, Foster Placement)

- Address: [Awaiting Discovery Phase]

129.   Jessica Welsh (Individual, Foster Placement)

- Address: [Awaiting Discovery Phase]

130.   Heath Robson (Individual)

- Address: [Awaiting Discovery Phase]

131.   Terros (Non-Governmental Organization)

- Address: 3800 N Central Ave, Suite 100, Phoenix, AZ 85012

- Phone: (602) 685-6000

132.   Mesa Juvenile Court (Municipal Entity)

- Address: 222 E 1st Ave, Mesa, AZ 85210

- Phone: (480) 644-4250

133.   Glendale Police Department (Municipal Entity)

- Address: 6841 N 57th Ave, Glendale, AZ 85301

- Phone: (623) 930-3000

134.   Phoenix Police Department (Municipal Entity)

- Address: 620 W Washington St, Phoenix, AZ 85003

- Phone: (602) 262-6151

135.   Peoria Police Department (Municipal Entity)

- Address: 8351 W Cinnabar Ave, Peoria, AZ 85345

- Phone: (623) 773-8311

136.    Charles Young- DCS Specialist, Arizona Department of Child Safety, 2750 S. 4th
Ave., Tucson, AZ 85713

137.    Brad Armstrong- Attorney, 405 W Franklin St, Tucson, AZ 85701

138.    Michael Butler- Judge, Pima County Juvenile Court,  2225 E Ajo Way, Tucson, AZ
85713

139.    Arizona Department of Corrections - Southern Region Community Corrections
Center, 1275 W Starr Pass Blvd, Tucson, AZ 85713

140.    Ms. Sigyn S. Halverstedt (An Individual) Assistant Attorney General Child and
Family Protection Division- 4211 S Santa Rita Ave, Tucson, AZ 85714

141.     Shanda Martson, BS Program Manager, Cell 602-291-3386, Office 623-842-4323,
Fax 623-842-4349, Website: SunshineResidentialHomes.com, Address 17201 N. 63rd
Ave, Glendale, AZ 85308

142.    Richter- Probation Officer- 1275 W Starr Pass Blvd, Tucson, AZ 85713

143.    Abreva Arrowhead Hospital (Municipal Entity)

- Address: 18701 N 67th Ave, Glendale, AZ 85308

- Phone: (623) 561-1000

## D.  FOR THE STATE OF ILLINOIS

144.    Illinois Department of Children and Family Services (DCFS)

- Address: 406 E. Monroe Street, Springfield, IL 62701

- Phone: (800) 232-3798

145.    Luke Thompson- (DCFS Caseworker), Address: 406 E. Monroe Street, Springfield,
IL 62701, Phone: (800) 232-3798

146.    Allendria Benson (DCFS Supervisor)

- Address:  406 E. Monroe Street, Springfield, IL 62701, Phone: (800) 232-3798

- Cole Hildebrand- (Assistant State's Attorney), Address: Clay County State's Attorney's Office, 825 Franklin St, Louisville, IL 62858, Phone: (618) 665-2213

147.    Mary Beth Welch Collins (Public Defender)

- Address: Clay County Public Defender's Office, 825 Franklin St, Louisville, IL 62858

- Phone: (618) 665-2570

148.    Carle Physician Group

- Address: 4001 N. Illinois St., Suite 200, Swansea, IL 62226

- Phone: (217) 383-3311

149.    Dr. Catherine Keller (Attending Physician)

- Address: Carle Richland Memorial Hospital, 1200 N. Main St., Olney, IL 62450

- Phone: (618) 395-2121

150.    Seth Elliott (Police Officer)

- Address: Olney Police Department, 300 S. Whittle Ave, Olney, IL 62450

- Phone: (618) 392-6800

151.    Carle Richland Memorial Hospital

- Address: 1200 N. Main St., Olney, IL 62450

- Phone: (618) 395-2121

152.    Fourth Judicial Circuit Court of Illinois

- Address: 825 Franklin St, Louisville, IL 62858 (Clay County Courthouse)

- Phone: (618) 665-2213 (Clay County Circuit Clerk)

153.    Olney Police Department- Address: 300 S. Whittle Ave, Olney, IL 62450 Phone: (618) 392-6800

154.    Richard J. Daley Center- 50 W. Washington St. Chicago, Illinois 60602 Main (312)
603-3897

155.    William Boyd (An Individual) judge 50 W. Washington St. Chicago, Illinois 60602
Main (312) 603-4836 ccc.domrelcr1605@cookcountyil.gov

156.    Renee Goldfarb (An Individual) judge 50 W. Washington St. Chicago, Illinois 60602
Main (312) 603-3897 ccc.domrelcr2805@cookcountyil.gov

157.    Gregory Ahern (An Individual) judge 50 W. Washington St.Chicago, Illinois 60602
Main (312) 603-4808 ccc.domrelcr1508@cookcountyil.gov

158.    Judge Rossana Fernandez (An Individual) judge 50 W. Washington St. Chicago,
Illinois 60602 Main (312) 603-4726 ccc.domrelcr3005@cookcountyil.gov

159.    William Yu (An Individual) judge  50 W. Washington St. Chicago, Illinois 60602
Main (312) 603-4726 ccc.domrelcr3005@cookcountyil.gov

160.    Regina Scannicchio (An Individual) judge 50 W. Washington St. Chicago, Illinois
60602 Phone (312) 603-3025 ccc.domrelcr1905@cookcountyil.gov

161.    Beermann LLP (A Corporation) 2275 Half Day Rd., Suite 350 | Bannockburn, IL
60015 Tel: 847.681.9600 | Fax: 847.681.0909

162.     Karen Paige (An Individual) atty 2275 Half Day Rd., Suite 350 | Bannockburn, IL
60015 Tel: 847.681.9600 | Fax: 847.681.0909

163.    Candace Meyers (An Individual) atty 2275 Half Day Rd., Suite 350 | Bannockburn,
IL 60015 Tel: 847.681.9600 | Fax: 847.681.0909

164.    Enrico Mirabelli (An Individual) atty 2275 Half Day Rd., Suite 350 | Bannockburn,
IL 60015 Tel: 847.681.9600 | Fax: 847.681.0909

165.    Matthew Elster (An Individual) atty 2275 Half Day Rd., Suite 350 | Bannockburn, IL 60015 Tel: 847.681.9600 | Fax: 847.681.0909

166.    Jane Girard (An Individual) ex wife 90 Linden Ave Glencoe, IL 60022 847-372-6736

167.    Joel Levin (An Individual) Child Representative 685 S Eaton Ct, Lake Forest, IL 60045

168.    Vanessa Hammer (An Individual) GAL 689 Main St, Glen Ellyn, IL 60137

169.    Gwenn Waldman (An Individual) Reunification Therapist 1207 Greenleaf Street, Evanston, IL 60202

Phylis Amabile (An Individual) MD - 604 evaluator 346 Lagoon Drive, Northfield, IL 60093

## E. <u>FOR THE STATE OF CALIFORNIA</u>

170.    San Bernardino County Superior Court – Victorville District, Address: 14455 Civic Drive, Victorville, CA 92392, Phone: (760) 245-6215.

171.    Judge Steve Mapes- Address: 14455 Civic Drive, Victorville, CA 92392, Phone: (760) 245-6215.

172.    San Bernardino Juvenile Court- 900 E Gilbert St, San Bernardino, CA 92415, (909) 269-8840.

173.    San Bernardino County Department of Children and Family Services- Address: 150 South Lena Road, San Bernardino, CA 92415, Phone: (909) 388-1900.

174.    Laura Lee- - Address: 150 South Lena Road, San Bernardino, CA 92415, Phone: (909) 388-1900.

175.    Gerald Stone- Address: 150 South Lena Road, San Bernardino, CA 92415, Phone: (909) 388-1900.

176.    Myra Gaona- Address: 150 South Lena Road, San Bernardino, CA 92415, Phone:

(909) 388-1900.

177.    Nicholas Hollis- Address: 150 South Lena Road, San Bernardino, CA 92415, Phone:

(909) 388-1900.

178.    Tiyana Benitez- Address: 150 South Lena Road, San Bernardino, CA 92415, Phone:

(909) 388-1900.

179.    Tiffanie Mailey- Address: 150 South Lena Road, San Bernardino, CA 92415, Phone:

(909) 388-1900.

180.    MCM Law Group- 206 W 4th St Suite: 437, Santa Ana, CA 92701, (657) 600-4545

181.    Cesar Montoya- 206 W 4th St Suite: 437, Santa Ana, CA 92701, (657) 600-4545

182.    Giovanna Janae Aguirre- 206 W 4th St Suite: 437, Santa Ana, CA 92701, (657)

600-4545

183.    Arthur La Cliento- 801 E Chapman Ave #211, Fullerton, CA 92831, (714) 526-0450.

184.    Lakeshia Adeniyi-Dorsey- 18650 Macarthur Blvd, Ste 300, Irvine, CA 92612,

949-209-5033.

185.    Mónica Ramírez Almadani- Court: United States District Court for the Central

District of California Address: U.S. Courthouse, 350 W. First Street, Courtroom 10B, Los

Angeles, CA 90012

F. <u>FOR THE STATE OF KENTUCKY</u>

186.    Hardin County Justice Center – 120 E. Dixie Ave, Elizabethtown, Kentucky 42701

187.    9th Judicial Circuit Court Division – 120 E. Dixie Ave, Elizabethtown, Kentucky

42701

188.    Dawn Lonneman Blair (Judge) – 120 E. Dixie Ave, Elizabethtown, Kentucky 42701

189. Hardin County Clerk's Office – 150 N Provident Way Unit 103, Elizabethtown, Kentucky 42701

190. Deanna Simcoe (Lead Clerk of Court) – 150 N Provident Way Unit 103, Elizabethtown, Kentucky 42701

191. Hardin County Government – 117 North Main Street, Elizabethtown, Kentucky 42701

192. Alison B. Tefft (Prosecutor) – 117 North Main Street, Elizabethtown, Kentucky 42701

193. CHFS Office of Legal Services – 908 West Broadway Unit 9E, Louisville, Kentucky 40203

194. Jennifer Ellen Clay (Attorney) – 908 West Broadway Unit 9E, Louisville, Kentucky 40203

195. Adkins Ferrell (Atty at Law) – 312 N Mulberry St., Suite 6, Elizabethtown, Kentucky 42701

196. Ferrell Adkins (Guardian Ad Litem) – 312 N Mulberry St., Suite 6, Elizabethtown, Kentucky 42701

197. Miller & Durham – 107 E. Dixie Ave, Elizabethtown, Kentucky 42701

198. Matthew Durham (Attorney) – 107 E. Dixie Ave, Elizabethtown, Kentucky 42701

199. Dowan Law Offices – 108 E. Dixie Ave, Elizabethtown, Kentucky 42701

200. Leeanna Dowan (Attorney) – 108 E. Dixie Ave, Elizabethtown, Kentucky 42701

201. Kelsey Stout (Clinical Psychologist) – 1020 E. Broadway, Louisville, Kentucky 40204

202. Vine Grove City Hall Police – 640 Highland Ave, Vine Grove, Kentucky 40175

203. Vic Williams (Lieutenant) – 640 Highland Ave, Vine Grove, Kentucky 40175

204. Glenn Freeman (Officer) – 640 Highland Ave, Vine Grove, Kentucky 40175

205. CASA of Heartland – 580 Westport Road, Elizabethtown, Kentucky 42701

206. Rene Dennison (Case Worker) – 580 Westport Road, Elizabethtown, Kentucky 42701

207. Amy Hollingswork (Advocate) – 580 Westport Road, Elizabethtown, Kentucky 42701

208. Child Protective Services – 916 North Mulberry Street, Elizabethtown, Kentucky 40271

209. Keyma Jones (Service Worker) – 916 North Mulberry Street, Elizabethtown, Kentucky 40271

210. Cara Maner (Service Worker) – 916 North Mulberry Street, Elizabethtown, Kentucky 40271

211. Valerie Anderson (Director) – 916 North Mulberry Street, Elizabethtown, Kentucky 40271

212. Ashley Handley (Service Worker) – 916 North Mulberry Street, Elizabethtown, Kentucky 40271

213. Sarah Tyler (Service Worker) – 916 North Mulberry Street, Elizabethtown, Kentucky 40271

214. Cabinet for Families/Children – 105 Howard Street, Hodgenville, Kentucky 42748

215. Carolyn Overall Miller (Director) – 105 Howard Street, Hodgenville, Kentucky 42748

216. Clint William Jeffries (Supervisor) – 105 Howard Street, Hodgenville, Kentucky 42748

217.    Korri Perry (Service Worker) – 105 Howard Street, Hodgenville, Kentucky 42748

218.    Hardin County Attorney's Office – 117 North Main, Elizabethtown, Kentucky 42701

219.    Judicial Conduct Commission – P.O. Box 4266, Frankfort, Kentucky 40604

220.    Kentucky Bar Association – 514 West Main Street, Frankfort, Kentucky 40601

221.    Kentucky State Board Psychology – P.O. Box 1360, Frankfort, Kentucky 40602

222.    Michael Gene Adams – 700 Capital Ave, Frankfort, Kentucky 40601

223.    Internal Revenue Service Department of Treasury – P.O. Box 480, Holtsville, New York 11742

224.    Internal Revenue Service – P.O. Box 3801, Ogden, Utah 84409

225.    Angela Shouse (Commonwealth Office of the Ombudsman) – 209 St. Claire Street, Frankfort, Kentucky 40601

## G.  FOR THE STATE OF MISSOURI

226.    Federal Bureau of Investigation (FBI of STL), (314) 589-2500, 2222 Market St, St. Louis, MO 63103, stlouis@fbi.gov (Defendant)

227.    The Bar Association of Metropolitan St. Louis- 319 N 4th St Suite 100, St. Louis, MO 63102, (314) 421-4134  (Defendant)

228.    Internal Affairs Division- 1915 Olive Blvd. St. Louis, Missouri 63103, Office (314) 444-5405, Fax (314) 444-5711 (Defendant)

229.    Attorney General's Office- 815 Olive St, St. Louis, MO 63101, (314) 340-6815 (Defendant)

230.    DCFS Crawford County- Amanda Norris, Social Worker, 573- 899-6190, 272 Cushing Rd. PO Box 310 Steelville, MO 65565, 573-899- 6110  (Defendant)

231.    Sullivan Police Department- Jorden Berti, Administrative Assistant, 106 Progress Dr,

Sullivan, MO 63080, spdclerk@sullivan.mo.us , 573-468-8001 (Defendant)

232.    Missouri Department of Social Services Children's Division (County of Saint Louis)-

4316 LINDELL BLVD. SAINT LOUIS, MO. 63108 (Defendant)

233.    Mary R. Russell- 207 W. High St. Jefferson City, MO. 65101, 573- 751- 4144

(Defendant)

234.    Judge John R. Lasater- Bar Number 38905, 21st Judicial Court, Saint Louis County

Family Court, 105 S Central Ave. Clayton, MO 63105, Division 15,

John.Lasater@courts.mo.gov (Defendant)

235.    Judge Mary E. Ott- 21st Judicial Court, Saint Louis County Family Court, 105 S

Central Ave. Clayton, MO 63105, Division 7 (Defendant)

236.    Judge Scott Bernstein- 42nd Circuit Court in Crawford County, Missouri (Defendant)

237.    Judge Robert M. Heggie- 21st Judicial Court, Saint Louis County Family Court,105 S

Central Ave. Clayton, MO 63105, Division 42  (Defendant)

238.    Laura Roy- Clerk of Court, Missouri Court of Appeals Eastern District, One Post

Office Square, 815 Olive St. #304, St. Louis, MO 63101 (Defendant)

239.    Kurt S. Odenwald- Appeals Court Judge, Division 2, Missouri Court of Appeals

Eastern District, One Post Office Square, 815 Olive St. #304, St. Louis, MO 63101

(Defendant)

240.    Michael E. Gardner- Appeals Court Judge, Division 2, Missouri Court of Appeals

Eastern District, One Post Office Square, 815 Olive St. #304, St. Louis, MO 63101

(Defendant)

241.    Renee Hardin- Tammons- Appeals Court Judge, Division 2, Missouri Court of
Appeals Eastern District, One Post Office Square, 815 Olive St. #304, St. Louis, MO
63101  (Defendant)

242.    Domestic Relations Department of Saint Louis County- 105 S Central Ave. Clayton,
MO 63105 (Defendant)

243.    Kelly Landre- Wright - FC Deputy Juvenile Officer,
kelly.landre-wright@courts.mo.gov, 314-615-8072,
https://www.linkedin.com/in/kelly-wright-11225460, 105 S Central Ave. Clayton, MO
63105 (Defendant)

244.     Olainki Spraggins- DRS Project Coordinator, 314-615-0369, 105 S Central Ave.
Clayton, MO 63105,
https://www.linkedin.com/in/olainki-spraggins-msw-b528277?original_referer=https%3A
%2F%2Fwww.google.com%2F  (Defendant)

245.    Gina Dean and Duwain Dean- 2743 Camp Mo- Val Rd. Union MO. 63084, Former
Address; 2 JennyCliffe Ln. Chesterfield MO. 63005, 314-368-9916 (Defendant(s))

246.    Brian Wach, "Government"- 1035 White Hawk Dr. Cuba, MO. 65453, Number
Unlisted, https://www.linkedin.com/in/brian-wach-85355a87  (Defendant)

247.    Betty Jene Hansmann (Paternal Grandmother of Claimant's Offspring)-  2220 Silver
Lake Estates Dr. Pacific, MO, 63069, 314-616-5915, closerdocs@yahoo.com
(Defendant)

248.     Justin Wach- 114 South Rolla St. Rolla, MO. 65401. 314- 437- 4492,
justindwach@gmail.com (Defendant)

249.    Gabby Olejnik- Tampered Witness, Personal Information Redacted (Defendant)

250. Cortnie Hulett- Tampered Witness, Personal Information Redacted (Defendant)

251. William Gregory- Tampered Witness, Personal Information Redacted (Defendant)

252. Troy Korte- Tampered Witness, Personal Information Redacted (Defendant)

253. Beth Lewandowski- Bar Number 42391, Guardian Ad Litem (G.A.L.) Divorce

lawyer, 2010 S Big Bend Blvd, Richmond Heights, MO 63117, (314) 540-1018,

lewandowski.beth@gmail.com (Defendant)

254. John Fenley- Bar Number 63810, R.H.F. Legal- 2016 S Big Bend Blvd, St. Louis,

MO 63117, (314) 333-4140, john@rhflegal.com, https://rhflegal.com/ (Defendant)

255. Jacqueline Matreci- Bar Number 63063, 120 South Central Ave. Suite 450, Clayton,

MO 63105, (314) 963-4700, JAMatreci@lsem.org (Defendant)

256. Laura Stobie- Bar Number 62154, Associate Attorney at Mccarthy, Leonard &

Kaemmerer, 825 Maryville Centre Dr #300 Chesterfield, MO 63017, 314.392.5200 Ext

1163, lstobie@mlklaw.com, Stobie Family Law Group, LLC. P.O. Box 6280

Chesterfield, MO. 63006, (314) 549-7857, laura@stobiefamilylawgroup.com,

http://www.mlklaw.com,

https://data-lead.com/company/name/Mc+Carthy+Leonard+%26+Kaemmerer/id/120606

3/v/96a8904d (Defendant)

257. Sarah Melz- Bar Number 67346,

https://data-lead.com/person/name/Sarah+Melz/id/37496076/v/52340 (Defendant)

258. Jacquelyn Gonz- Bar Number 40341, 21450 MO-32 Suite B, Ste. Genevieve, MO

63670, 314-287-5959, Jackiegonzlawyer@outlook.com (Defendant)

259. Kelly Chevalier- Bar Number 57068, 7710 Carondelet Ave UNIT 404, St. Louis, MO

63105,  (314) 249-5936, kellychevalier64@email.com (Defendant)

260.    James N. Fendelman- Bar Number 63132, 9666 Olive Blvd Ste 690, St. Louis, MO

63132, (314) 725-9790, jfendelman@fptlaw.com (Defendant)

261.    Dr. Christopher Parks- Oral Surgeon, Sullivan Affordable Dentures and Implants, 400

Cumberland Way Suite A, Sullivan, MO 63080, (573) 468-7556  (Defendant)

262.    Dr. Mina Charepoo- Psychiatrist, BJC, CAMPUS BOX 8134 DEPARTMENT OF

PSYCHIATRY, 660 S Euclid Ave, St. Louis, MO 631101010 - (314) 286-0200,

(Defendant)

263.    Dr. Lebowitz- Psychiatrist, BJC, CAMPUS BOX 8134 DEPARTMENT OF

PSYCHIATRY, 660 S Euclid Ave, St. Louis, MO 631101010 - (314) 286-0200

(Defendant)

264.    Dr. Susan Sanderson- Psychologist, Family Life Counseling- 4142 Keaton Crossing

Blvd #101, O'Fallon, MO 63368,  (636) 300-8971 (Defendant)

265.    Jodie Hodge- Supervisor, Every Child's Hope- 8240 St.Charles Rock Rd. St.louis,

MO 63114, (314) 427-3755 (Defendant)

266.    Tina Nugent- Bringing Families Together, 7151 N Lindbergh Blvd. Hazelwood MO.

(314) 731-3969 (Defendant)

267.    Lutricia Allen- Supervisor, Bringing Families Together- 7151 N Lindbergh Blvd.

Hazelwood MO. (314)731-3969 (Defendant)

268.    Bill Grant- Divorce Lawyer 7733 Forsyth Blvd. Suite 1850 St.louis MO. 63105 (314)

721-6677 (Defendant)

269.    Crista Beracha- Guardian Ad Litem- PO. Box 440364, 2004 Parkridge Ave. St.louis

MO. 63144, (314)963-4439 (Defendant)

270.    Jennifer Hoffman- Family law Attorney, 120 S central Ave. St.louis MO. 63105,

(314) 721-7778 (Defendant)

271.    Bridgett Kastner- 5822 Walsh St. St.louis, MO. 63109-3120, (314) 524-6953
(Defendant)

272.    Good Shepherd- 1340 Partridge Ave. St.louis, MO. 63130, (314) 854-5700
(Defendant)

273.    Teresa Langford- 4316 Lindell Blvd. St.louis, MO. 63108, (314) 531-3183
(Defendant)

274.    Patricia Seidel- DJO, 105 S Central Ave. Clayton MO. 63105, (314) 615-4400
(Defendant)

275.    Tiffany Hytrek- Family Law Attorney, Family Law Partners- 699 A trade Center
Blvd. Chesterfield MO. 63005, (636) 778-3400 (Defendant)

276.    Ann Pendegrass- Jewish Family Services, 10950 Schuetz Rd St.Louis MO. 63146,
(314) 812-9381 (Defendant)

277.    Colby T. Newborn- 3776 Hwy 51 North Arcedelphia, AR. 71923, (501) 229-3973
(Defendant)

278.    Armand Wilson- 5864 Enright Blvd. St. Louis MO. 63112 (Defendant)

279.    Briana Williams- 622 Dover Place Saint Louis MO. 63111,
brianawilliams0815@gmail.com (Defendant)

280.    Brenton Williams- 622 Dover Place Saint Louis MO. 63111,
brentonwilliams2296@gmail.com (Defendant)

281.    Jamie Lynn Emahiser- 699A Trade Center Blvd, Chesterfield, MO. 63005, (636)
778-3400 (Defendant)

282.   Ryley Hamilton- 699A Trade Center Blvd, Chesterfield, MO. 6300, (636) 742-1418
(Defendant)

283.   Mayra Flesner- 820 SOUTH MAIN ST. STE 200 ST. CHARLES, MO 63301, (636)
442-4529 (Defendant)

284.   Ericka Wentzel- Flesner Wentzel Family Law,  820 S Main St #200, St Charles, MO.
63301, (636) 452-4529 (Defendant)

285.   Alejandro A. Sigala- 1902 STRAWBERRY RIDGE DR BALLWIN, MO 63021
(Defendant)

286.   Alicia Sigala- 1902 STRAWBERRY RIDGE DR BALLWIN, MO 63021 (Defendant)

287.   George Edward Tillman- 814 1st Capitol Drive Saint Charles, MO. 63301, (636)
373-8606, george@georgetillman.com (Defendant)

288.   Kimberly Jean Coleman- 8112 MARYLAND AVENUE SUITE 400 CLAYTON, MO
63105 (Defendant)

289.   Matthew Edwin Lee Voorhees- 8112 MARYLAND AVENUE SUITE 400
CLAYTON, MO 63105 (Defendant)

290.   Elliott I. Goldberger- 130 SOUTH BEMISTON SUITE 400 CLAYTON, MO 63105
(Defendant)

291.   Patrick W. Pedano- 699A TRADE CENTER BLVD CHESTERFIELD, MO 63005
(Defendant)

292.   Elizabeth Middleton Sheehan- 100 South Brentwood Boulevard St. Louis, MO.
63105, (314) 726-2300 (Defendant)

293.    Shirley R. Tasker- Coulter Lambson 130 S BEMISTON AVE STE 400 CLAYTON,
MO 63105, (314) 309-2377 (Defendant)

294.    Shelby C. Shire- 14269 TRAILTOP DR CHESTERFIELD, MO 63017 (Defendant)

295.    Jillian Brown- 1327 SHADY GREEN DRIVE SAINT LOUIS, MO 63128
(Defendant)

296.    Joseph S. Sanchez- Attorney, 130 E Main St, Festus MO. 63028 (Defendant)

297.    Deborah C. Moron Henry-  714 LOCUST ST. ST. LOUIS, MO 63101, (314)
436-8380 (Defendant)

298.    Carol Love- Therapist, 1034 S Brentwood Blvd, Suite 678, Saint Louis, MO 63117,
(314) 665- 2301 (Defendant)

299.    Jeff Millar-  Millar Law Firm, LLC. P.O. Box 143 St. Charles, MO. 63302 (636)
448-4982, millarlawfirm@gmail.com (Defendant)

300.     Sandra Faragut Hemphil- Circuit Judge, Division 3, 105 South Central Avenue
Clayton, MO. 63105 (Defendant)

301.    John Thomas Nanny- Psychologist, 24 South Gore, St. Louis, MO. 63119, (314)
936-4738 (Defendant)

302.    John Borbonus- Circuit Civil and Criminal Court Judge, Division 6, 105 South
Central Avenue Clayton, MO. 63105, (314) 615-8029 (Defendant)

303.    Jason D. Dodson- Family Court Administrative Judge, Division 10, 105 South
Central Avenue Clayton, MO. 63105, (314) 615-1510 (Defendant)

304.    Alicia Carter- Court Reporter, Division 10, 105 South Central Avenue Clayton, MO.
63105, (314) 615-1510 (Defendant)

305.    John Tressler- May be found at 233 S Wacker Dr 61st floor, Chicago, IL 60606, (312)
627- 4000,  https://www.courts.mo.gov/page.jsp?id=167479,
https://youtu.be/FC3geeX_nAY?si=Xh7EKgWSUfCWCqCx (Defendant)

306.    Marshall Hoekel- 130 East Lockwood, St.louis MO 63119, (855) 805-3174
(Defendant)

307.    Evita Tolu- 9378 Olive Blvd #307, Olivette, MO 63132, (314) 323- 6022 (Defendant)

308.    Anna Elizabeth Connely- Deputy Chief Counsel, Missouri Attorney General's Office
Supreme Court Building- 207 W. High St. P.O. Box 899, Jefferson City, MO. 65102,
573-751-3321 (Defendant)

309.    Sioban Akers- 825 Maryville Centre Dr. Suite 300 Chesterfield MO. 63017, (314)
392-5200 (Defendant)

310.    Mathew H. Noce- 12444 Powerscourt Drive Suite 160, St. Louis MO. 63131, (314)
789-1199 (Defendant)

311.    Joan M. Gilmer- Circuit Clerk, 105 South Central Avenue Clayton, MO. 63105
(Defendant)

312.    Joseph L. Green- Circuit Judge, 105 South Central Avenue Clayton, MO. 63105
(Defendant)

313.    Megan Julian Higgins- Circuit Judge, 105 South Central Avenue Clayton, MO. 63105
(Defendant)

314.    Mercy Hospital South- 10010 Kennerly Rd. St. Louis MO. 63128, (314) 525 -1000
(Defendant)

315.    Robinwood Elementary School- 955 Derhake Rd, Florissant, MO 63033, (314) 831-
4633 (Defendant)

316.    Saint Louis County P.D.-  7900 Forsyth Blvd, Clayton, MO 63105, (636) 529- 8210
(Defendant)

317.  Henry Miller, Jr.- Family law Divorce attorney, 7733 Forsyth Blvd. suite 1850 St.louis MO. 63105 (Defendant)

318.  Sarah Pleban- 7733 Forsyth Blvd, St. Louis, MO 63105, (314) 647- 6677 (Defendant)

319.  Elaine Pudlowski- 231 S Bemiston Ave #1111, St. Louis, MO 63105, (314) 725- 8000 (Defendant)

320.  Michael L. Parson-  P.O. Box 720. Jefferson City, MO 65102, (573) 751- 3222 (Defendant)

321.  Saint Louis Federal Court Legal Advice Clinic- Eagleton US Courthouse, 111 S. 10th Street, St. Louis, MO 63102 (Defendant)

322.  Colleen Hubble- 5353 S LINDBERGH BLVD STE 210 ST LOUIS, MO 63126, (314) 270-3530 (Defendant)

323.  Arthur Nissenbaum- R.H.F. Legal, 2016 S Big Bend Blvd, St. Louis, MO 63117 (Defendant)

324.  Jennifer Piper- 130 S Bemiston Ave UNIT 608, St. Louis, MO 63105, (314) 449- 9800 (Defendant)

325.  Robert N. Hamilton- R.H.F. Legal, 2016 S Big Bend Blvd, St. Louis, MO 63117, https://www.justice.gov/opa/pr/five-charged-connection-covid-relief-fraud-scheme (Defendant)

326.  Holly Hamilton- Therapist-  R.H.F. Legal, 2016 S Big Bend Blvd, St. Louis, MO 63117 (Defendant)

327.  Mary W. Greaves- Circuit Judge,105 South Central Avenue Clayton, MO. 63105 (Defendant)

328.   Nicole Zellweger- Circuit Judge, 105 South Central Avenue Clayton, MO. 63105
(Defendant)

329.   Patricia Ann Riehl- Attorney/ Former Judge, 23rd district, 500 North Broadway, Suite
1800, St. Louis MO. 63102, (314) 603-7138 (Defendant)

330.   Kimberly D. Whittle- 8000 CRESCENT DRIVE CLAYTON, MO 63105, (314)
517-5587 (Defendant)

331.   Averhealth- 400 North Tucker Blvd. Saint Louis MO. 63301, (314) 231-8029
(Defendant)

332.   Dale W. Hood- Judge, 105 South Central Avenue Clayton, MO. 63105 (Defendant)

333.   Mark W. Haefner- 3870 S LINDBERGH BLVD STE 120 ST LOUIS, MO 63129,
(314) 200-6101 (Defendant)

334.   Cara C. Keeble- 134 W. MADISON AVENUE KIRKWOOD, 63122, (314) 725-8881
(Defendant)

335.   Andrew Pichler- Bollwerk and Tatlow LLC 10525 Big Bend Rd ST LOUIS, MO
63122, (314) 315-8111 (Defendant)

336.   Charles B. Flynn- 7733 Forsyth Boulevard SUITE 1850 ST LOUIS, MO 63105,
(314) 721-6677 (Defendant)

337.   Kenyatta Eleby- Circuit Manager, Wainwright Building, 111 North 7th street 3rd
floor, P.O. Box 771820. Saint Louis MO. 63177, (314) 340-7000, Children's Services,
(314) 340-7007 (Defendant)

338.   Ashley Janel Moore- Council Member, District 9, Moore legal LLC, Saint Louis MO.
(314) 497-0473, P.O. Box 119, 326 Monroe Jefferson City, MO 65102-0119, (573)
635-4128 (Defendant)

339.   Rachna Lien Attorney- The Lien Law Firm, 231 S Bemiston Ave #800 Clayton MO.
       63105, (314) 722-8557 (Defendant)

340.   Jesus Alejandro Martinez Reyes- 1034 S Brentwood Blvd. Suite 1540, St. Louis MO.
       63117, (314) 742-7264 (Defendant)

341.   Lance Christian Bretsnyder- 105 S Central Ave. Clayton MO 63105-1772, St. Louis
       County, (314) 615-2943 (Defendant)

342.   Michelle Hammond- Guardian ad litem, 820 main street suite 208 Saint Charles MO.
       63303, (636) 949-7900 (Defendant)

343.   Rick L Nelson- Attorney, 6822 Olive Blvd. #200 St.louis MO. 63130, (314) 862-1444
       (Defendant)

344.   Chimene Yavonne Laskey- Legal Officer at the Saint Louis County Family Court,
       105 S. Central Ave, Clayton MO. 63105-1772 (Defendant)

345.   John R Bird- 906 Olive Street suite 1115 St. Louis MO. 63101-1433, (314) 241-6144
       (Defendant)

346.   Troy Justin Anderson- Attorney for the Juvenile Officer, Saint Louis County Family
       Court, 120 S Central Ave #450, Clayton, MO 63105,
       https://www.linkedin.com/in/troy-anderson-a54194b1 (Defendant)

347.   Diane Monahan- Judge, Family Court Commissioner, 105 S. Central Ave. Clayton
       MO. 63105 (Defendant)

348.    Carl Seltzer- Attorney, Legal Services of Eastern MO. 701 Market St, St. Louis, MO.
       63101, https://www.linkedin.com/in/carl-seltzer-b87b9620 (Defendant)

349.   Tiffany Ann Hytrek- Associate Attorney, 699A Trade Center Blvd, Chesterfield, MO.
       63005, (636)778-3400 (Defendant)

350. Linda Colburn- Attorney, 7730 Carondelet Street, St. Louis MO. 63105 (Defendant)

351. Alinda Dickerson- 2430 Petrova Ave. Saint Louis MO 63136 (Defendant)

352. Michael Dickerson- 8901 Iroquois Drive Saint Louis MO 63132 (Defendant)

353. Cynthia Newborn- 180 Windcrest Dr. Malvern Arkansas 72104, cdnewborn@sbcglobal.net (Defendant)

354. Joanne Wilson- 5864 Enright Ave. Saint Louis MO. 63112, ruth.owsley@msn.com (Defendant)

355. Armand Wilson- 5864 Enright Ave. Saint Louis MO. 63112, armandwilson83@yahoo.com (Defendant)

356. Erica Jenkins- DJO, 21st Judicial Court, Saint Louis County Family Court, 105 S Central Ave. Clayton, MO 63105 (Defendant)

357. Hannah Weis- 7151 N Lindbergh Blvd, Hazelwood, MO 63042 (Defendant)

358. Kerry Duncan Allen- 2295 Federalist Pl. O'Fallon, MO. 63368, (314) 707-3315 (Defendant)

359. Crista Beracha- Attorney, PO Box 440364 St. Louis, MO. 63144, 314.308.5722, cristaberacha@me.com (Defendant)

360. Marshall Hoekel- Attorney, 5 Plant Ave # 2, St. Louis, MO 63119, (314) 835- 3222 (Defendant)

361. Leigh Carson- Attorney, 7710 Carondelet Ave. Suite 105 Clayton, MO 63105, (314) 721-2422 (Defendant)

362. Arthur H. Nissenbaum- Attorney, 2016 S Big Bend Blvd, Richmond Heights, MO 63117, (314) 333- 4153 (Defendant)

363.  Justin Ruth- Attorney, 7700 Bonhomme Avenue, 7th Floor, St. Louis, Missouri 63105 (314) 727-0101 (Defendant)

364.  Jennifer Piper- Attorney, 130 S Bemiston Ave UNIT 608, St. Louis, MO 63105 (314) 449- 9800 (Defendant)

365.  Sharon Remis- Attorney,120 South Central Ave. Suite 650 Clayton, MO 63105 (314) 863 – 5444, SRemis@GHC-Law.com (Defendant)

366.  Rachna Lien- Attorney, 231 S Bemiston Ave #800, Clayton, MO 63105, (314) 722- 8557 (Defendant)

367.  Deborah Roeder- Attorney, 2001 S Big Bend Blvd, St. Louis, MO 63117, (314) 231- 0066 (Defendant)

368.  Maia Brodie- Attorney, 8909 Ladue Rd. St. Louis, MO 63124, (314) 726- 6242 (Defendant)

369.  David S. Betz- Attorney,120 E Lockwood Ave, St. Louis, MO 63119, (314) 801- 8488 (Defendant)

370.  Amy Diemer- Attorney, 225 S Meramec Ave # 528T, St. Louis, MO 63105, (314) 863- 8833 (Defendant)

371.  Shevon Harris- Representative for the Office of Chief Disciplinary Counsel of the Supreme Court of Missouri, 3327 American Ave, Jefferson City, MO 65109, 9666 Olive Blvd., Suite 370 Olivette, MO 63132, (314) 997- 7700, (314) 444-7707 (Defendant)

372.  Mark Kiesewetter- Attorney, 5353 S Lindbergh Blvd Ste 210. St. Louis, MO 63126-3556 (Defendant)

373.  Greg Brough- Attorney, 9666 Olive Boulevard, Suite 690 Olivette, MO 63132, (314) 725-0001 (Defendant)

374.    Venus Jackson- Attorney, 7584 OLIVE BOULEVARD STE. 201, ST. LOUIS, MO,

63130, UNITED STATES, (314)-721-7230,

VENUSESQUIRE@VENUSESQUIRE.COM (Defendant)

375.    Lisa Sigmund- Attorney, 7777 Bonhomme Ave. Saint Louis, MO 63105, (314)

725-5151 (Defendant)

376.    Lynn Reichert- Attorney, 906 Olive St # 1115, St. Louis, MO 63101, (314) 241- 2902

(Defendant)

377.    Colleen Hubble- Attorney, 5353 S Lindbergh Blvd Ste 210. St. Louis, MO

63126-3556 (314) 270-3530 (Defendant)

378.    Mary Davidson- Attorney, 7710 Carondelet Ave. Suite 105 St. Louis, Missouri

63124, (314) 862-0200, mdavidson@laduelaw.com (Defendant)

379.    Cynthia Albin- Attorney, 415 N 2nd St, St Charles, MO 63301, 7700 Bonhomme

Ave. Suite 325 Clayton, MO, 63105, (636) 443- 2313 (Defendant)

380.    Sylvia Pociask- Attorney, 2001 S Big Bend Blvd, Richmond Heights, MO 63117,

(314) 441- 7044 (Defendant)

381.    Molly Murphy- Attorney, 8764 Rosalie Ave, Brentwood, MO 63144, (314) 440-1090

(Defendant)

382.    Julia Pusateri Lasater- Judge, 21st Judicial Court, Saint Louis County Family Court,

105 S Central Ave. Clayton, MO 63105 (Defendant)

383.    Jeffrey Paul Medler- Judge, 21st Judicial Court, Saint Louis County Family Court,

105 S Central Ave. Clayton, MO 63105 (Defendant)

384.    Matthew Hill Hearne- Judge, 21st Judicial Court, Saint Louis County Family Court,

105 S Central Ave. Clayton, MO 63105 (Defendant)

385.    Bruce F. Hilton- Judge, 21st Judicial Court, Saint Louis County Family Court, 105 S
Central Ave. Clayton, MO 63105 (Defendant) (i)

https://amp.cnn.com/cnn/2024/09/23/us/marcellus-williams-missouri-supreme-court-hear
ing (ii)

https://nationalpolice.org/main/missouri-judges-baffling-bond-decision-turns-deadly/

386.    Amanda Bundren McNelley- Judge, 21st Judicial Court, Saint Louis County Family
Court, 105 S Central Ave. Clayton, MO 63105 (Defendant)

387.    Jason D. Dodson- Judge, 21st Judicial Court, Saint Louis County Family Court, 105 S
Central Ave. Clayton, MO 63105 (Defendant)

388.    Judge Sarah E. Pitlyk- Judge, 111 S 10th St # 3.300, St. Louis, MO 63102, (314)
244- 7900 (Defendant)

389.    Joe Biden- State Imposter, President, 1600 Pennsylvania Ave NW Washington, DC
20500, (202) 456- 1111,  (i)

https://www.voanews.com/a/with-or-without-parents-missing-immigrant-children/441517
4.html (Defendant)

390.    Health and Human Services of the United States- 200 Independence Avenue, S.W.
Washington, D.C. 20201, (877) 696-6775 (Defendant)

391.    D.C.F.S. Saint Louis- Wainwright State Office Building, 111 N 7th St #204, St. Louis,
MO 63101, (314) 340- 7400 (Defendant)

392.    The Department of Social Services- 200 Independence Avenue, S.W. Washington,
D.C. 20201, (877) 696-6775 (Defendant)

393.    Krista S. Peyton- Judge, 21st Judicial Court, Saint Louis County Family Court, 105 S
Central Ave. Clayton, MO 63105 (Defendant)

394.    Frank Ross Gipson- Assistant Prosecuting Attorney, 130 CEDAR LN GLEN CARBON, IL 62034 (Defendant)

395.    Henry Edward Autrey- Judge, 111 S 10th St # 3.300, St. Louis, MO 63102, (314) 244- 7900 (Defendant)

396.    Stephen R. Clark- Judge, 111 S 10th St # 3.300, St. Louis, MO 63102, (314) 244- 7900 (Defendant)

397.    Matthew T. Schelp- Judge, 111 S 10th St # 3.300, St. Louis, MO 63102, (314) 244- 7900 (Defendant)

398.    Rodney W. Sippel- Judge, 111 S 10th St # 3.300, St. Louis, MO 63102, (314) 244- 7900 (Defendant)

399.    John M. Bodenhausen- Judge, 111 S 10th St # 3.300, St. Louis, MO 63102, (314) 244- 7900 (Defendant)

400.    The Missouri Department of Social Services- Broadway State Office Building, 221 W High St, Jefferson City, MO 65101 (Defendant)

401.    Charles Thompson- 19 MARYMOUNT CT ST LOUIS, MO 63105 (Defendant)

402.    Brittany Erker- 601 S. Lindbergh Blvd. Frontenac, MO 63131 (Defendant)

403.    Jenna Conley- 1000 FAIRGROUNDS SUITE 201 SAINT CHARLES, MO 63301 (Defendant)

404.    Betty Thompson- 14242 Cedar Springs Dr. Town and Country, MO. (Defendant)

405.    Bradley R. Bodeux-  #60455, 228 N. Main Street St. Charles, MO 63301, (314) 494-2723, (636) 949-8277 - fax, bradley@bodeuxlawgroup.com. (Defendant)

406.    Chad Rackers- 332 Jungermann Road, Suite B, Saint Peters, Missouri 63376, United States (Defendant)

407.    Sanda Smajlovic-Gunn- 332 Jungermann Road, Suite B, Saint Peters, Missouri

63376, United States (Defendant)

408.    Van Buskirk- Officer, Valley Park Police Department, 320 Benton St # A, Valley

Park, MO 63088 (Defendant)

409.    Myra Leary- 825 Maryville Centre Dr #300 Chesterfield, MO 63017, 314.392.5200

Ext 1163, lstobie@mlklaw.com, Stobie Family Law Group, LLC. P.O. Box 6280

Chesterfield, MO. 63006, (314) 549-7857, laura@stobiefamilylawgroup.com,

(Defendant)

410.    Adam Coonce- 825 Maryville Centre Dr #300 Chesterfield, MO 63017, 314.392.5200

Ext 1163, lstobie@mlklaw.com, Stobie Family Law Group, LLC. P.O. Box 6280

Chesterfield, MO. 63006, (314) 549-7857, laura@stobiefamilylawgroup.com,

(Defendant)

411.    Kenzie Mooty- 825 Maryville Centre Dr #300 Chesterfield, MO 63017, 314.392.5200

Ext 1163, lstobie@mlklaw.com, Stobie Family Law Group, LLC. P.O. Box 6280

Chesterfield, MO. 63006, (314) 549-7857, laura@stobiefamilylawgroup.com,

(Defendant)

412.    Jenna Rohr Conley-  1000 FAIRGROUNDS SUITE 201 SAINT CHARLES, MO

63301 (Defendant)

413.    The Supreme Court of Missouri- 207 W High St, Jefferson City, MO 65101

(Defendant)

414.    Betsy Ledgerwood- Supreme Court of MO. Clerk of the Court, 207 W High St,

Jefferson City, MO 65101 (Defendant)

415. Kelly Ploesser- Department of Social Services, Children's Division, Jefferson County
Office, 10325 Business 21, Suite 200 Hillsboro, MO 63050 Cell: (314) 605 0563,
Kelly.R.Ploesser@dss.mo.gov (Defendant)

416. Emily Mathews- State of Missouri, Department of Social Services, Children's
Division, Jefferson County Office, 10325 Business 21 Suite 200 Hillsboro MO 63050,
Telephone: (636) 797-9652, FAX: (636) 797-9781, Email: Emily.C
Mathews@dss.mo.gov (Defendant).

417. The Ballwin Police Department- 302 Kehrs Mill Rd, Ballwin, MO 63011 (Defendant)

418. Michael Burgoyne- Badge No. 2307,  302  Kehrs Mill Rd, Ballwin, MO 63011
(Defendant)

419. Nathan S. Cohen- 210 S Bemiston Ave, St. Louis, MO 63105 (Defendant)

420. James D. Reid, Ph.D., LLC- 7 North Jackson Ave, Suite 100 Clayton, MO 63105,
(314) 582-3646 (Defendant)

421. *The City of Saint Louis Sheriff's Office*  (Defendant) (i)
https://dockets.justia.com/docket/missouri/moedce/4:2024cv00494/210970 1114 Market
St. 1st floor, St. Louis, MO 63101. (314) 622-4851

422. Neil Hogan  (Defendant)

423. George Allen Crouch  (Defendant)

424. Sargent Simon  (Defendant)

425. McClure  (Defendant)

426. *Saint Louis City P.D.* - 3157 Sublette Ave, St. Louis, MO 63139,  (314) 444-0100,
MEDIA@slmpd.org (Defendant) (i)
https://www.aclu.org/press-releases/aclu-missouri-files-lawsuit-against-city-st-louis-unco

nstitutional-police-conduct (ii)

https://en.m.wikipedia.org/wiki/St._Louis_Metropolitan_Police_Department (iii)

https://www.police1.com/police-jobs-and-careers/articles/st-louis-police-sergeant-who-w

on-800k-lawsuit-against-city-is-suing-again-2g8wtJtJAfKt3SgL/

427.  Darnell M. Willis (Defendant)

428.  Edward Miles (Defendant)

429.  Daymond Wayne Lynn  (Defendant)

430.  Megan Anne Rodgers  (Defendant)

431.  Shamantha Edwards  (Defendant)

432.  *Crisis Intervention Team (CIT) of Saint Louis City*- Brewer- Badge #126 (Defendant)

433.  *Crawford County P.D.*- 212 S 3rd St, Steelville, MO 65565, (573) 775-3121,

acarnal@crawfordcountyso.org  (Defendant)

434.  Adam Carnal  (Defendant) Crawford PD

435.   Hecox (Defendant) Crawford PD

436.   Eric Willbanks (Defendant) Crawford PD

437.  Lunyou (Defendant) Crawford PD

438.  McKinney (Defendant) Crawford PD

439.  Smith (Defendant) Crawford PD

440.  Brooks (Defendant) Crawford PD

441.  *Richmond Heights P.D.*-  (Defendant), 7447 Dale Ave, Richmond Heights, MO

63117, (314) 655-3630, tschilli@richmondheights.org

442.  Sargent Schilli  (Defendant)   Richmond Heights PD

443.  *Franklin County P.D.* (Defendants), 1 Bruns Ln, Union, MO 63084, (636) 583-2567.

444.    Corporal Scharfenberg (Defendant) Franklin County PD

445.    Captain Adam Albert (Defendant) Franklin County Sheriff's Office

446.    Sgt. Nathan Rhoads (Defendant) Sullivan Police Department, 106 Progress Dr.

Sullivan, MO 63080

447.    "Jeff" - Homeland Security- 314-605-7748, 1222 Spruce St, St. Louis, MO 63103

(Defendant(s))

448.    Leigh Carson (An Individual) Address: 7710 Carondelet Ave, Suite 105, Clayton,

MO 63105 Phone: (314) 721-2422 Website: thecarsonlawfirm.com

449.    Sharon Remis (An Individual) Address: 120 S Central Ave, Suite 650, Clayton, MO

63105 Phone: (314) 863-5444 Website: ghc-law.com

450.    Rachna Lien (An Individual) Address: 7730 Carondelet Ave, Suite 105, Clayton, MO

63105 Phone: (314) 721-2422 Website: thecarsonlawfirm.com

451.    Lisa Sigmund (An Individual) Address: 7730 Carondelet Ave, Suite 105, Clayton,

MO 63105 Phone: (314) 721-2422 Website: thecarsonlawfirm.com

452.     Noelle C. Collins- Court: United States District Court for the Eastern District of

Missouri Address: Thomas F. Eagleton U.S. Courthouse, 111 S. 10th St., St. Louis, MO

63102

453.     Catherine D. Perry- Court: United States District Court for the Eastern District of

Missouri Address: Thomas F. Eagleton U.S. Courthouse, 111 S. 10th St., St. Louis, MO

63102

454.    Rodney W. Sippel- Court: United States District Court for the Eastern District of

Missouri Address: Thomas F. Eagleton U.S. Courthouse, 111 S. 10th St., St. Louis, MO

63102

455.    Rodney H. Holmes- Court: United States District Court for the Eastern District of Missouri Address: Thomas F. Eagleton U.S. Courthouse, 111 S. 10th St., St. Louis, MO 63102

456.    John A. Ross- United States District Court for the Eastern District of Missouri

457.    Henry Edward Autrey- United States District Court for the Eastern District of Missouri, Address: Thomas F. Eagleton U.S. Courthouse, 111 S. 10th St., St. Louis, MO 63102

## XXV. SIGNATURE BLOCKS

*Respectfully Submitted,*

WE *the* PEOPLE

msha.ke/phantomoverreach

**/s/ *Alexandra-Marie: Dean***

*An Enfranchised Living Soul*

4573 Jonathan St.

Hastings, FL 32145

(314) 323-8267

consciousssparrow1719@gmail.com

**_/s/ Michelle-Marryann: Dickerson_**

*An Enfranchised Living Soul*

8589 Bowden St.

Douglasville, GA 30134

(314) 417-6527

michelled738@gmail.com

---

**_/s/ Justin-E: Shire_**

*An Enfranchised Living Soul*

2392 Derby Rd.

Birmingham, MI 48009

(249) 730-6202

justin.shire@gmail.com

---

**_/s/ Ryan-Nicolas: Brown_**

*An Enfranchised Living Soul*

201 Turtle Dr., Apt. 101

Fenton, MO 63026

(314) 200-2938

emailaddressforsale@gmail.com

---

**_/s/ Brigette-Villarreal_**

*An Enfranchised Living Soul*

303 NW 27th Pl.

Cape Coral, FL 33993

(239) 233-6985

trinityy96@gmail.com

---

**_/s/ Karina-Paredes_**

*An Enfranchised Living Soul*

16050 Sunset Strip

Fort Myers, FL 33908

(239) 440-9458

karinaparedes13@gmail.com

---

**_/s/ Kathy-Nixon_**

*An Enfranchised Living Soul*

5280 Greensboro Hwy.

Watkinsville, GA 30677

(706) 614-0589

brinkleysgutters@gmail.com

---

**/s/ _Lauren-Ashley: Peek_**

_An Enfranchised Living Soul_

5280 Greensboro Hwy.

Watkinsville, GA 30677

---

**/s/ _Steven-Bradley: Moose_**

_An Enfranchised Living Soul_

3757 E. Tortolita Rd.

Tucson, AZ 85739

(602) 637-9551

moosepest@gmail.com

---

**/s/ _Tiana: Balchunas_**

_An Enfranchised Living Soul_

2512 N. Estrella Ave., Unit B

Tucson, AZ 85705

(520) 607-3148

tianadaniellebalchunas@outlook.com

---

**/s/ _Jennie-Tolliver_**

_An Enfranchised Living Soul_

215 Vincennes Rd. SE

Clay City, IL 62824

(618) 676-4242

jt060720@gmail.com

---

**_/s/ Latesha-Howard_**

*An Enfranchised Living Soul*

11382 Low Chaparral Dr.

Victorville, CA 92392

(310) 658-9037

LATHOW2@yahoo.com

---

**_/s/ Laura-Jean: Domek ©_**

*An Enfranchised Living Soul*

6009 Gloria Ln.

Louisville, KY 40213-3231

(502) 599-4157

lauradomek77@proton.me

---

**_/s/ Robert-Anthony: Domek ©_**

*An Enfranchised Living Soul*

6009 Gloria Ln.

Louisville, KY 40213-3231

(502) 599-4157

domekrobert57@gmail.com

---

**XXVI. CERTIFICATE OF SERVICE:** We hereby certify that on the 28th day of May, 2025, a true and exact copy of the foregoing was served to all parties of record. /s/ Alexandra- M: Dean,, /s/ Justin- E: Shire , /s/ Ryan- N: Brown, , /s/ Michelle- Marryann: Dickerson, /s/ Kathy- Nixon, /s/ Lauren- Ashley: Peek, /s/Brigette- Villarreal, /s/ Karina- Paredes , /s/ Steven- Moose, /s/Tiana: Balchunas, /s/ Jennie- Tolliver, /s/ Latesha- Howard, /s/ Laura- Jean: Domek ©, /s/ Robert- Anthony: Domek©.

<u>The Middle District of Florida, Electronic Document Submission Portal:</u>

https://apps.flmd.uscourts.gov/cmecf/filings.cfm



*"Let justice roll down like waters, and righteousness like an ever-flowing stream."*

– Amos 5:24