UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN BRADLEY MOOSE, ET
AL.,

      Plaintiffs,

v.                                  Case No: 2:25-cv-455-JES-NHA

HEALTH AND HUMAN SERVICES
OF THE UNITED STATES, a
federal agency, ET AL.,

      Defendants.

---

**ORDER**

On June 5, 2025, the Court directed plaintiffs to pay the filing fee or to submit an application to proceed without prepayment. Plaintiffs were on notice that if no action was taken, the file would be closed. (Doc. #6.) Copies were mailed to all plaintiffs on June 6, 2025. Mail was returned as unable to forward for Ryan Nicholas Brown with no change of address filed. Mail was not resent. (Doc. #7.) None of the 14 plaintiffs have taken action to comply with the Order.

A dismissal without prejudice to filing a new case with contemporaneous payment or submission of a request to proceed *in forma pauperis* is appropriate. Myers v. City of Naples, Fla., No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal without advance notice by order to show

cause of an unrepresented, non-prisoner's complaint submitted without a contemporaneous payment of fees).

If Plaintiffs want to proceed with their claims, they may file another complaint under a separate case number that is accompanied by the required filing fee or a signed long form application to proceed without prepaying fees or costs (Form Ao 239).[1]

Accordingly, it is now

**ORDERED:**

The First Amended Claim is **DISMISSED** without prejudice.  The Clerk shall close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of June 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record

---

[1] https://www.flmd.uscourts.gov/forms/all/civil-forms

2